IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | **Case No. 1:14-cv-01226-RGA** |
| v. ) | |
| ) | |
| MICROSOFT CORPORATION, ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE OF COUNTERCLAIM-DEFENDANT VIATECH TECHNOLOGIES, INC'S ANSWERING CLAIM CONSTRUCTION BRIEF

Please take notice that on February 29, 2016, counsel for counterclaim-defendant ViaTech Technologies, Inc. caused true and correct copies of its answering claim construction brief to be served, via electronic mail, on the following counsel for defendant Microsoft Corporation:

> Warren K. Mabey, Jr. (#5775)
> FISH & RICHARDSON, P.C.
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1114
> Wilmington, DE 19899
> Telephone: (302) 652-5070
> Email: mabey@fr.com
>
> Frank E. Scherkenbach
> Kurt L. Glitzenstein
> Steven R. Katz
> Chet D. Campbell
> FISH & RICHARDSON, P.C.
> One Marina Park Drive
> Boston, MA 02210
> Telephone: (617) 521-7883
> Email: scherkenbach@fr.com
> Email: glitzenstein@fr.com
> Email: katz@fr.com
> Email: cycampbell@fr.com

Dated: March 1, 2016                                   Respectfully submitted,

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Allison J. McCowan (#5931)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
Email: jtaylor@saul.com
Email: amccowan@saul.com

Michael J. Lennon (Admitted *pro hac vice*)
Sheila Mortazavi (Admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: mlennon@kenyon.com
Email: smortazavi@kenyon.com

Attorneys for plaintiff and counterclaim-defendant
VIATECH TECHNOLOGIES, INC.