IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIATECH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:14-cv-01226-RGA** |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DR. BENJAMIN F. GOLDBERG IN SUPPORT OF
PLAINTIFF VIATECH TECHNOLOGIES, INC.'S
<u>OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Benjamin F. Goldberg, Ph.D., declare as follows:

1. I am an Associate Professor (Tenured), Courant Institute of Mathematical Sciences, and Director of Graduate Studies for MS programs, in the Department of Computer Science at New York University. I have over twenty-five years of experience as a computer science professor, and have obtained a Ph.D. (1988) and M.S. and M.Phil (1984) in Computer Science from Yale University, as well as a B.A. (1982) in Mathematical Sciences from Williams College. A copy of my curriculum vitae is attached to this Declaration. I have been retained by Kenyon & Kenyon LLP on behalf of plaintiff ViaTech Technologies, Inc. ("ViaTech") as a technical expert in this litigation and have reviewed the August 11, 2015 Joint Claim Construction Chart submitted to the Court in this litigation and the exhibits to that Chart, including U.S. Patent No. 6,920,567 (the "'567 patent") and its U.S. Patent and Trademark Office prosecution history.

2. In the software industry, the structure of a computer program or system is its software architecture, which refers to the organization of the program or system, including the

structural elements or components that make up the system, the functions of those elements or components, the interfaces between the elements or components, and the information exchanged between the elements or components.  See, for example, Microsoft Application Architecture Guide, 2nd Edition - October 2009, "Chapter 1: What is Software Architecture?" copy attached, excerpted from the Microsoft Developer Network (MSDN) Website (https://msdn.microsoft.com/en-us/library/ff650706.aspx).

3. In the Joint Claim Construction Chart Microsoft states that Term 1 ("embedded" and "embedded in the digital content file") should be construed as "code that is part of the digital content file, rather than being linked or otherwise 'functionally embedded,'" and that "[o]therwise, this term is indefinite."  I disagree.

4. In the software industry, a first software component is considered to be "embedded" in a second software component, or a digital data file, when the functions of the first software component are "functionally included" in the functions of the second software component, or the digital data file.  The functions of a first software component can be included in the functions of a second software component in several ways, including by linking the functions into compiled code, or implementing the functions as a code library that is linked into the code at run time.  In addition, the functions of a first software component can be "functionally included" in digital data by encrypting the digital data so that it can only be accessed by executing the functions of the first software component.

5. Consistent with this industry terminology, the '567 patent provides three examples, at column 14, line 60 to column 20, line 29, describing how the "file access control mechanism" FACM 12 and "license functions mechanism" LicMech 16 can be "functionally included" in a "digital content file" DCF 10, i.e., (1) as an "API (Application Program Interface)

library wherein the routines of the API library are linked into the compiled code of [an] executable DCF," so that they "will be automatically initiated and executed as an integral operation with the execution of the original executable DCF 10 code"; (2) as a "reconstructed . . . digital wrapper" where "the AP library comprising the LicMech 16 functions are linked into a digital wrapper dll (dynamic link library)" rather than the executable DCF, and "the FACM 12 mechanisms are used to access the contents of the DCF 10, thereby ensuring that the FACM 12 functions performing the license checking functions must likewise be present and executed"; and (3) as "encapsulat[ing] the data residing in [an] original data DCF 10 in such a manner that the data cannot be accessed except through operation of components of the FACM 12 that must be present on the host system."  Any one of these is an example of an "embedded" file access control mechanism FACM 12 or license functions mechanism LicMech 16.

6. Microsoft also states in the Joint Claim Construction Chart that Terms 8 ("license monitor and control mechanism"), 10 ("license control utility"), 11 ("license control mechanism"), 12 ("license functions mechanism"), and 14 ("adaptive fingerprint security mechanism") should be construed as "means-plus-function" claim terms because, in the context of the '567 patent, those terms do not have a sufficiently definite structural meaning.  I again disagree.

7. Figure 1A of the '567 patent, and the specification, illustrate and describe the software architecture for the electronic licensing system described and claimed in the patent. The software components illustrated in Figure 1A include the "file access control mechanism" FACM 12, "license functions mechanism" LicMech 16, "license monitor and control mechanism" LMCM 18, "license control utility" CLCU 20/eCLU 20, and "adaptive fingerprint security mechanism" AFSM 72.  As explained in the patent's specification, e.g., at column 10,

line 10 to column 11, line 20 and column 24, lines 34 to 45, and in the claims, e.g., at column 40, line 65 to column 41, line 19, column 41, lines 58 to 64, column 47, lines 47 to 67, and column 49, lines 28 to 34, the structure of the claimed "digital content file" DCF 10 includes the file access control mechanism FACM 12 and the digital content file DCF content 10, i.e., computer program code or digital data. The structure of file access control mechanism FACM 12 includes the license functions mechanism LicMech 16, and the structure of the license functions mechanism LicMech 16 includes the license monitor and control mechanism LMCM 18, the license control utility CLCU/eCLU 20, the "graphical user interface" GUI 22, which is a component of the license control utility CLCU/eLCU 20, and the adaptive fingerprint security mechanism AFSM 72. The functions of these components are described in the '567 patent at column 10, line 10 to column 11, line 20, at column 14, lines 29–59, and at column 25, lines 28–42. The interfaces between the components are represented by the diagram arrows in Figure 1A, and the information communicated between the software components through these interfaces and systems is described in the specification at column 12, line 21 to column 14, line 30, column 24, line 34 to column 25, line 54, column 27, line 63 to column 28, line 67, column 29, line 16 to column 38, line 67.

8. In addition, Part C of the specification, at column 14, line 31 to column 28, line 67, describes, and Figures 1B–1D, 2, and 3A–3B illustrate, "further aspects and details of the components and processes" claimed in the '567 patent and "implementations" of the software architecture described in Figure 1A, and includes a detailed description of Application Programming Interface (API) libraries, Dynamic Link Library (DLL) code files, data structures, encryption techniques, communication protocols, and graphical user interface GUI 22 of the file access control mechanism FACM 12 software components. As an example, the implementations

described at column 14, line 60 to column 20, line 29 of the '567 patent explain how the file access control mechanism FACM 12 components can be "embedded" in the digital content file and implemented as APIs and libraries of functions that are physically separate from the digital content itself, such as, in a Microsoft Windows environment, dynamic linked libraries (.DLL files), software services (.SVC files), or executable programs (.EXE files), when functionally included in the digital content file.

9. As another example, the "Structure and Contents" of an exemplary dynamic license database DLDB 14 are described at column 20, line 31 to column 22, line 46 of the '567 patent, and exemplify the type of data (i.e., data concerning the licensed product, the user system, and license terms related to allowable time and uses) that can be written to and saved in the dynamic license database DLDB 14, and utilized by the file access control mechanism FACM 12 components to define a license and determine whether use of the digital content file DCF is licensed, as well as to control access to the data so that it cannot be modified by an end user in order to alter the terms and conditions of the license.

10. As still a further example, the '567 patent describes exemplary inter-process and remote communication protocols at, e.g., column 11, line 62 to column 12, line 3, column 23, lines 7 to 67, and column 30, lines 27 to 34 and 59 to 62, such as Microsoft Windows Mailslots, Microsoft Windows messaging, and the Hypertext Transfer Protocol (HTTP)/Secure Hypertext Transfer Protocol (HTTPS) for Internet communications, as specific structure for communication between the file access control mechanism FACM 12 software components. The specification also illustrates the structure of exemplary "digital wrapper" and "electronic license control" graphical user interfaces of graphical user interface GUI 22 in Figures 3A and 3B and describes a graphical user interface GUI 22 structure at column 24, lines 1 to 33.

11. The above-referenced descriptions in the '567 patent specification of the software architecture of the system, the functions of the system software components, the types of APIs and code libraries, the interfaces between the components, the protocols for implementing those interfaces, the data and information utilized by the components, and exemplary structures and functions of the user interfaces, also describe the algorithms that may be used for implementing the functions of Terms 7 ("file access control mechanism"), 8 ("license monitor and control mechanism"), 10 ("license control utility"), 11 ("license control mechanism"), 12 ("license functions mechanism"), and 14 ("adaptive fingerprint security mechanism").

12. Microsoft also states in the Joint Claim Construction Chart that Terms 17 ("license information controlling licensed use of the digital content") and 18 ("information controlling operations of the file access control mechanism") are indefinite. I again disagree.

13. The specification of the '567 patent explains at column 35, line 65 to column 36, line 12 that "license information" is the data residing in the dynamic license database DLDB 14 and represents the "terms and conditions" of a license. That data includes the data described at column 20, line 31 to column 22, line 46 of the specification. The specification distinguishes between and separately describes data that is "informational," such as "license information," and data that is "used for license checking, validation, and usage control," such as the data described at column 26, line 66 to column 28, line 67 of the '567 patent, and describes "license information controlling licensed use of the digital content" as data that determines or defines, and thus controls, licensed use of the digital content, and "information controlling operations of the file access control mechanism," as license checking, validation, and usage data that determines or defines, and thus controls, operations of the file access control mechanism.

- 7 -

14. I declare, under penalty of perjury, that the forgoing is true and correct.

Executed this 28<u>th</u> day of September, 2015, in New York, New York.

                                                    Benjamin F. Goldberg, Ph.D

Curriculum Vitae

# BENJAMIN F. GOLDBERG

Courant Institute of Mathematical Sciences
Department of Computer Science
New York University
251 Mercer Street
New York, New York 10012

Phone: (212) 998-3495
Fax: (212) 995-4121
Email: goldberg@cs.nyu.edu
http://cs.nyu.edu/goldberg

**Personal**

Born January 31, 1961, Las Cruces, New Mexico.

U.S. Citizen.

**Education**

Ph.D. in Computer Science, Yale University, 1988. Dissertation: "Multiprocessor Execution of Functional Programs."

M.S. and M.Phil in Computer Science, Yale University, 1984.

B.A. with Highest Honors in Mathematical Sciences, Williams College, Cum Laude, Phi Beta Kappa, Sigma Xi, June 1982.  Honors Thesis: "Theory and Implementation of an Automatic Program Verifier."

**Employment**

Associate Professor (Tenured), Courant Institute of Mathematical Sciences, Department of Computer Science, New York University.  September 1994 – Present.

Invited Professor, Ecole Normale Supérieur, Paris, France. June 2007 – July 2007 and June 2003 – July 2003.

Director of Graduate Studies (for the MS programs), Department of Computer Science, New York University. September 2009 – August 2012 and September 2014 – present.

Director of Undergraduate Studies, Department of Computer Science, New York University. September 1995 – August 1998 and September 2003 – August 2006.

Visiting Professor, Institute National de Recherche en Informatique et en Automatique (INRIA), Rocquencourt, France. September 1994 – August 1995.

Assistant Professor, Courant Institute of Mathematical Sciences, Department of Computer Science, New York University.  September 1987 - August 1994.

**Expert Testimony at Trial or Deposition in the Past Four Years**

Retained by Kaye Scholer on behalf of Google in the matter of *ContentGuard v. Google* (Covered Business Method patent review before the USPTO). August 2014-present.

Retained by Orrick on behalf of EMC in the matter of *Oasis v. EMC et al.*, June 2014 – present.

Retained by Fulbright & Jaworski on behalf of Qualcomm in the matter of *Certain Consumer Electronics and Display Devices with Graphics Processing and Graphics Processing Units Therein* (NVIDIA v. Qualcomm). International Trade Commission, December 2014 – June 2015.

Retained by Orrick on behalf of EMC and VMware in the matter of *Clouding v. EMC et al.* (*Inter Partes* Review before the USPTO), June 2014 – present.

Retained by Quinn Emanuel and Perkins Coie on behalf of Samsung, Google, and HTC in the matter of *Smartflash v. Samsung et al.* April 2014 – present.

Retained by Kenyon & Kenyon on behalf of Advanced Ground Information Systems (AGIS) in the matter of *AGIS v. Life360* (Patent Litigation). August 2014 – November 2014.

Retained by Milbank Tweed on behalf of Apple in the matter of *Wi-LAN v. Apple*, February 2014 – September 2014.

Retained by Boies Schiller on behalf of InfoSpan in the matter of *InfoSpan v. Emirates NBD Bank*, September 2013 – present.

Retained by Boies Schiller on behalf of Apple in the matter of *Apple v. Personal Web Communications* (*Inter Partes Review* before the PTO), August 2013 – July 2014.

Retained by Cooley on behalf of Apple in the matter of *GBT v. Apple,* October 2013 – June 2014.

Retained by Quinn Emanuel on behalf of Toshiba in the matter of *Certain Digital Media Devices, Including Televisions, Blu-Ray Disc Players, Home Theater Systems, Tablets and Mobile Phones, Components Thereof and Associated Software* (Black Hills Media v. Toshiba et al). International Trade Commission. September 2013 – February 2014.

Retained by Wilson Sonsini on behalf of Sasken in the matter of S*asken v. Spreadtrum*. American Arbitration Association. July 2013 – January 2014.

Retained by Sheppard Mullin on behalf of HTC and Apple in the matter of *Wi-LAN v. HTC et al.* June 2013 – October 2013.

Retained by Bingham McCutchen on behalf of Oracle America in the matter of *Oracle America v. Service Key et al.* March 2013 – September 2013.

Retained by Latham & Watkins on behalf of InterDigital Communications, Inc. in the matter of *Certain Wireless Devices with 3G Capabilities and Components Thereof* (InterDigital v. Huawei et al). International Trade Commission, December 2011 – February 2013.

Retained by Ballard Spahr on behalf of Go Daddy in the matter of *WhitServe v. Go Daddy.* August 2011 – June 2013.

Retained by Kenyon & Kenyon on behalf of Barnes & Noble in the matter of *Deep9 v. Barnes & Noble*. February 2012 – August 2012.

Retained by Gibson Dunn & Crutcher on behalf of Lawson Software in the matter of *ePlus v Lawson Software*. October 2011 – April 2013.

Retained by Kenyon & Kenyon on behalf of Barnes & Noble in the matter of *Certain Handheld Electronic Computing Devices, Related Software, and Components Thereof* (Microsoft v. Barnes & Noble), International Trade Commission. August 2011 – February 2012.

Retained by Morrison & Foerster on behalf of Oracle America in the matter of *Oracle America v. Google*. August 2011 – May 2012.

Retained by Jones Day on behalf of Nielsen in the matter of *comScore v. Nielsen et al*. May 2011 – November 2011.

Retained by Kellogg Huber on behalf of Verizon in the matter of *ActiveVideo Networks v. Verizon Communications*. February 2011 – July 2011.

Retained by Hughes Hubbard & Reed on behalf of SyncSort in the matter of *SyncSort v. IRI*. September 2005 – March 2011.

**Teaching Awards**

New York University "Golden Dozen" Award, 1992. Awarded to twelve faculty members in the entire College of Arts and Sciences for excellence in teaching.

**Professional Activities**

Editorial Board, *The Computer Journal*. Published by Oxford University Press on behalf of the British Computer Society. 2007 – 2009.

Program Committee member: 2007 Symposium on Principles of Programming Languages (POPL)

External Review Committee member: 2013 Symposium on Principles of Programming Languages (POPL)

Program Committee member: 2001 Workshop on Practical Applications of Declarative Languages (PADL'01), ACM SIGPLAN'95 Conference on Programming Language Design and Implementation, 1995 ACM SIGPLAN Symposium on Partial Evaluation and Semantics-Based Program Manipulation (PEPM '95), 1995 International Workshop on Memory Management (IWMM'95), ACM SIGPLAN'93 Conference on Programming Language Design and Implementation.

Review Panel Member, National Science Foundation, January 1998 and January 2000.

Official Collaborator, Los Alamos National Laboratory, Computing and Communications Division.

Member, Association for Computing Machinery and ACM Special Interest Group on Programming Languages (SIGPLAN).

Referee for: ACM TOPLAS, IEEE Computer, International Journal of Parallel Programming, Software Practice and Experience, Computational Intelligence, ACM TOCS, ACM Computing Surveys, etc.

Referee for a variety of ACM and IEEE conferences.

**Journal Papers**

"Translation and Run Time Validation of Optimized Code", with L. Zuck, A. Pnueli, C. Barrett, Y. Fang, and Y. Hu, *Formal Methods in System Design*. 27(3): 335-360, November 2005

"VOC: A Methodology for Translation Validaton of Optimizing Compilers", with L. Zuck, A. Pnueli, and Y. Fang. *Journal of Universal Computer Science*, March 2003.

"A Syntactic Method for Finding Least Fixed Points of Higher-Order Functions over Finite Domains", with Tyng-Ruey Chuang. *Journal of Functional Programming*. Vol. 7, No. 4, pp. 357-394, July 1997

"Functional Programming Languages", in ACM 50th Anniversary Issue of Computing Surveys. March 1996.

"Order-of-demand analysis for lazy languages", with Young-Gil Park. Information Processing Letters, Vol. 55, 1995, pp. 343-348.

"Static Analysis for Optimizing Reference Counting", with Young-Gil Park. Information Processing Letters, Vol. 55, 1995, pp. 229-234.

"Multiprocessor Execution of Functional Programs", International Journal of Parallel Programming, Vol. 17, No. 5, October 1988.

"Distributed Execution of Functional Programs Using Serial Combinators," with P. Hudak, IEEE Transactions on Computers, Vol. C-34, No. 10, October 1985, pp. 881-891.

**Books or Chapters in Books**

"Functional Programming Languages", in Handbook of Computer Science and Engineering, CRC Press, Inc. 1996.

**Publications in Proceedings of Refereed Symposia**

"Translation Validation of Loop Optimizations and Software Pipelining in the TVOC Framework". Proceedings of the 17th International Static Analysis Symposium (SAS 2010), September 2010.

"TVOC: A translation validator for optimizing compilers", with C. Barrett, Y. Fang, Y. Hu, A.Pnueli, and L. Zuck. Proceedings of the 17th International Conference on Computer Aided Verification (CAV '05), July 2005.

"Theory and algorithms for the generation and validation of speculative loop optimizations", with Y. Hu and C. Barrett. Proceedings of the 2nd IEEE International Conference on Software Engineering and Formal Methods (SEFM), September 2004.

"Into the Loops: Practical Issues in Translation Validation for Optimizing Compilers", with L. Zuck and C. Barrett. Proceedings of the Third International Workshop on Compiler Optimization meets Compiler Verification (COCV). April 2004.

"Run-Time Validation of Speculative Optimizations using CVC", with C. Barrett and L. Zuck. Proceedings of the Workshop on Runtime Verification 2003, ENTCS 89(2). July 2003.

"Software Bubbles: Using Predication to Compensate for Aliasing in Software Pipelines", with E. Chapman, C. Huneycutt, and K. Palem. Proceedings of the PACT-2002 International Conference on Parallel Architectures and Compilation Techniques, September 2002.

"Translation and Run-Time Validation of Optimized code", with L. Zuck, A. Pnueli, Y. Fang, and Y. Hu. Proceedings of the Workshop on Runtime Verification 2002, ENTCS 70(4). July 2002.

"VOC: A Translation Validator for Optimizing Compilers".  Proceedings of the Workshop on Compiler Optimization Meets Compiler Verification (COCV) 2002, ENTCS 65(2).  April 2002.

"Formal Models of Distributed Memory Management", with Cristian Ungureanu.  Proceedings of the ACM International Conference on Functional Programming, June 1997.

"Partial Evaluation of Concurrent Programs", with Mihnea Marinescu. Proceedings of the ACM Symposium on Partial Evaluation and Program Manipulation, June 1997.

"Real-Time Deques, Multihead Turing Machines, and Purely Functional  Programming", with T-R. Chuang. Proceedings of the 1993 ACM Conference on Functional Programming Languages and Computer Architecture, June 1993.

"Polymorphic Type Reconstruction for Garbage Collection without Tags", with M. Gloger. Proceedings of the 1992 ACM Conference on LISP and Functional Programming, June 1992.

"A Syntactic Approach to Fixed Point Computation on Finite Domains", with T.R. Chuang. Proceedings of the 1992 ACM Conference on LISP and Functional Programming, June 1992.

"Escape Analysis on Lists", with Y.G. Park.  Proceedings of the 1992 ACM SIGPLAN Conference on Programming Language Design and Implementation, June 1992.

"Incremental Garbage Collection without Tags", Proceedings of the 1992 European Symposium on Programming, February 1992.

"Reference Escape Analysis: Optimizing Reference Counting based on the Lifetime of References", with Y.G. Park. Proceedings of the 1991 ACM/IFIP Conference on Partial Evaluation and Program Manipulation, June 1991.

"Tag-Free Garbage Collection for Strongly Typed Programming Languages",  Proceedings of the ACM SIGPLAN'91 Conference on Programming Language Design and Implementation, June 1991.

"Higher Order Escape Analysis: Optimizing Stack Allocation in Functional Program Implementations", Proceedings of the 1990 European Symposium on Programming, May 1990. Springer-Verlag LNCS 432, pp. 152-160.

"Generational Reference Counting: A Reduced-Communication Distributed Storage Reclamation Scheme", Proceedings of the SIGPLAN'89 Conference on Programming Language Design and Implementation, June 1989.

"A Reduced-Communication Storage Reclamation Scheme for Distributed Memory Multiprocessors", Proceedings of the Fourth Conference on Hypercubes, Concurrent Computers, and Applications, January 1989.

"Buckwheat: Graph Reduction on a Shared Memory Multiprocessor",  Proceedings of the 1988 ACM Symposium on Lisp and Functional Programming, July 1988, pp. 40-51.

"Executing Functional Programs on a Hypercube Multiprocessor", Proceedings of the Third Conference on Hypercube Concurrent Computers and Applications, January 1988.

"Detecting Sharing of Partial Applications in Functional Programs", Proceedings of the Conference on Functional Programming Languages and Computer Architecture, September 1987. Published in the  Springer-Verlag Lecture Notes in Computer Science, Vol. 274, pp. 408-425.

"Serial Combinators: "Optimal" Grains of Parallelism", with P. Hudak, Proceedings of the IFIP Conference on Functional Programming Languages and Computer Architecture, September 1985. Published in the Springer-Verlag Lecture Notes in Computer Science, Vol. 201, pp. 382-389.

"Experiments in Diffused Combinator Reduction," with P. Hudak, Proceedings of the ACM Symposium on Lisp and Functional Programming, August 1984, pp. 167-176.

**Keynote Addresses, Invited Talks and Tutorials**

Keynote Address, "Software Pipelining and Loop Optimizations in the Presence of Memory Aliasing", 8th Workshop on Compiler Techniques for High Performance Computing, Hualien, Taiwan, March 2002.

Invited Talk, "Translation Validation of Loop Optimizations", Ecole Normale Supérieur, Paris. July 2003.

Invited tutorial, "The Trimaran Compiler Research Infrastructure", given at at the following conferences:

- IEEE Symposium on Parallel Architectures and Compiler Techniques (PACT'98), Paris, October 1998.
- IEEE Symposium on Microarchitecture (MICRO-31), Dallas, December 1998.
- 1999 ACM SIGPLAN Conference on Programming Language Design and Implementation (PLDI'99), Atlanta, June 1999.

Tutorial, "Functional Programming", 1994 ACM SIGPLAN Conference on Programming Language Design and Implementation (PLDI'94). Orlando, June 1994.

**Research Grants and Contracts**

"Property-Based Development of reactive and Embedded Systems", with A. Pnueli and L. Zuck. National Science Foundation, August 2007 – May 2009.

"PTV: Translation Validation in the Phoenix Compiler Framework", with A. Pnueli (coordinated proposal with L. Zuck of U. Illinois-Chicago).  Microsoft, April 2006.

"A Methodology for Establishing the Dependability and Security of Telecommunication Protocols", with A. Pnueli and L. Zuck.  Office of Naval Research, July 2003 – June 2005.

"Towards a Seamless Process for the Development of Embedded Systems", with A. Pnueli and L. Zuck.  National Science Foundation, September 2002 - August 2005.

"Translation Validation of Advanced Compiler Optimizations", with L. Zuck and A. Pnueli. National Science Foundation, June 2001 – May 2006.

"Algorithmic Techniques for Compiler Controlled Caches", with K. Palem. Air Force, July 1999 - June 2002.

"Parallel Extensions of the MSTAR System", with E. Freudenthal. AFOSR, August 1999 - July, 2001.

"A Computational Laboratory for Automatic Target Recognition", with D. Geiger and E. Freudenthal. AFOSR, March 1998 - March 1999.

"Mobile and Stationary Target Acquisition and Recognition", DARPA/Air Force, June 1997- March 2000.

"An Integrated Parallel Programming Environment for High Performance Parallel Computing on Workstation Clusters", Department of Energy. May 1994. With Los Alamos National Laboratory and IBM.

"GRIFFIN - A Common Prototyping Language: Design, Implementation, and Assessment", with R. Dewar, M. Harrison, E. Schonberg and D. Shasha. DARPA/Office of Naval Research, May 1992 - April 1995.

"Research Training in Software Prototyping Languages and Environments". DARPA/ONR May 1992 - April 1995.

"Studies in Automatic Dynamic Load Balancing on Large Loosely-Coupled Multiprocessors", National Science Foundation Research Initiation Award. September 1989 - June 1992.

"GRIFFIN: a Common Prototyping Language", with R.Dewar, E. Schonberg, M. Harrison, and D. Shasha. DARPA/ONR September 1989 - April 1992.

**New Courses Developed**

"Object Oriented Programming". An undergraduate course covering Java, C++, UML, and object oriented programming techniques. Also developed an MS-level OOP course.

"The Design and Programming of Embedded Systems". A graduate course addressing the computing hardware and software designs in handheld devices, cell phones, appliances, etc.

"Compilers for Advanced Computer Architectures". A graduate course in optimization techniques for emerging microprocessors.

"Honors Programming Languages". A Ph.D. course in Programming Language Design and theory.

# Chapter 1: What is Software Architecture?

For more details of the topics covered in this guide, see Contents of the Guide.

## Contents

- What is Software Architecture?
- The Goals of Architecture
- The Principles of Architecture Design

## What is Software Architecture?

Software application architecture is the process of defining a structured solution that meets all of the technical and operational requirements, while optimizing common quality attributes such as performance, security, and manageability. It involves a series of decisions based on a wide range of factors, and each of these decisions can have considerable impact on the quality, performance, maintainability, and overall success of the application.

Philippe Kruchten, Grady Booch, Kurt Bittner, and Rich Reitman derived and refined a definition of architecture based on work by Mary Shaw and David Garlan (Shaw and Garlan 1996). Their definition is:

"Software architecture encompasses the set of significant decisions about the organization of a software system including the selection of the structural elements and their interfaces by which the system is composed; behavior as specified in collaboration among those elements; composition of these structural and behavioral elements into larger subsystems; and an architectural style that guides this organization. Software architecture also involves functionality, usability, resilience, performance, reuse, comprehensibility, economic and technology constraints, tradeoffs and aesthetic concerns."

In *Patterns of Enterprise Application Architecture*, Martin Fowler outlines some common recurring themes when explaining architecture. He identifies these themes as:

"The highest-level breakdown of a system into its parts; the decisions that are hard to change; there are multiple architectures in a system; what is architecturally significant can change over a system's lifetime; and, in the end, architecture boils down to whatever the important stuff is."

[http://www.pearsonhighered.com/educator/academic/product/0,3110,0321127420,00.html]

In *Software Architecture in Practice (2nd edition)*, Bass, Clements, and Kazman define architecture as follows:

"The software architecture of a program or computing system is the structure or structures of the system, which comprise software elements, the externally visible properties of those elements, and the relationships among them. Architecture is concerned with the public side of interfaces; private details of elements—details having to do solely with internal implementation—are not architectural."

[http://www.pearsonhighered.com/educator/academic/product/0,4096,0321154959,00.html]

## Why is Architecture Important?

Like any other complex structure, software must be built on a solid foundation. Failing to consider key scenarios, failing to design for common problems, or failing to appreciate the long term consequences of key decisions can put your application at risk. Modern tools and platforms help to simplify the task of building applications, but they do not replace the need to design your application carefully, based on your specific scenarios and requirements. The risks exposed by poor architecture include software that is unstable, is unable to support existing or future business requirements, or is difficult to deploy or manage in a production environment.

Systems should be designed with consideration for the user, the system (the IT infrastructure), and the business goals. For each of these areas, you should outline key scenarios and identify important quality attributes (for example, reliability or scalability) and key areas of satisfaction and dissatisfaction. Where possible, develop and consider metrics that measure success in each of these areas.



**Figure 1**

User, business, and system goals
Tradeoffs are likely, and a balance must often be found between competing requirements across these three areas. For example, the overall user experience of the solution is very often a function of the business and the IT infrastructure, and changes in one or the other can significantly affect the resulting user experience. Similarly, changes in the user experience requirements can have significant impact on the business and IT infrastructure requirements. Performance might be a major user and business goal, but the system administrator may not be able to invest in the hardware required to meet that goal 100 percent of the time. A balance point might be to meet the goal only 80 percent of the time.

Architecture focuses on how the major elements and components within an application are used by, or interact with, other major elements and components within the application. The selection of data structures and algorithms or the implementation details of individual components are design concerns. Architecture and design concerns very often overlap. Rather than use hard and fast rules to distinguish between architecture and design, it makes sense to combine these two areas. In some cases, decisions are clearly more architectural in nature. In other cases, the decisions are more about design, and how they help you to realize that architecture.

By following the processes described in this guide, and using the information it contains, you will be able to construct architectural solutions that address all of the relevant concerns, can be deployed on your chosen infrastructure, and provide results that meet the original aims and objectives.

Consider the following high level concerns when thinking about software architecture:

- How will the users be using the application?
- How will the application be deployed into production and managed?
- What are the quality attribute requirements for the application, such as security, performance, concurrency, internationalization, and configuration?
- How can the application be designed to be flexible and maintainable over time?
- What are the architectural trends that might impact your application now or after it has been deployed?

# The Goals of Architecture

Application architecture seeks to build a bridge between business requirements and technical requirements by understanding use cases, and then finding ways to implement those use cases in the software. The goal of architecture is to identify the requirements that affect the structure of the application. Good architecture reduces the business risks associated with building a technical solution. A good design is sufficiently flexible to be able to handle the natural drift that will occur over time in hardware and software technology, as well as in user scenarios and requirements. An architect must consider the overall effect of design decisions, the inherent tradeoffs between quality attributes (such as performance and security), and the tradeoffs required to address user, system, and business requirements.

Keep in mind that the architecture should:

- Expose the structure of the system but hide the implementation details.
- Realize all of the use cases and scenarios.
- Try to address the requirements of various stakeholders.
- Handle both functional and quality requirements.

# The Architectural Landscape

It is important to understand the key forces that are shaping architectural decisions today, and which will change how architectural decisions are made in the future. These key forces are driven by user demand, as well as by business demand for faster results, better support for varying work styles and workflows, and improved adaptability of software design.

Consider the following key trends:

- **User empowerment**. A design that supports user empowerment is flexible, configurable, and focused on the user experience. Design your application with appropriate levels of user personalization and options in mind. Allow the user to define how they interact with your application instead of dictating to them, but do not overload them with unnecessary options and settings that can lead to confusion. Understand the key scenarios and make them as simple as possible; make it easy to find information and use the application.
- **Market maturity**. Take advantage of market maturity by taking advantage of existing platform and technology options. Build on higher level application frameworks where it makes sense, so that you can focus on what is uniquely valuable in your application rather than recreating something that already exists and can be reused. Use patterns that provide rich sources of proven solutions for common problems.
- **Flexible design**. Increasingly, flexible designs take advantage of loose coupling to allow reuse and to improve maintainability. Pluggable designs allow you to provide post-deployment extensibility. You can also take advantage of service orientation techniques such as SOA to provide interoperability with other systems.
- **Future trends**. When building your architecture, understand the future trends that might affect your design after deployment. For example, consider trends in rich UI and media, composition models such as

mashups, increasing network bandwidth and availability, increasing use of mobile devices, continued improvement in hardware performance, interest in community and personal publishing models, the rise of cloud-based computing, and remote operation.

# The Principles of Architecture Design

Current thinking on architecture assumes that your design will evolve over time and that you cannot know everything you need to know up front in order to fully architect your system. Your design will generally need to evolve during the implementation stages of the application as you learn more, and as you test the design against real world requirements. Create your architecture with this evolution in mind so that it will be able to adapt to requirements that are not fully known at the start of the design process.

Consider the following questions as you create an architectural design

- What are the foundational parts of the architecture that represent the greatest risk if you get them wrong?
- What are the parts of the architecture that are most likely to change, or whose design you can delay until later with little impact?
- What are your key assumptions, and how will you test them?
- What conditions may require you to refactor the design?

Do not attempt to over engineer the architecture, and do not make assumptions that you cannot verify. Instead, keep your options open for future change. There will be aspects of your design that you must fix early in the process, which may represent significant cost if redesign is required. Identify these areas quickly and invest the time necessary to get them right.

# Key Architecture Principles

Consider the following key principles when designing your architecture:

- **Build to change instead of building to last**. Consider how the application may need to change over time to address new requirements and challenges, and build in the flexibility to support this.
- **Model to analyze and reduce risk**. Use design tools, modeling systems such as Unified Modeling Language (UML), and visualizations where appropriate to help you capture requirements and architectural and design decisions, and to analyze their impact. However, do not formalize the model to the extent that it suppresses the capability to iterate and adapt the design easily.
- **Use models and visualizations as a communication and collaboration tool**. Efficient communication of the design, the decisions you make, and ongoing changes to the design, is critical to good architecture. Use models, views, and other visualizations of the architecture to communicate and share your design efficiently with all the stakeholders, and to enable rapid communication of changes to the design.
- **Identify key engineering decisions**. Use the information in this guide to understand the key engineering decisions and the areas where mistakes are most often made. Invest in getting these key decisions right the first time so that the design is more flexible and less likely to be broken by changes.

Consider using an incremental and iterative approach to refining your architecture. Start with a baseline architecture to get the big picture right, and then evolve candidate architectures as you iteratively test and improve your architecture. Do not try to get it all right the first time—design just as much as you can in order to start testing the design against requirements and assumptions. Iteratively add details to the design over multiple passes to make sure that you get the big decisions right first, and then focus on the details. A common pitfall is to dive into the details too quickly and get the big decisions wrong by making incorrect assumptions, or by failing to evaluate your architecture effectively. When testing your architecture, consider the following questions:

A261

- What assumptions have I made in this architecture?
- What explicit or implied requirements is this architecture meeting?
- What are the key risks with this architectural approach?
- What countermeasures are in place to mitigate key risks?
- In what ways is this architecture an improvement over the baseline or the last candidate architecture?

For more information about the key principles of software architecture design, see Chapter 2 "Key Principles of Software Architecture."

For information about the incremental and iterative approach to architecture, baseline and candidate architectures, and representing and communicating the design, see Chapter 4 "A Technique for Architecture and Design."

## Additional Resources

Bass, Len, Paul Clements, and Rick Kazman. *Software Architecture in Practice, 2nd ed*. Addison-Wesley Professional, 2003.

Fowler, Martin. *Patterns of Enterprise Application Architecture*. Addison-Wesley, 2002.

© 2015 Microsoft

A262