**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VIATECH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:14-cv-01226-RGA** |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF RYAN JOSEPH SHEEHAN IN SUPPORT OF PLAINTIFF
VIATECH TECHNOLOGIES, INC'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Ryan Joseph Sheehan, declare as follows:

1.      I am an associate with the law firm of Kenyon & Kenyon LLP, counsel for plaintiff ViaTech Technologies, Inc. in the above-captioned case, and am a member in good standing of the bars of the States of New York and Connecticut.  I submit this declaration in support of Plaintiff's Opening Claim Construction Brief, filed herewith.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from *Prentice Hall's Illustrated Dictionary of Computing* (2d ed. 1995), with additional highlighting.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from *Merriam Webster's Collegiate Dictionary* (10th ed. 1998), with additional highlighting.

4.      Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,289,458.

5.      Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,313,512.

1

6.     Attached hereto as Exhibit 5 is a true and correct copy of International Patent App. Pub. No. WO 01/09756 A2.

7.     Attached hereto as Exhibit 6 is a true and correct copy of European Patent App. Pub. No. 0 613 073 A1.

Dated: September 28, 2015          _/s/ Ryan Joseph Sheehan_____

                                   Ryan Joseph Sheehan

2

# <u>EXHIBIT 1</u>
# to Declaration of Ryan Joseph Sheehan in Support of Plaintiff Viatech Technologies, Inc.'s Opening Claim Construction Brief

# PRENTICE HALL'S
# ILLUSTRATED
# DICTIONARY OF
# COMPUTING

SECOND EDITION

JONAR C. NADER

**Fully revised & updated**
**1000 new entries**
**Photos and tables**
**Official standards**
**Style manual**
**5000 terms**

A266

# PRENTICE HALL'S
## ILLUSTRATED
# DICTIONARY OF
# COMPUTING

## 2ND EDITION

**JONAR C. NADER**

: LIVE.

) THERE,
Γ THAT WAY.

: WHO SEE,
)W.



**PRENTICE HALL**

SYDNEY   NEW YORK   TORONTO   MEXICO   NEW DELHI
LONDON   TOKYO   SINGAPORE   RIO DE JANEIRO

A267

© 1995 by Jonar C. Nader

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission of the publisher.

This book is sold without warranty of any kind, either expressed or implied, in respect to the contents of this book, including but not limited to implied warranties for the book's quality, accuracy, completeness, performance, merchantability, or fitness for any particular purpose. Neither the author, publisher, nor its dealers or distributors, should be liable to the purchaser or any other person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by this book.

All company names, product names, trademarks, and servicemarks are used in this book for identification only. All such names, trademarks and servicemarks remain the property, and within the copyright, of their respective organizations.

2 3 4 5 99 98 97 96 95

**National Library of Australia**
**Cataloguing-in-Publication Data**

Nader, Jonar C.
    Prentice Hall's illustrated dictionary of computing.

    2nd ed.
    ISBN 0 13 205725 5.

    1. Computers - Dictionaries. 2. Electronic data processsing - Dictionaries. I. Title. II. Title: Illustrated dictionary of computing

004.03

**Library of Congress**
**Cataloging-in-Publication Data**

Nader, J. (Jonar).
    Prentice Hall's illustrated dictionary of computing / Jonar C. Nader. -- 2nd ed.

    p.      cm.
    ISBN 0 13 205725 5.
    1. Computers -- Dictionaries. I. Title.
QA76.15.N33      1995                         94–47617
005.1'4—dc20                                  CIP

Prentice Hall of Australia Pty Ltd, *Sydney*
Prentice Hall, Inc., *Englewood Cliffs, New Jersey*
Prentice Hall Canada, Inc., *Toronto*
Prentice Hall Hispanoamericana, *SA, Mexico*
Prentice Hall of India Private Ltd, *New Delhi*
Prentice Hall International, Inc., *London*
Prentice Hall of Japan, Inc., *Tokyo*
Prentice Hall of Southeast Asia Pty Ltd, *Singapore*
Editora Prentice Hall do Brasil Ltda, *Rio de Janeiro*

PRENTICE HALL

A division of Simon & Schuster



Readers might expec
world'. Instead, I su
and failure; and a bu

The fact that you are
'immediate-response
does not lie in our fin
of standards.

In a recent court case
of the use of the ter
District Court from
imperative for practi
using common terms
and depends upon, a
responsible organizat

## HEAD OR TAI

On a wet Sunday mo
three simple words in

Dust *The World Book i*
*Funk & Wagnalls*, and

By comparing notes a
like the modern comp
(garbage in, garbage o

If you fancy more con
and for a little more sp

You may be surprised
industry, are not awa
dictionary ($10^9$) is vast

Similarly, many cann
unfamiliar with the F
America, means $10^9$.

**DASD** Direct access storage device; a secondary storage device on which data can be stored sequentially (in a particular order) or randomly. Access is available by going directly to the required record without having to read every preceding record (as is the case with magnetic tape reels). Pronounced 'dazdee'.

**DASS** Digital access signaling system.

**DAT** Digital audio tape; a consumer recording and playback medium for high-quality audio.

**data** Information such as letters, numbers, colors, symbols, shapes, temperatures, sound, or other facts suitable for processing. 'Data' is the plural; datum is singular, although there is an increasing trend toward the use of 'data' to mean 'information'. Only when data becomes meaningful to a person does it become 'information'. Computerized data is created and stored in codes such as ASCII and EBCDIC. [ISO A representation of facts, concepts, or instructions in a formalized manner suitable for communication, interpretation, or processing by human beings or by automatic means.]

**data analysis** [ISO A systematic investigation of the data and their flow in a real or planned system.]

**data authentication** [ISO A process used to verify the integrity of transmitted data, especially a message.]

**data bank** [ISO A set of data related to a given subject and organized in such a way that it can be consulted by users.]

**database** A collection of interrelated or nonrelated data stored together. A simple example would be the set of cards that a dentist would keep, each detailing the patient's name, address, date of birth, and other relevant information. A computerized database makes it easier to search for and sort information in a particular order, say by age. Interestingly, the *Guinness Book of Records* lists the 'Deutsches Worterbuch' as the largest dictionary (database of words). It was started by Jacob and Wilhelm Grimm in 1854, and was completed in 34 519 pages and 33 volumes in 1971. [ISO A data structure for accepting, storing, and providing on demand data for multiple independent users.]

**database definition** Database management systems allow users to define entries, such as fields and indexes, that are used to describe and work with data. These are collectively referred to as 'metadata', which is 'data about actual data'. Database definition is normally the responsibility of a trained database administrator. For example, if a database contains several sub-databases, where each sub-database assumes a postal code field of five numeric characters, then the database administrator can change each of those fields to accommodate longer postal codes simply by changing the master stored in the central data dictionary. See **data dictionary**.

**database management system** See **DBMS.**

**database manipulation** The changing of information in a database, such as adding, changing, and deleting data.

**data bus** See **bus.**

data circ
transmit
provides
commun

data circ
pability
data wit
or struct

data coll
bringing
points fo
collect t
offices b
compute

data col
usually
personn
accuracy
shipping
been col
of the da
attached
informa
processi

data col
data fro
direct c
links in
network
[ISO Tr
function
transmi

data con
ment tl
munica
nection
commu
comput
modem
equipm

A269

Case 1:14-cv-01226-RGA Document 93-2 Filed 04/13/16 Page 8 of 97 PageID #: 2442

manipulation software for space probes. Needing something to help him to calculate the odds for his football results, he adapted a software program that was used in the laboratory and came up with a microcomputer program that his colleagues thought to be useful. He advertised it as 'Vulcan' (after *Star Trek*) in *Byte* magazine. Mr Tate, of Ashton Tate, bought the program and launched it as dBASE II to suggest that it was better than a first-generation product. dBASE II included advanced database management systems (DBMS) features, including relational database management. In 1984, dBASE III was introduced for IBM and industry-standard personal computers, and two years later, dBASE III Plus provided an easy-to-use menu-driven system. In 1988, Ashton-Tate released dBASE IV which included a Structured Query Language (SQL), an improved menu-driven interface, and new report-generation capabilities. Many bugs were found in the first version, damaging the company's credibility. Version IV.1 solved these problems, and established dBASE as a leading database program. The latest version is dBASE V.

**DBMS** Database management system; a collection of software programs (such as dBASE) designed to manage and maintain a collection of records (database) by providing facilities for storing, organizing, and retrieving related information as required. Database management systems provide mechanisms to ensure data integrity in the event of any failure. Other features of DBMS include distributed data access which allows users at different sites to access data which is physically stored at different locations yet to each user appears to be available locally. Each local site has control over its own data in the distributed database, although the end user accessing a piece of data is not aware of where or how that data is stored. The term 'DBMS' should not be confused with 'VAX DBMS', which is a specific database management software product developed by Digital Equipment Corporation. There are three main types of database management systems, distinguished by the way they logically organize data. These three types are hierarchical, network, and relational. See **hierarchical database**, **network database**, **RDBMS**, and **relational database**.

**dBmW** See decibels per milliwatt.

**DB2** IBM's relational database system that runs on System 360-compatible mainframes under the MVS operating system.

**DCC** Digital compact cassette.

**DCE** 1. Data circuit-terminating equipment; a functional unit in a data communications system that performs some or all of the line interfacing functions, such as signal conversion and synchronization between a unit of data terminal equipment (DTE) and a data transmission line. In the case of an RS-232-C connection, the modem is usually regarded as DCE, while the user's device is a DTE. In a CCITT X.25 connection, the network access and packet-switching node is viewed as the DCE. 2. See **data communications equipment**.

**D connector** A series of connectors used in computers and communications devices. The name stems from the D-

**D**

A270

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 9 of 97 PageID #: 2443



*fiber optics The use of these strands has revolutionized telecommunications. The individual and delicate fibers are small enough to freely fit through the eye of a needle.*

megabits per second, over 100 miles (161.5 kilometers) through a fiber optic cable. In Japan, 445.8 megabits per second was achieved over a shorter distance. At this rate, the entire text of the *Encyclopædia Britannica* could be transmitted in only one second. Currently, AT&T is working on a worldwide network to support high-volume data transmission, international computer networking, electronic mail, and voice communications (a single fiber can transmit 200 million telephone conversations simultaneously). Fiber optics is also called 'photonics'. Abbreviation 'FO'. See **optic fiber technology**. Ⱥ

**Fibonacci search** [ISO A dichotomizing search in which the number of data elements in the set is equal to a Fibonacci number or is assumed to be equal to the next higher Fibonacci number, and then at each step in the search the set of elements is partitioned in accordance with the Fibonacci series. *Notes:* (a) The series 0,1,1,2,3,5,8, ... in which each element is the sum of the two preceding terms, is a Fibonacci series. (b) A Fibonacci search

has an advantage over a binary search in slightly reducing average movement of a sequentially-accessed data medium such as a magnetic tape.]

**field** 1. In a file, a related group of letters, numbers, or special symbols form a 'field'. See **file**. 2. [ISO On a data medium or in storage, a specified area used for a particular class of data elements. *Example:* A group of character positions used to enter or display wage rates on a screen.]

**Fifth-Generation Project** The collaboration of the Japanese computer industry with its Government to research and create computers based upon artificial intelligence. The commitment to the Fifth-Generation Project was made in October 1981. Its charter was to develop 'intelligent' computers for the 1990s. See **artificial intelligence**.

**file** A collection of records each stored on a secondary storage medium such as a diskette or hard disk. Generally, a computer file contains either a program or data. Program files contain instructions (or commands) which are to be executed by the computer. Data files which contain only ASCII (American Standard Code for Information Interchange) characters are called 'text files', while files which contain binary data (data other than ASCII characters) are called 'binary files'. Data belonging to a file is stored on one or more sectors (a sector usually contains 512 bytes of data). Before DOS stores data on a disk, it usually breaks up the data into smaller sections of data, then writes them at various places on the disk. The location of each section is recorded in a file allocation table (FAT) which keeps control of all the clusters

recorded on di
mands must be
numbers before t
computer. Comm
are called 'mach
tions. The compu
which coordinat
activities, knows
program files an
rules are used t
file. Word proces
confused with st
Standard ASCII
ASCII printable
the special cont
return), lf (line fe
ht (horizontal t
word processing
which are most
contain some 8
many ASCII co
used for text
such as to indic
Word processin
be treated as bi
mistake is to sen
to a mainframe
transferred file.
file is sent as a t
control codes
correctly. These
bedded in the t
perform the tex
In addition, th
printable charac
tensive editing v
restore the file t
See **file allocatic**
set of records st
unit.]

**file allocation t**
DOS to locate
writes data to a
data on a disk, it

ı binary search in
ıge movement of
ı data medium
.]

ted group of let-
ı symbols form a
) On a data me-
ecified area used
f data elements.
ıaracter positions
· wage rates on a

ct The collabora-
ımputer industry
to research and
ı upon artificial
ımitment to the
ct was made in
ı was to develop
ior the 1990s. See

ords each stored
medium such as
Generally, a com-
er a program or
tain instructions
re to be executed
files which con-
erican Standard
terchange) char-
iles', while files
lata (data other
re called 'binary
) a file is stored
a sector usually
ta). Before DOS
: usually breaks
sections of data,
rious places on
f each section is
tion table (FAT)
all the clusters

recorded on different sectors. Commands must be translated to binary numbers before they are executed by the computer. Commands in binary form are called 'machine language' instructions. The computer's operating system, which coordinates all the computer's activities, knows the difference between program files and data files. Different rules are used to process each type of file. Word processing files should not be confused with standard ASCII text files. Standard ASCII files include only the ASCII printable characters and four of the special control codes: cr (carriage return), lf (line feed), ff (form feed), and ht (horizontal tab). In contrast, most word processing programs create files which are mostly text but which also contain some 8-bit binary codes and many ASCII control codes which are used for text formatting purposes, such as to indicate a special typestyle. Word processing files must therefore be treated as binary files. A common mistake is to send a word processing file to a mainframe as if it were a standard transferred file. If a word processing file is sent as a transferred file, the 8-bit control codes will not be received correctly. These codes will remain embedded in the text and will no longer perform the text formatting expected. In addition, the codes are often not printable characters, which means extensive editing will have to be done to restore the file to its original condition. See **file allocation table**. [ISO A named set of records stored or processed as a unit.]

**file allocation table** A table used by DOS to locate the blocks in which it writes data to a disk. When DOS stores data on a disk, it usually breaks the data into smaller sections of data ('clusters') and writes them to various places on the disk. The location of each section is recorded in a file allocation table which keeps control of all the clusters recorded on different sectors. File storage is actually allocated on the disk (by the file system) in fixed-sized areas called 'blocks'. Normally, a block is the same size as a disk sector. Files are created by finding and reserving enough unused blocks to contain the data in the file. Two file allocation methods are currently in widespread use. The first method allocates blocks (for a file) from a sequential pool of unused blocks. Thus, a file is always contained in a set of sequential blocks on the disk. As files are created, updated, and deleted, these free-block pools become fragmented (separated from one another). When this fragmentation occurs, it often becomes impossible for the file system to create a file even though there is a sufficient number of free blocks on the disk. At this point, special programs must be run to 'squeeze' or compact the files in order to re-create a single contiguous free-block pool. The second file allocation method uses a more flexible technique in which individual data blocks may be located anywhere on the disk (with no restrictions). With this technique, a file directory entry contains the disk address of a file pointer block rather than the disk address of the first data block of the file. This file pointer block contains pointers (disk addresses) for each data block in the file. For example, the first pointer in the file pointer block contains the track and sector address of the first data block in the file, the second pointer contains the disk address of the second data block, and so on. In practice, pointer blocks are

**F**

**219**
**A**

# **EXHIBIT 2**
## **to Declaration of Ryan Joseph Sheehan in Support of Plaintiff Viatech Technologies, Inc.'s Opening Claim Construction Brief**



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1998 by Merriam-Webster, Incorporated

Philippines Copyright 1998 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
    1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                                      97-41846
                                                CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

222324RMcN98

: the Fifth Amendment of the U.S. Constitution — **fifth** *adj or adv* —
**fifth-ly** *adv*

**fifth column** *n* [name applied to rebel sympathizers in Madrid in 1936 when four rebel columns were advancing on the city] (1936) : a group of secret sympathizers or supporters of an enemy that engage in espionage or sabotage within defense lines or national borders — **fifth col·um·nism** \-'käl-əm-,niz-əm\ *n* — **fifth col·um·nist** \-(n)ist\ *n*

**fifth wheel** *n* (ca. 1874) **1 a** : a horizontal wheel or segment of a wheel that consists of two parts rotating on each other above the fore axle of a carriage and that forms support to prevent tipping **b** : a similar coupling between tractor and trailer of a semitrailer **2** : one that is superfluous, unnecessary, or burdensome

**fif·ty** \'fif-tē, *esp in rapid speech* 'fif-ē\ *n, pl* **fif·ties** [ME, fr. *fīftig*, adj., fr. OE *fīftig*, fr. *fīf* five + -*tig* group of ten; akin to *tien* ten] (bef. 12c) **1** — see NUMBER table **2** *pl* : the numbers 50 to 59; *specif* : the years 50 to 59 in a lifetime or century **3** : a 50-dollar bill — **fif·ti·eth** \-tē-əth\ *adj or n* — **fifty** *adj* — **fifty** *pron, pl in constr* — **fif·ty·ish** \-tē-ish\ *adj*

**fif·ty-fif·ty** \,fif-tē-'fif-tē\ *adj* (1913) **1** : shared, assumed, or borne equally (a ~ proposition) **2** : half favorable and half unfavorable (a ~ chance) — **fifty-fifty** *adv*

**fig** \'fig\ *n* [ME *fige*, fr. OF, fr. OProv *figa*, fr. (assumed) VL *fica*, fr. L *ficus* fig tree, fig] (13c) **1 a** : an oblong or pear-shaped fruit that is a syconium **b** : any of a genus (*Ficus*) of trees of the mulberry family bearing fruits that are syconia; *esp* : a widely cultivated tree (*F. carica*) that produces edible figs **2** : a worthless trifle : the least bit (doesn't care a ~)

**²fig** *n* [*fig*. vb. (to adorn)] (1835) : DRESS, ARRAY (a young woman in dazzling royal full ~ —Mollie Panter-Downes)

**¹fight** \'fīt\ *vb* **fought** \'fȯt\, **fight·ing** [ME, fr. OE *feohtan*; akin to OHG *fehtan* to fight and perh. to L *pectere* to comb — more at PECTINATE] *vi* (bef. 12c) **1 a** : to contend in battle or physical combat; *esp* : to strive to overcome a person by blows or weapons **b** : to engage in boxing **2** : to put forth a determined effort ~ *vt* **1 a** (1) : to contend against in or as if in battle or physical combat (2) : to box against in the ring **b** (1) : to attempt to prevent the success or effectiveness of (the company *fought* the takeover attempt) (2) : to oppose the passage or development of (~ a bill in Congress) **2 a** : WAGE, CARRY ON (~ a battle) **b** : to take part in (as a boxing match) **3** : to struggle to endure or surmount (~ a cold) **4 a** : to gain by struggle (~s his way through) **b** : to resolve by struggle (*fought* out their differences in court) **5 a** : to manage (a ship) in a battle or storm **b** : to cause to struggle or contend **c** : to manage in an unnecessarily rough or awkward manner — **fight shy of** : to avoid facing or meeting

**²fight** *n* (bef. 12c) **1 a** : a hostile encounter : BATTLE, COMBAT **b** : a boxing match **c** : a verbal disagreement : ARGUMENT **2** : a struggle for a goal or an objective (a ~ for justice) **3** : strength or disposition for fighting : PUGNACITY (still full of ~)

**fight·er** \'fīt-ər\ *n* (13c) : one that fights: as **a** (1) : WARRIOR, SOLDIER (2) : a pugnacious or game individual (3) : ¹BOXER **1 b** : an airplane of high speed and maneuverability with armament designed to destroy enemy aircraft

**fighter-bomb·er** \-'bä-mər\ *n* (1936) : a fighter aircraft fitted to carry bombs and rockets in addition to its normal armament

**fighting chair** *n* (1950) : a chair from which a salt-water angler plays a hooked fish

**fighting chance** *n* (1889) : a chance that may be realized by a struggle (the patient had a *fighting chance* to live)

**fighting word** *n* (1917) : a word likely to provoke a fight

**fight song** *n* (1954) : a song used to inspire enthusiasm usu. during an athletic competition

**fig leaf** *n* (14c) **1** : the leaf of a fig tree **2** [fr. the use by Adam and Eve of fig leaves to cover their nakedness after eating the forbidden fruit (Gen. 3:7)] : something that conceals or camouflages usu. inadequately or dishonestly

**fig mar·i·gold** *n* (1731) : any of several herbs (genus *Mesembryanthemum*) of the carpetweed family with showy white or pink flowers

**fig-ment** \'fig-mənt\ *n* [ME, fr. L *figmentum*, fr. *fingere* to shape — more at DOUGH] (15c) : something made up or contrived

**fig·u·ral** \'fig-(y)ə-rəl\ *adj* (1813) : of, relating to, or consisting of human or animal figures (a ~ composition)

**fig·u·ra·tion** \,fig-(y)ə-'rā-shən\ *n* (14c) **1** : FORM, OUTLINE **2** : the act or process of creating or providing a figure **3** : an act or instance of representation in figures and shapes (Cubism was explained as a synthesis of colored ~s of objects —Janet Flanner) **4** : ornamentation of a musical passage by using decorative and usu. repetitive figures

**fig·u·ra·tive** \'fig-(y)ə-rə-tiv\ *adj* (14c) **1 a** : representing by a figure or resemblance : EMBLEMATIC **b** : of or relating to representation of form or figure in art (~ sculpture) **2 a** : expressing one thing in terms normally denoting another with which it may be regarded as analogous : METAPHORICAL (~ language) **b** : characterized by figures of speech (a ~ description) — **fig·u·ra·tive·ly** *adv* — **fig·u·ra·tive·ness** *n*

**¹fig·ure** \'fig-gyər, *Brit & often US* 'fi-gər\ *n* [ME, fr. OF, fr. L *figura*, fr. *fingere*] (13c) **1 a** : a number symbol : NUMERAL, DIGIT (a salary running into six ~s) **b** *pl* : arithmetical calculations (good at ~s) **c** : a written or printed character **d** : value esp. as expressed in numbers : SUM, PRICE (sold at a low ~) **2 a** : geometric form (as a line, triangle, or sphere) esp. when considered as a set of geometric elements (as points) in space of a given number of dimensions (a square is a plane ~) **b** : bodily shape or form esp. of a person (a slender ~) **c** : an object noticeable only as a shape or form (~s moving in the dusk) **3 a** : the graphic representation of a form esp. of a person or geometric entity **b** : a diagram or pictorial illustration of textual matter **4** : a person, thing, or action representative of another **5 a** : FIGURE OF SPEECH **b** : an intentional deviation from the ordinary form or syntactical relation of words **b** : the form of a syllogism with respect to the relative position of the middle term **7** : an often repetitive pattern or design in a manufactured article (as cloth) or natural product (as wood) (a polka-dot ~) **8** : appearance made : impression produced (the couple cut quite a ~) **9 a** : a series of movements in a dance **b** : an outline representation of a form traced by a series of evolutions (as with skates on an ice surface or by an airplane in the air) **10** : a prom-

inent personality : PERSONAGE (great ~s of history) **11** : a short coherent group of notes or chords that may constitute part of a phrase, theme, or composition

**²figure** *vb* **fig·ured; fig·ur·ing** \'fig-gyə-riŋ, 'fi-gə-)riŋ\ *vt* (14c) **1** : to represent by or as if by a figure or outline **2** : to decorate with a pattern; *also* : to write figures over or under (the bass) in order to indicate the accompanying chords **3** : to indicate or represent by numerals **4 a** : CALCULATE **b** : CONCLUDE, DECIDE (*figured* there was no use in further effort) **c** : REGARD, CONSIDER **d** : to imagine likely (~ed to win) ~ *vi* **1 a** : to be or appear important or conspicuous **b** : to be involved or implicated (*figured* in a robbery) **2** : to perform a figure in dancing **3** : COMPUTE, CALCULATE **4** : to seem rational, normal, or expected (that ~s) — **fig·ured** \'fig-gyərd\ *adj* — **figure on** **1** : to take into consideration (*figuring on* the extra income) **2** : to rely on **3** : PLAN (I *figure on* going into town)

**fig·ured** \-gyərd\ *adj* (15c) **1** : adorned with, formed into, or marked with a figure (~ muslin) (~ wood) **2** : being represented : PORTRAYED **3** : indicated by figures

**figured bass** *n* (1801) : CONTINUO

**figure eight** *n* (1887) : something resembling the Arabic numeral eight in form or shape: as **a** : a small knot — see KNOT illustration **b** : an embroidery stitch **c** : a dance pattern **d** : a skater's figure — called also *figure-of-eight*

**fig·ure·head** \'fig-(y)ər-,hed\ *n* (1765) **1** : the figure on a ship's bow **2** : a head or chief in name only

**figure in** *vt* (ca. 1934) : to include esp. in a reckoning

**figure of merit** (ca. 1865) : a numerical quantity based on one or more characteristics of a system or device that represents a measure of efficiency or effectiveness

**figure of speech** (1824) : a form of expression (as a simile or metaphor) used to convey meaning or heighten effect often by comparing or identifying one thing with another that has a meaning or connotation familiar to the reader or listener

**figure out** *vt* (1833) **1** : DISCOVER, DETERMINE (try to *figure out* a way to do it) **2** : SOLVE, FATHOM (*figure out* a problem)

**figure skating** *n* (1852) : skating characterized by the performance of various jumps, spins, and dance movements and formerly by the tracing of prescribed figures — **figure skater** *n*

**fig·u·rine** \,fig-(y)ə-'rēn\ *n* [F, fr. It *figurina*, dim. of *figura* figure, fr. L — more at FIGURE] (1854) : a small carved or molded figure : STATUETTE

**fig wasp** *n* (1883) : a minute wasp (*Blastophaga psenes* of the family Agaonidae) that breeds in the caprifig and is the agent of caprification; *broadly* : any wasp of the same family

**fig·wort** \'fig-,wərt, -,wȯrt\ *n* (1548) : any of a genus (*Scrophularia*) of chiefly herbaceous plants of the snapdragon family with leaves having no stipules, an irregular bilabiate corolla, and a 2-celled ovary

**Fi·ji·an** \'fē-(,)jē-ən, fi-'\ *n* (1809) **1** : a member of a Melanesian people of Fiji **2** : the Austronesian language of the Fijians — **Fijian** *adj*

**fil·a·ment** \'fi-lə-mənt\ *n* [MF, fr. ML *filamentum*, fr. LL *filare* to spin — more at FILE] (1594) : a single thread or a thin flexible threadlike object, process, or appendage: as **a** : a tenuous conductor (as of carbon or metal) made incandescent by the passage of an electric current; *specif* : a cathode in the form of a metal wire in an electron tube **b** (1) : a thin and fine elongated constituent part of a gill (2) : an elongated thin series of cells attached one to another or a very long thin cylindrical single cell (as of some algae, fungi, or bacteria) **c** : the anthers bearing stalk of a stamen — see FLOWER illustration — **fil·a·men·ta·ry** \,fi-lə-'men-t(ə-)rē\ *adj* — **fil·a·men·tous** \-'men-təs\ *adj*

**fi·lar** \'fī-lər\ *adj [L. filum* thread] (ca. 1859) : of or relating to a thread or line; *esp* : having threads across the field of view (a ~ eyepiece)

**fi·lar·ia** \fə-'lar-ē-ə, -'ler-\ *n, pl* **-i·ae** \-ē-,ē, -ē-,ī\ [NL, genus name, fr. L *filum*] (1834) : any of numerous slender filamentous nematodes (*Filaria* and related genera) that as adults are parasites in the blood or tissues of mammals and as larvae usu. develop in biting insects — **fi·lar·i·al** \-ē-əl\ *adj* — **fi·lar·i·id** \-ē-əd\ *adj or n*

**fil·a·ri·a·sis** \,fi-lə-'rī-ə-səs\ *n, pl* **-a·ses** \-,sēz\ [NL] (1879) : infestation with or disease caused by filariae

**fila·ture** \'fil-ə-chú(ə)r, -chər, -(t)yü(ə)r\ *n* [F, fr. LL *filatus*, pp. of *filare*] (1759) : a factory where silk is reeled

**fil·bert** \'fil-bərt\ *n* [ME, fr. AF *philber*, fr. St. *Philibert* †684 Frankish abbot whose feast day falls in the nutting season] (14c) **1** : either of two European hazels (*Corylus avellana* and C. *maxima*); *also* : the sweet thick-shelled nut of the filbert **2** : HAZELNUT

**filch** \'filch\ *vt* [ME] (1561) : to appropriate furtively or casually (~ a cookie) **syn** see STEAL

**¹file** \'fī(ə)l\ *n* [ME, fr. OE *fēol*; akin to OHG *fīla* file] (bef. 12c) **1** : a tool usu. of hardened steel with cutting ridges for forming or smoothing surfaces esp. of metal **2** : a shrewd or crafty person

**²file** *vt* **filed; fil·ing** (13c) : to rub, smooth, or cut away with or as if with a file

**³file** *vt* **filed; fil·ing** [ME, fr. OE *fȳlan*, fr. *fūl* foul] (bef. 12c) *chiefly dial* : DEFILE, CORRUPT

**⁴file** *vb* **filed; fil·ing** [ME, fr. MF *filer* to string documents on a string or wire, fr. *fil* thread, fr. OF, fr. L *filum*; akin to Arm *jil* sinew] *vt* (15c) **1** : to arrange in order for preservation and reference (~ letters) **2 a** : to place among official records as prescribed by law (~ a mortgage) **b** : to send (copy) to a newspaper (*filed* a story) **c** : to return to the office of the clerk of a court without action on the merits **3** : to initiate (as a legal action) through proper formal procedure (threatened to ~ charges) ~ *vi* **1** : to register as a candidate esp. in a primary election **2** : to place items in a file — **filer** \'fī-lər\ *n*

**⁵file** *n* (1525) **1** : a device (as a folder, case, or cabinet) by means of which papers are kept in order **2 a** *archaic* : ROLL, LIST **b** : a collection of papers or publications usu. arranged or classified **c** (1) : a collection of related data records (as for a computer) (2) : a complete collection of data (as text or a program) treated by a computer as a unit esp. for purposes of input and output — **on file** : in or as if in a file for ready reference

**⁶file** *n* [MF, fr. *filer* to spin, fr. LL *filare*, fr. L *filum*] (1598) **1** : a row of persons, animals, or things arranged one behind the other **2** : any of the rows of squares that extend across a chessboard from one player's to the other player's side

**⁷file** *vi* **filed; fil·ing** (1616) : to march or proceed in file

A276

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 14 of 97 PageID #: 2448

*(right margin, partial:)*
**fil•e** *also* **file** \fə-spəl\ (1806) : ... soups or stews
**file clerk** *n* (19... : **fi•lé** \fə-'lā\ *n* [F ... radontiformes thus of the family
**fi-let** \fi-'lā\, ... metric designs
**fi•let mi•gnon** ... fron-'yō(n)... from the narrow
**fili-** *or* **filo-** *con* ... **fil-ial** \'fil-ē-əl, at ALI FEMININE] ... (~ obedience) ...spring — **filial**
**fil•ial gener•ati** is successive to ... but usu. relativ
**fil•i•a•tion** \,fil-... to his father \... vation esp. fro ... mining such re
**fil•i•bus•ter** \' ... : an irregular ... (something insu ... [?filibuster] : ... delay or preve ... this practice
**fil•i•bus•ter** *vb* ... insurrectionists ... ter ~ *vt* : to ...
**fil•i•form** \'fil-... **fil•i•gree** \'fil-... *filigrane*, fr. I ... + *granum* g ... (1693) **1** : o ... fine wire of ... applied chief ... surfaces **2** ... work of delic ... **b** : a pattern ... such openwo ... : ORNAMENT ... (writings ... **fil•i•gree** *vt* fi ... with filigree
**fil•ing** \'fī-liŋ... ment rubbed
**fil•io•pi•et•is•...** (1893) : of o ... tradition
**Fil•i•pi•na** \,... (as a straigh ...
**Fil•i•pi•no** \,... the Philippin ...
— **Filipino** ...
**¹fill** \'fil\ *vt* [M... : to put into ... cup with wa ... already (~ec ... (2) : to trim ... (~ed land)... STRUCT, PLU... stices, crevi... substance ... ments) **c** : ... (~ in the bl... (as a straigl... ~ed the rō...
with fantasi... an official ... directed (~... precious me... over one's j...
**²fill** *n* (bef. ... dates (eat yc... a receptacl... music that ... **fill away** v... On one cou...
**fill•er** \'fil-... product (as ... : a compo... before pair ... between tw... a cigar e... newspaper ... **g** : a sound ... speaking
**fil•ler** \'fi-...MONEY tab
**fill•et** \'fi-... [ME, *filet*,... bon or nar... narrow str... esp. : the t... two surfac... appearanc... where two... : a flat n... space betw... **²fillet** *vt*... nish, or a...

²**Mongolian** n (1846)  **1 a :** the language of the Mongol people  **b :** a family of Altaic languages that includes the languages of the Mongols and the Kalmucks  **2 a :** MONGOL 1  **b :** a person of Mongoloid racial stock  **c :** a native or inhabitant of Mongolia

**Mongolian gerbil** n (1948) : a gerbil (*Meriones unguiculatus*) of Mongolia and northern China that has an external resemblance to a rat, has a high capacity for temperature regulation, and is used as an experimental laboratory animal

**Mon·gol·ic** \män-ˈgä-lik, mäŋ-\ adj (1834) : MONGOLOID 1

**mon·gol·ism** \ˈmäŋ-gə-ˌli-zəm\ n (1900) : DOWN'S SYNDROME

**Mon·gol·oid** \ˈmäŋ-gə-ˌlȯid\ adj (1868)  **1 :** of, constituting, or characteristic of a major racial stock native to Asia as classified according to physical features (as the presence of an epicanthic fold) that includes peoples of northern and eastern Asia, Malaysians, Eskimos, and often American Indians  **2** often not cap : of, relating to, or affected with Down's syndrome — **Mongoloid** n

**mon·goose** \ˈmän-ˌgüs, ˈmäŋ-\ n, pl **mon·goos·es** also **mon·geese** \-ˌgēs\ [Hindi & Marathi *māgūs*, fr. Prakrit *maṅgūsa*] (1698) : any of the viverrid mammals that comprise two subfamilies (Herpestinae and Galidiinae) often grouped in a separate family (Herpestidae), that include agile ferret-sized mammals sometimes with bands or stripes, and that feed on small animals and fruits


mongoose

**mon·grel** \ˈmäŋ-grəl, ˈmäŋ-\ n [ME, prob. fr. *mong* mixture, short for *ymong*, fr. OE *gemong* crowd — more at AMONG] (15c)  **1 :** an individual resulting from the interbreeding of diverse breeds or strains; esp : one of unknown ancestry  **2 :** a cross between types of persons or things — **mongrel** adj [L *monile* necklace — more at MANE] (ca. 1832) : jointed or constricted at regular intervals so as to resemble a string of beads (a ~ root) (~ insect antennae)

**mon·ies** pl of MONEY

**mon·ick·er** also **mon·ick·er** \ˈmä-ni-kər\ n [prob. fr. Shelta (language of Irish itinerants) *münnik*, modif. of Ir *ainm*] (1851) : NAME, NICKNAME

**mo·nil·i·a·sis** \ˌmō-nə-ˈlī-ə-səs, ˌmä-\ n, pl -a·ses \-ˌsēz\ [NL, fr. *Monilia*, genus of fungi, fr. L *monile* necklace] (1920) : CANDIDIASIS

**mo·nil·i·form** \mə-ˈni-lə-ˌfȯrm\ adj [L *monile* necklace — more at MANE] (ca. 1802) : jointed or constricted at regular intervals so as to resemble a string of beads (a ~ root) (~ insect antennae)

**mon·ish** \ˈmä-nish\ vt [ME *monesen*, alter. of *monesten*, fr. OF *monester*, fr. (assumed) VL *monestare*, fr. L *monēre* to warn] (14c) : WARN

**mo·nism** \ˈmō-ˌni-zəm, ˈmä-\ n [G *Monismus*, fr. *mon-* + *-ismus* -ism] (1862)  **1 a :** a view that there is only one kind of ultimate substance  **b :** the view that reality is one unitary organic whole with no independent parts  **2 :** MONOGENESIS  **3 :** a viewpoint or theory that reduces all phenomena to one principle — **mo·nist** \ˈmō-nist, ˈmä-\ n, **mo·nis·tic** \mō-ˈnis-tik, mä-\ adj

**mo·ni·tion** \mō-ˈni-shən, mə-\ n [ME *monicioun*, fr. MF *monition*, fr. L *monitio, monitio*, fr. *monēre*] (14c)  **1 :** WARNING, CAUTION  **2 :** an intimation of danger

**¹mon·i·tor** \ˈmä-nə-tər\ n [L, one that warns, overseer, fr. *monēre* to warn — more at MIND] (1546)  **1 a :** a student appointed to assist a teacher  **b :** one that warns or instructs  **c :** one that monitors or is used in monitoring: as  (1) : a cathode-ray tube used for display (as of television pictures or computer information)  (2) : a device for observing a biological condition or function (a heart ~)  **2 :** any of various large tropical Old World lizards (genus *Varanus* of the family Varanidae) closely related to the iguanas  **3** [*Monitor*, first ship of the type] **a :** a heavily armored warship formerly used in coastal operations having a very low freeboard and one or more revolving gun turrets  **b :** a small modern warship with shallow draft for coastal bombardment  **4 :** a raised central portion of a roof having low windows or louvers for providing light and air — **mon·i·tor·i·al** \ˌmä-nə-ˈtȯr-ē-əl, -ˈtȯr-\ adj

**²monitor** or **mon·i·tored; mon·i·tor·ing** \ˈmä-nə-t(ə-)riŋ\ (1924) : to watch, keep track of, or check usu. for a special purpose

**mon·i·to·ry** \ˈmä-nə-ˌtȯr-ē, -ˌtȯr-\ adj [ME, fr. L *monitorius*, fr. *monēre*] (15c) : giving admonition : WARNING

**²monitory** n, pl -ries (15c) : a letter containing an admonition or warning

**¹monk** \ˈməŋk\ n [ME, fr. OE *munuc*, fr. LL *monachus*, fr. Gk *monachos*, fr. Gk, adj., single, fr. *monos* single, alone] (bef. 12c) : a man who is a member of a religious order and lives in a monastery; also : FRIAR

**²monk** n (1843?) : MONKEY

**monk·ery** \ˈməŋ-kə-rē\ n, pl **-er·ies** (1536)  **1 :** monastic life or practice : MONASTICISM  **2 :** a monastic house : MONASTERY

**¹mon·key** \ˈməŋ-kē\ n, pl **monkeys** [prob. of LG origin; akin to *Moneke*, name of an ape, prob. of Romance origin; akin to OSp *mona* monkey] (ca. 1530)  **1 :** a nonhuman primate mammal with the exception usu. of the lemurs and tarsiers; esp : any of the smaller longer-tailed primates as contrasted with the apes  **2 a :** a person resembling a monkey  **b :** a ludicrous figure : DUPE  **3 :** any of various machines, implements, or vessels; esp : the falling weight of a pile driver  **4 :** a desperate desire for or addiction to drugs — often used in the phrase *monkey on one's back; broadly :* a persistent or annoying encumbrance or problem

**²monkey** vb **mon·keyed; mon·key·ing** vi (1859) : MIMIC, MOCK ~ vi  **1 :** to act in a grotesque or mischievous manner  **2 :** FOOL, TRIFLE — often used with *around*  **b :** TAMPER — usu. used with *with*

**monkey bars** n pl (1955) : a three-dimensional framework of horizontal and vertical bars from which children can hang and swing

**monkey business** n (1883) : SHENANIGAN 2

**monkey jacket** n (1858) : MESS JACKET

**mon·key·pod** \ˈməŋ-kē-ˌpäd\ n (1888)  **1 :** an ornamental tropical leguminous tree (*Samanea saman* syn. *Pithecellobium saman*) that has bipinnate leaves, globose clusters of flowers with crimson stamens, sweet-pulp pods eaten by cattle, and wood used in carving — called also *rain tree*  **2 :** the wood of a monkeypod

**monkey puzzle** n (1866) : a tall araucaria (*Araucaria araucana*) that is native to Chile and western Argentina but widely grown elsewhere — called also *monkey puzzle tree*

**monkey-shine** \ˈməŋ-kē-ˌshīn\ n (ca. 1832) : PRANK — usu. used in pl.

**monkey wrench** n (ca. 1858)  **1 :** a wrench with one fixed and one adjustable jaw at right angles to a straight handle  **2 :** something that disrupts (threw a *monkey wrench* into the peace negotiations)

**monk·fish** \ˈməŋk-ˌfish\ n (1666) : either of two goosefishes (*Lophius americanus* of America and L. *piscatorius* of Europe) used for food

**Mon–Khmer** \ˈmōn-kə-ˈmer\ n (1887) : a language family containing Mon, Khmer, and a number of other languages of southeast Asia

**monk·hood** \ˈməŋk-ˌhu̇d\ n (bef. 12c)  **1 :** the character, condition, or profession of a monk  **2 :** monks as a class

**monk·ish** \ˈməŋ-kish\ adj (1546)  **1 :** of, relating to, or resembling a monk; also : resembling that of a monk  **2 :** inclined to disciplinary self-denial

**monk's cloth** n (ca. 1847) : a coarse heavy fabric in basket weave made orig. of worsted and used for monk's habits but now chiefly of cotton or linen and used for draperies

**monk seal** n (1841) : any of a genus (*Monachus*) of hair seals of Hawaii, the Mediterranean Sea, and formerly the Caribbean Sea

**monks·hood** \ˈməŋks-ˌhu̇d\ n (1578) : any of a genus (*Aconitum*) of usu. bluish flowered poisonous herbs of the buttercup family; esp : a poisonous Eurasian herb (A. *napellus*) often cultivated for its showy blue flowers — compare WOLFSBANE

**¹mono** \ˈmä-(ˌ)nō\ n, pl **mon·os** [*mono*-] (1959) : monophonic reproduction

**²mono** adj (1961) : MONOPHONIC 2

**²mono** n (1962) : INFECTIOUS MONONUCLEOSIS

**mono**— see MON-

**mono·ac·id** \ˌmä-nō-ˈa-səd\ n (1863) : an acid having only one acid hydrogen atom

**mono·ac·id·ic** \-ə-ˈsi-dik\ adj (ca. 1929) : able to react with one molecule of a monobasic acid to form a salt or ester — used esp. of bases

**mono·amine** \ˌmä-nō-ə-ˈmēn n [ISV] (1951) : an amine RNH₂ that has one organic constituent attached to the nitrogen atom; esp : one (as serotonin) that is functionally important in neural transmission

**monoamine oxidase** n (1951) : an enzyme that deaminates monoamines oxidatively and that functions in the nervous system by breaking down monoamine neurotransmitters oxidatively

**mono·am·in·er·gic** \ˌmä-nō-ˌa-mə-ˈnər-jik\ adj (1966) : liberating or involving monoamines (as serotonin or norepinephrine) in neural transmission (~ neurons) (~ mechanisms)

**mono·ba·sic** \ˌmä-nō-ˈbā-sik\ adj [ISV] (1842) of an acid : having only one replaceable hydrogen atom

**mono·car·box·yl·ic** \-ˌkär-(ˌ)bäk-ˈsi-lik\ adj (ca. 1909) : containing one carboxyl group (acetic acid is a ~ acid)

**mono·car·pic** \-ˈkär-pik\ adj [prob. fr. (assumed) NL *monocarpicus*, fr. Gk *mon-* + *-carpicus -carpic*] (1849) : bearing fruit but once and then dying

**mono·cha·si·um** \-ˈkä-zē-əm, -zhē-\ n, pl **-sia** \-zē-ə, -zhē-\ [NL, fr. *mon-* + *chasium* (as in *dichasium*)] (ca. 1890) : a cymose inflorescence that produces only one main axis — **mono·cha·sial** \-zē-əl, -zhē-\ adj

**mono·chord** \ˈmä-nə-ˌkȯrd\ n [ME *monocorde*, fr. MF, fr. ML *monochordon*, fr. Gk *monochordon*, fr. *mon-* + *chordē* string — more at YARN] (15c) : an instrument of ancient origin for measuring and demonstrating the mathematical relations of musical tones and that consists of a single string stretched over a sound box and a movable bridge set on a graduated scale

**mono·chro·mat** \ˈmä-nə-krō-ˌmat, ˌmä-nə-ˈ\ n [*mon-* + Gk *chrōmat-, chrōma*] (1902) : a completely color-blind individual

**mono·chro·mat·ic** \ˌmä-nə-krō-ˈma-tik\ adj [L *monochromatos*, fr. Gk *monochromatos*, fr. *mon-* + *chrōmat-, chrōma* color] (1822)  **1 a :** having or consisting of one color or hue  **b :** consisting of radiation of a single wavelength or of a very small range of wavelengths  **3 :** of, relating to, or exhibiting monochromatism — **mono·chro·mat·i·cal·ly** \-ti-k(ə-)lē\ adv — **mono·chro·ma·tic·i·ty** \-ˌkrō-mə-ˈti-sə-tē\ n

**mono·chro·ma·tism** \-ˈkrō-mə-ˌti-zəm\ n (ca. 1930) : complete color blindness in which all colors appear as shades of gray

**mono·chro·ma·tor** \ˌmä-nə-ˈkrō-ˌmā-tər\ n [*monochromatic* + illuminator] (1909) : a device for isolating a narrow portion of a spectrum

**¹mono·chrome** \ˈmä-nə-ˌkrōm\ n [ML *monochroma*, fr. L, fem. of *monochromos* of one color, fr. Gk *monochromos*, fr. *mon-* + *chrōmos* -chrome] (1662) : a painting, drawing, or photograph in a single hue — **mono·chro·mic** \ˌmä-nə-ˈkrō-mik\ adj — **mono·chrom·ist** \ˈmä-nə-ˌkrō-mist\ n

**²monochrome** adj (1849)  **1 :** of, relating to, or made with a single color or hue  **2 :** involving or producing visual images in a single color or in varying tones of a single color (as gray) (~ film) (~ television monitor)

**mon·o·cle** \ˈmä-ni-kəl\ n [F, fr. LL *monoculus* having one eye, fr. L *mon-* + *oculus* eye — more at EYE] (ca. 1858) : an eyeglass for one eye — **mon·o·cled** \-kəld\ adj

**mono·cline** \ˈmä-nə-ˌklīn\ n (1879) : an oblique geologic fold

**mono·clin·ic** \ˌmä-nə-ˈkli-nik\ adj [ISV] (ca. 1864) : having one oblique intersection of the crystallographic axes

**monoclinic system** n (1869) : a crystal system characterized by three unequal axes with one oblique intersection

**mono·clo·nal** \ˌmä-nə-ˈklō-n°l\ adj (1914) : produced by, being, or composed of cells derived from a single cell (~ antibodies) (a ~ tumor) — **monoclonal** n

**mono·coque** \ˈmä-nə-ˌkōk, -ˌkäk\ n [F, fr. *mon-* + *coque* shell, prob. fr. L *coccum* kernel — more at COCOON] (1913)  **1 :** a type of construction (as of a fuselage) in which the outer skin carries all or a major part of the stresses  **2 :** a type of vehicle construction (as of an automobile) in which the body is integral with the chassis

**mono·cot** \ˈmä-nə-ˌkät\ n (1959) : MONOCOTYLEDON

**mono·cot·y·le·don** \ˌmä-nə-ˌkä-tᵊl-ˈē-dᵊn\ n [ultim. fr. NL *mon-* + *cotyledon* cotyledon] (ca. 1727) : any of a class or subclass (Liliopsida



# EXHIBIT 3

## to Declaration of Ryan Joseph Sheehan in Support of Plaintiff Viatech Technologies, Inc.'s Opening Claim Construction Brief

Case 1:14-cv-01226-RGA    Document 93-2    Filed 07/13/16    Page 19 of 97 PageID #: 2451

US006289458B1

(12) **United States Patent**
Garg et al.

(10) Patent No.:     **US 6,289,458 B1**
(45) Date of Patent:     **Sep. 11, 2001**

(54) **PER PROPERTY ACCESS CONTROL MECHANISM**

(75) Inventors: **Praerit Garg**, Kirkland; **Michael M. Swift**, Seattle; **Clifford P. Van Dyke**, Bellevue; **Richard B. Ward**, Redmond; **Peter T. Brundrett**, Seattle, all of WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/157,771**

(22) Filed: **Sep. 21, 1998**

(51) Int. Cl.[7] ...................................................... G96F 12/14
(52) U.S. Cl. ............................................................ 713/200
(58) Field of Search .................................. 713/200, 201, 713/202, 159, 164, 166, 167, 172; 709/225, 229

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,675,782 | * | 10/1997 | Montague et al. | 395/609 |
| 6,029,246 | * | 2/2000 | Bahr | 713/200 |

* cited by examiner

*Primary Examiner*—James P. Trammell
*Assistant Examiner*—Pierre E. Elisca
(74) *Attorney, Agent, or Firm*—Lee & Hayes, PLLC

(57) **ABSTRACT**

Providing access control to individual properties of an object is described. In one embodiment, a computer system comprises an operating system operative to control applications and services running on the system. The service maintains a service object having at least one property. Also included in the system is an access control module within the operating system. The access control module includes an access control interface operative to control access to a property of the object.

**33 Claims, 5 Drawing Sheets**



A279



*Fig. 1*



*Fig. 2*



*Fig. 3(a)*

*Fig. 3(b)*



*Fig. 3(c)*



*Fig. 4*

US 6,289,458 B1

1

# PER PROPERTY ACCESS CONTROL MECHANISM

This application is related to the following applications, all of which were filed on Sep. 21, 1998, and assigned to the same assignee as the present application:

"Object Type Specific Access Control Mechanism", Ser. No. 09/157,768, and "Extensible Access Control Rights Mechanism", Ser. No. 09/157,882.

## COPYRIGHT NOTICE/PERMISSION

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever. The following notice applies to the software and data as described below and in the drawing hereto: Copyright© 1998, Microsoft Corporation, All Rights Reserved.

## FIELD

This invention relates generally to software access control, and more particularly to providing access control on a per property basis.

## BACKGROUND

Multi-user computer systems and systems connected to a multi-user network of computers require the ability to control and restrict access to various components and services provided within the computer system. Windows NT® is an operating system available from Microsoft Corporation, Redmond Washington, and is an example of a multi-user system implementing access control. Several reasons exist for providing access control, however primary reasons are to protect the privacy of each user's data, and to protect system data from intentional or inadvertent corruption causing system failure or inefficient operation.

Examples of the components typically requiring an access control mechanism include file systems, electronic mail (E-mail) services, directory services, and database systems. Each of these services is typically managed by a separate program within the operating system, and each typically provides its own access control mechanism.

Each of these components is generally represented by objects having a plurality of properties describing various aspects of the object. For example, a file system, as is known in the art, is typically comprised of a set of folders organized in a tree structure. The folders contain files. Objects representing folders and files typically have properties such as the creation date and time, the last modification date and time, the last access date and time, the file size, an indicator of who owns the file or folder and multiple data streams associated with the file.

Another example is a directory service. Directory services maintain a database of objects describing various resources available on the computer system. The Active Directory™ system available from Microsoft Corporation, Redmond Washington provides such a service. Directory services typically need to maintain a variety of objects to represent the various types of resources available on modem computer systems. One example of such an object represents a system user. A user object in the directory service will typically be defined by properties comprising the user's name, E-mail

2

address, company postal address, physical office location, telephone number, and the user's password in encrypted form. The list provided is meant to be representative of the types of properties, and does not necessarily include all the properties of a directory entry.

Typically, there are several major concepts common to access control systems provided by prior systems. The first concept is that users of the system are assigned a user identifier (USERID). The USERID uniquely identifies a user to the system. The USERID is used to control and track access to the various components of the computer system. The USERID is generally associated with a password, which must be correctly supplied before a user is allowed access to the system.

In addition to the USERID, some operating systems, including Windows NT®, also support the concept of a group identifier (GROUPID). A group identifier allows the system to treat a related group of users in a similar way. For example, there may be a group of users assigned to a backup group whose function is to provide daily backups of the data contained within the computer system. Since the members of this group would all need similar system permissions, it is easier and more convenient to include them in a user group and assign the permissions to the group, rather than to each individual within the group.

The second concept supported by access control systems is the concept of access rights associated with an object. Access rights define who is allowed to manipulate an object. In the context of a file system, access rights associated with files include the right to create a file, read a file, write a file, update a file, and delete a file. In the context of a directory service, access rights associated with directory entries include the right to create an entry, read an entry, update an entry, and delete an entry. Access rights are also referred to as access control rights, or permissions.

Access rights are typically granted or denied based on the USERID or GROUPID associated with an application making a service request.

A primary problem with the above-described mechanism is that the rights are associated with the whole object. In other words, the same permission applies to each and every property defined in the object. For example, a user having write attribute permission for a file, can also update the creation, modification and access times associated with the file.

The problem is more acute with a directory service. Directory entries typically contain a number of properties with varying purposes. As a result, many different sets of users need to read and write the properties. For example, a building receptionist may be interested in updating the telephone number and office address properties of an employee's directory entry, while a system administrator may be interested in maintaining the E-mail and password properties within the same employee's directory entry. In prior systems, both the receptionist and the system administrator would need to be granted write access to the object's entire set of properties in order to perform their respective functions. This leads to the potentially undesirable result of the receptionist having the ability to update the user's password and the system administrator inadvertently updating the user's telephone number.

A secondary problem with the access control mechanisms of prior systems is the fact that each service provides its own access control mechanism. For example, the file system service, directory service, E-mail service, and database service each provide its own access control methods and

US 6,289,458 B1

**3**

procedures. This leads to inconsistencies between the services, and also to redundant code.

Therefore, there is a need in the art for an access control system that provides a mechanism for defining a higher granularity of access control rights for a service. The system should support previous mechanisms where the access rights apply to the entire object. In addition, the system provides a consistent, non-redundant interface.

## SUMMARY

The above-identified problems, shortcomings and disadvantages with the prior art, as well as other problems, shortcoming and disadvantages, are solved by the present invention, which will be understood by reading and studying the specification and the drawings. In one configuration, a computer system comprises an operating system operative to control applications and services running on the system. The service maintains a service object having at least one property. Also included in the system is an access control module within the operating system. The access control module includes an access control interface operative to control access to a property of the object.

One aspect of the invention is that service modules providing object management functions for varying types of objects can define separate access control rights for each individual property within an object using the data structures defined by the invention. The data structures and methods of the invention allow a user to both grant and deny multiple types of access permissions to both individual users and groups of users. In addition, sets of related properties can be assigned similar access permissions.

One of the data structures defined in the invention includes fields defining whether access is being granted or denied, and the type of access to grant or deny. The data structure also defines the user or group to whom the permission is granted or denied. Finally, the data structure includes an identifier used to indicate a specific object, property or set of properties to which the permissions apply.

A second data structure defined in the invention allows groups of related properties to be included in a set. The data structure is implemented as a graph structure, with the root of the graph identifying an object type. Lower level nodes in the graph describe the sets to which properties of the object belong.

Thus, the invention provides advantages not found in prior systems. System users can grant and deny access to individual properties or sets of properties to particular users and groups of users. This allows rights to be granted in a more flexible and appropriate manner than in previous systems in which the same access rights had to be applied to each property in the object. Furthermore, the invention provides a consistent interface to service modules, thereby making it easier to develop software incorporating access control rights. Additionally, administration and training tasks are easier due to the consistent interface provided by the invention.

The invention includes systems, methods, computers, and computer-readable media of varying scope. Besides the embodiments, advantages and aspects of the invention described here, the invention also includes other embodiments, advantages and aspects, as will become apparent by reading and studying the drawings and the following description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a diagram of the hardware and operating environment in conjunction with which embodiments of the invention may be practiced;

**4**

FIG. 2 shows a block diagram of a system according to one embodiment of the invention;

FIGS. 3(a), 3(b) and 3(c) show data structures used within a system according to one embodiment of the invention; and

FIG. 4 shows a flowchart illustrating a method according to one embodiment of the invention.

## DETAILED DESCRIPTION

In the following detailed description of exemplary embodiments of the invention, reference is made to the accompanying drawings which form a part hereof, and in which is shown by way of illustration specific exemplary embodiments in which the invention may be practiced. These embodiments are described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that other embodiments may be utilized and that logical, mechanical, electrical and other changes may be made without departing from the spirit or scope of the present invention. The following detailed description is, therefore, not to be taken in a limiting sense, and the scope of the present invention is defined only by the appended claims.

The detailed description is divided into four sections. In the first section, the hardware and the operating environment in conjunction with which embodiments of the invention may be practiced are described. In the second section, a system of one embodiment of the invention is presented. In the third section, a method, in accordance with an embodiment of the invention, is provided. Finally, in the fourth section, a conclusion of the detailed description is provided.

### Hardware and Operating Environment

Referring to FIG. 1, a diagram of the hardware and operating environment in conjunction with which embodiments of the invention may be practiced is shown. The description of FIG. 1 is intended to provide a brief, general description of suitable computer hardware and a suitable computing environment in conjunction with which the invention may be implemented. Although not required, the invention is described in the general context of computer-executable instructions, such as program modules, being executed by a computer, such as a personal computer. Generally, program modules include routines, programs, objects, components, data structures, etc., that perform particular tasks or implement particular abstract data types.

Moreover, those skilled in the art will appreciate that the invention may be practiced with other computer system configurations, including hand-held devices, multiprocessor systems, microprocessor-based or programmable consumer electronics, network PCS, minicomputers, mainframe computers, and the like. The invention may also be practiced in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices.

The exemplary hardware and operating environment of FIG. 1 for implementing the invention includes a general purpose computing device in the form of a computer 20, including a processing unit 21, a system memory 22, and a system bus 23 that operatively couples the various system components, including system memory 22 to processing unit 21. There can be one or more of processing unit 21, such that computer 20 has a single central-processing unit (CPU), or a plurality of processing units, commonly referred to as a

US 6,289,458 B1

5

parallel processing environment. The computer 20 may be a conventional computer, a distributed computer, or any other type of computer; the invention is not so limited.

The system bus 23 may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. The system memory may also be referred to as simply the memory, and includes read only memory (ROM) 24 and random access memory (RAM) 25. A basic input/output system (BIOS) 26, containing the basic routines that help to transfer information between elements within the computer 20, such as during start-up, is stored in ROM 24. The computer 20 further includes a hard disk drive 27 for reading from and writing to a hard disk, not shown, a magnetic disk drive 28 for reading from or writing to a removable magnetic disk 29, and an optical disk drive 30 for reading from or writing to a removable optical disk 31 such as a CD ROM or other optical media.

The hard disk drive 27, magnetic disk drive 28, and optical disk drive 30 are connected to the system bus 23 by a hard disk drive interface 32, a magnetic disk drive interface 33, and an optical disk drive interface 34, respectively. The drives and their associated computer-readable media provide nonvolatile storage of computer-readable instructions, data structures, program modules and other data for the computer 20. It should be appreciated by those skilled in the art that any type of computer-readable media which can store data that is accessible by a computer, such as magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, random access memories (RAMs), read only memories (ROMs), and the like, may be used in the exemplary operating environment.

A number of program modules may be stored on the hard disk, magnetic disk 29, optical disk 31, ROM 24, or RAM 25, including an operating system 35, one or more application programs 36, other program modules 37, and program data 38. A user may enter commands and information into the personal computer 20 through input devices such as a keyboard 40 and pointing device 42. Other input devices (not shown) may include a microphone, joystick, game pad, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit 21 through a serial port interface 46 that is coupled to the system bus, but may be connected by other interfaces, such as a parallel port, game port, or a universal serial bus (USB). A monitor 47 or other type of display device is also connected to the system bus 23 via an interface, such as a video adapter 48. In addition to the monitor, computers typically include other peripheral output devices (not shown), such as speakers and printers.

The computer 20 may operate in a networked environment using logical connections t o one or more remote computers, such as remote computer 49. Th ese logical connections are achieved by a communication device coupled to or a part of the computer 20; the invention is not limited to a particular type of communications device. The remote computer 49 may be another computer, a server, a router, a network PC, a client, a peer device or other common network node, and typically includes many or all of the elements described above relative to the computer 20, although only a memory storage device 50 has been illustrated in FIG. 1. The logical connections depicted in FIG. 1 include a local-area network (LAN) 51 and a wide-area network (WAN) 52. Such networking environments are commonplace in office networks, enterprise-wide computer networks, intranets and the Internet, which are all types of networks.

6

When used in a LAN-networking environment, the computer 20 is connected to the local network 51 through a network interface or adapter 53, which is one type of communications device. When used in a WAN-networking environment, the computer 20 typically includes a modem 54, a type of communications device, or any other type of communications device for establishing communications over the wide area network 52, such as the Internet. The modem 54, which may be internal or external, is connected to the system bus 23 via the serial port interface 46. In a networked environment, program modules depicted relative to the personal computer 20, or portions thereof, may be stored in the remote memory storage device. It is appreciated that the network connections shown are exemplary and other means of communications devices for establishing a communications link between the computers may be used.

The hardware and operating environment in conjunction with which embodiments of the invention may be practiced has been described. The computer in conjunction with which embodiments of the invention may be practiced may be a conventional computer, a distributed computer, or any other type of computer; the invention is not so limited. Such a computer typically includes one or more processing units as its processor, and a computer-readable medium such as a memory. The computer may also include a communications device such as a network adapter or a modem, so that it is able to communicatively couple other computers.

System

In this section of the detailed description, a description of a computerized system according to an embodiment of the invention is provided. The description is provided by reference to FIG. 2 which shows a block diagram of various major components of a system of the invention, and FIGS. 3(a), 3(b) and 3(c) which show details of data structures used by the system. The detailed description of the system presented in this section concludes with a description of how the components and data structures operate together to provide access control on a per property basis.

In FIG. 2, a system according to an embodiment of the invention includes an operating system 200 and application 220. As shown, the operating system 200 includes a kernel module 205 and a service module 210. Those skilled in the art will recognize that other components of operating systems exist. Only those components necessary to provide an enabling description of the invention have been provided.

Kernel module 205 provides the core components of operating system 200. Included in kernel module 205 are an object manager 225, a process manager 230, an input/output (IO) manager 235, a file system manager 245, and an access control module 240. These core components provide the basic services required to control the execution of various applications like application 220, and also to manage the devices attached to the computer system. Because of the specialized processing performed by the kernel and its modules, it is desirable for the kernel components to run at a higher priority and in a protected memory area. Those of ordinary skill within the art will appreciate that the operating system 200 also may include other components, not shown in FIG. 2; only those parts necessary to describe the invention in an enabling manner are provided.

Object manager 225 maintains and manages objects defined within the system. Objects have properties that are typically used to describe various aspects of the components of the system. Many different types of objects may exist in the system, and, in one embodiment of the invention, each

US 6,289,458 B1

7

object is assigned two unique identifiers known as a Globally Unique Identifier (GUID) to distinguish it from the other objects. GUIDs are 128 bit numbers that are guaranteed not to be re-used by another application. The first identifier is the Object Type GUID, which identifies the particular type of object being managed by the object manager. The second identifier is the Object GUID, which uniquely identifies the particular object within a group of objects of the same type.

Process manager **230** controls the execution of processes within the system. A process is typically thought of as an instance of an executable computer program. A process typically has a priority assigned to it, and may require resources from several components of the operating system. In addition, processes typically have the USERID of the user invoking the process associated with them. Process manager **230** controls the execution of the potentially many different processes competing for system resources and processing time.

IO manager **235** controls input and output to the various devices connected to the computer system. These devices include disk drives (both fixed and removable), network interfaces, communications interfaces (both serial and parallel), and display devices.

File system manager **245** maintains and coordinates access to the file system. The file system manager arbitrates access to files by processes, and maintains the data structures describing the structure and organization of the files and folders comprising the file system.

Access control module **240** provides a centralized, standard mechanism to evaluate whether or not various requests for operations affecting objects should be granted or denied. In one embodiment of the invention, access control module **240** is known as a "Security Reference Monitor" and is a kernel module of the Windows NT® operating system. The access control module defines an access check application programming interface (API) **250** for various components to submit access check requests, and to communicate results back to the requester. Access control module **240** applies the method described in the next section of the detailed specification to the data structures described below in reference to FIGS. 3(*a*), 3(*b*), and 3(*c*) to evaluate the requests.

Service module **210** is a process or thread that provides one of a variety of services to various applications running on the system. In one embodiment of the invention, service module **210** is a directory service. In an alternative embodiment of the invention, service module **210** is a database engine. Those of ordinary skill in the art will recognize that other service modules exist on various operating systems and can be adapted to the system of the invention.

Application **220** in the block diagram represents a typical application running under the control of the process manager **230** of operating system **200**. Typically, application **220** requires the services of the object manager **225**, the file system manager **245**, and various service modules **210** during its execution.

The various components described above have been shown and described as residing on a single computer system, however, the invention is not so limited. For example, the directory service could reside on a separate computer system from the application using the directory service, with the two systems communicatively connected by a network. The same is true for other components of the system, as those of ordinary skill in the art will recognize.

A description of the data structures used within a system of the invention will now be presented. FIG. 3(*a*) provides

8

a graphical description of the relationships between the various major data structures used by the system, including object **300**, security descriptor **302** and access control entries **304**.

Object **300** is a data structure describing an object managed by object manager **225**. Object **300** can be any one of a number of different object types supported by the operating system and services running under the operating system. Object **300** comprises various properties, some of which are common to all objects, and others which are application or service specific. The common properties include an object type identifier, an object identifier, and a reference to a security descriptor **302**. In one embodiment of the invention, the identifiers are Globally Unique Identifiers (GUIDs). Application or service specific properties vary depending on the application's or service's purpose and function. For example, an object defined by the file system service can include properties such as the USERID of the owner of the file, the file creation time, the file modification time, the file access time, and data stream descriptors. Alternatively, a "user" object defined by a directory service can include the user's name, E-mail address, office telephone number, office location, and password. Properties within an object also have unique identifiers associated with them. In one embodiment of the invention, the identifiers are GUIDs.

Security descriptor **302** provides details on the security and access control applicable to object **300**. Security descriptor **302** contains various properties, including the owner security identifier and an access control list **304** of access control entries **350**. The owner security identifier indicates who "owns" the object, i.e., who is responsible for maintaining the object. Typically, the owner security identifier is the USERID of the person running an application that created the object. The access control list **304** contains zero or more access control entries **350**, which define the access control applied to the object **300**. Each entry in the list defines a set of permissions to be applied to a particular USERID or GROUPID with respect to either the object **300** as a whole, or individual properties of object **300**. Desirably, the order of entries in the access control list **304** is significant, with entries appearing first in the list taking precedence over conflicting entries, if any, appearing later in the list. For example, if an entry granting write access to a particular property appears before an entry denying access to the same property, the permission will be granted.

The access control entry **350** referred to above is the basic building block used to provide access control to various objects. In FIG. 3(*b*), a detailed view of an access control entry **350** is presented. In one embodiment of the invention, access control entry **350** comprises header **352**, mask **354**, object type identifier **356**, inherited object type **358**, and security id **360**.

Header **352** defines the type of access control entry. The value in header **352** indicates whether the entry will grant a set of permissions or deny a set of permissions. In addition, header **352** also contains flags that indicate inheritance for the access control entry to objects contained in a container type object on which the access control entry is specified. The inheritance mechanism is described in more particularity in the copending, cofiled, and coassigned application entitled "Object Type Specific Access Control Mechanism" previously incorporated by reference.

Mask **354** is a bit mask, with each bit defining a particular permission to be granted or denied as indicated by header **352**. In one embodiment of the invention, mask **354** is a bit mask containing 32 bits. In a further embodiment of the

US 6,289,458 B1

9

10

invention, 16 bits are reserved for operating system defined general permissions applicable to all objects, and 16 bits are used for object specific permissions that can vary based on the object type. Examples of permissions indicated by individual bits or groups of bits in the bit mask are read property and write property. Read property indicates that the ability to read the value of a property in object **300** should either be granted or denied, while write property indicates that the ability to update a property in object **300** should either be granted or denied. Additional permissions include read file, create file, write file, and delete file. Those of ordinary skill in the art will recognize that multiple permissions are possible, and that the examples shown above are not exhaustive.

Object type identifier **356** defines how the permissions in the bit mask are to be applied. In one embodiment of the invention, if the object type identifier **356** contains an identifier for a specific property, then the permissions defined in the bit mask apply only to that specific property of object **300**. If object type identifier **356** contains no identifier, then the permissions in the bit mask apply to each and every application specific property in object **300**.

Desirably, inherited object type identifier **358** is used to control how the access control entry is propagated to objects in the container on which the access control entry is defined. The inherited object type identifier **358** specifies the type of objects to which the access control entry should be propagated to. This allows the ability to define object specific permissions at higher levels in an object tree and to have them automatically inherited to appropriate objects within the tree. This simplifies administration of object specific access control and is described more particularly in the copending, cofiled, and coassigned application entitled "Object Type Specific Access Control Mechanism" previously incorporated by reference.

Security identifier **360** contains a value identifying either a USERID or GROUPID to whom the permissions apply. If the value is a USERID, then the permissions defined in mask **354** for the property defined in object type identifier **356** apply to that specific USERID. If the value is a GROUPID, then the permissions apply to each USERID that is a member of the group defined by the GROUPID.

In one embodiment of the invention, it is desirable to provide the ability to group the properties of object **300** into sets of related properties with common access control rights. For example, a user may wish to group the properties of a user object that are maintained by a system administrator into one set, and a group of properties maintained by a receptionist into another set. This reduces the number of access control entries that must be specified. A data structure to organize properties into related sets is provided in FIG. **3**(*c*).

The data structure used to provide the ability to group properties of an object into related sets is the directed graph, an example of which is shown in FIG. **3**(*c*). The root node **310** of the graph represents an object, and contains an object type identifier and a list of sets associated with the object. In this example, two sets of related properties are present, sets **312** and **314**. Sets **312** and **314** contain a unique identifier, which in one embodiment of the invention is a GUID. In addition, sets **312** and **314** each maintain a list of the properties in the set. In this example, set **312** comprises properties **316**, **318**, and **320** while set **314** comprises properties **320** and **322**. In addition to property entries, the set may also contain entries referring to other sets, thereby providing for multiple levels in the graph.

In one embodiment of the invention, a node in the graph is represented by a data structure including three elements. The structure is represented by the following C/C++ structure definition:

```
struct {
    USHORT Level;
    USHORT Sbz;
    GUID *ObjectType;
}
```

where:

Level indicates the level in the graph. In one embodiment, a value of zero indicates the root of the graph, a value of one indicates the first level below the root, and a value of two indicates the second level below the root;

Sbz is reserved for future expansion; and

ObjectType is a pointer to a GUID identifying a property or set comprising the node in the graph.

In one embodiment of the invention, an individual property may be a member of only one set, with the results that the data structure described above creates what is known in the art as a tree. However, the invention is not so limited, and in alternative embodiments, properties can be members of a plurality of sets, as shown in FIG. **3**(*c*) where property **320** is a member of both sets **312** and **314**.

Also, in an alternative embodiment of the invention, it is desirable to limit the depth of the graph to four levels, where a level includes the root object, any sets defined under the object, and any properties that are a part of a set, or contained in the object. For example, the graph shown in FIG. **3**(*c*) defines a graph having **3** levels. The root object is at the first level, the sets are at the second level, and the properties belonging to the sets are in the third level. Limiting the number of levels provides for efficient use of memory and processing resources.

Thus, in accordance with one embodiment of the invention, the system of FIG. **2** operates as follows. Application **220** issues a request to service provider module **210**. The request can be any one of a number of operations, including a request to read a property of an object defined and managed by service module **210**. Before performing the requested operation, service module **210** issues a call to access control module **240** using a function defined by access control API **250**. In one embodiment of the invention, the function receives as parameters an access token, a security descriptor, an object graph, and a desired access indicator. The access token identifies the USERID and any GROUPIDs that the user identified by USERID is a member of. The security descriptor parameter is the security descriptor for the object, and the object graph is a graph as described with reference to FIG. **3**(*c*) indicating the set groupings of properties within the object. The desired access includes a bit mask of permission bits and indicates the type of access (e.g. read or write) that is desired.

The access control module **240** then examines each entry in the access control list provided by the security descriptor to determine if the desired access should be granted on one or more identifiers specified in the graph parameter. Details on the specific method used to determine if the desired access should be granted will be provided below in the Method section of the application. The API then returns an indication of the success or failure of the function call. Success indicates that the desired access was granted on all identifiers in the graph. Failure indicates that the desired access was denied on at least one of the identifiers in the graph. In one embodiment of the invention, two lists are also returned. The first list indicates which identifiers (object,

US 6,289,458 B1

**11**

property sets or properties) have been granted any type of access. The second list indicates the access that has been granted to the corresponding identifier in the first list.

## Method

In this section of the detailed description, a method according to an embodiment of the invention is presented. This description is provided in reference to FIG. 4. The computerized method is desirably realized at least in part as one or more programs running on a computer—that is, as a program executed from a computer-readable medium such as a memory by a processor of a computer. The programs are desirably storable on a computer-readable medium such as a floppy disk or a CD-ROM, for distribution and installation and execution on another (suitably equipped) computer. Thus, in one embodiment, a computer program is executed by a processor of a computer from a medium therefrom to provide access control to various properties in objects defined within an operating system.

In FIG. 4, a flowchart of a method according to one embodiment of the invention is shown. The method is invoked by a call to the "AccessCheckByType" function. The function call provides four parameters: an access token containing a USERID and a GROUPID; a security descriptor associated with an object; an optional graph of object identifiers, property set identifiers, and properties in the property sets that are associated with the object; and a desired access. The method begins at **400**, where the security descriptor is retrieved from the parameters supplied to the function. If there are entries in the access control list in the security descriptor, the method proceeds to **410**, which is the top of a loop that iterates through each entry in the access control list by retrieving the next unexamined access control entry.

Next, at **415** a check is made to determine if the USERID or the GROUPID in the access token passed to the function matches the security identifier in the current access control entry. If the identifiers do not match, the method proceeds to **410**, to get the next entry in the access control list.

If the identifiers match, the method proceeds to **420**, where the access control entry is examined to see if it contains a property identifier. If it does not contain such an identifier, the method determines that the bit mask and header in the current access control entry applies to each property in the object, and the method proceeds to **435** to determine the access rights to the property.

If the access control entry does contain a property identifier, the method proceeds to **425**, where a check is made to determine if the property identifier matches one of the identifiers passed to the method as part of the graph. If there is a match at the root of the graph, then the bit mask and header in the current access control entry applies to each property in the object, and the method proceeds to **435**. If there is a match for a property set identifier in the graph, then the bit mask and header in the current access control entry applies to each property in the set, and the method proceeds to **435**. If there is a match on a specific property identifier, then the bit mask and header in the current access control entry applies to the specific property and the method proceeds to **435** to determine the access rights to the property. The process continues until the entire graph is exhausted. If there is no match on any identifier in the graph, the method proceeds to **410** to retrieve the next unexamined access control entry.

Finally, at **435** the method examines the header field and bit mask field of the current access control entry to set the

**12**

access rights as indicated by **425**. The bit mask field is compared to the desired access parameter to determine if the access control entry controls the desired permission. If it does, the header value determines whether the permission is granted or denied. If it is granted, an entry is added to a list of granted accesses. The associated object, property set and property identifiers are added to the second list to correspond to the access granted. This process continues until the desired access is granted on all identifiers in the graph or when no more access control entries remain in the access control list.

## Conclusion

A system to provide access control to individual properties in an object has been described. Although specific embodiments have been illustrated and described herein, it will be appreciated by those of ordinary skill in the art that any arrangement which is calculated to achieve the same purpose may be substituted for the specific embodiments shown. For example, data fields defining certain aspects for the various data structures could be replaced with alternative representations providing the same function. Additionally, new service modules could be adapted to benefit from the advantages provided by the invention. For example, a database engine could be adapted in accordance with the invention to provide access control to individual columns of a database. This application is intended to cover any adaptations or variations of the present invention. Therefore, it is manifestly intended that this invention be limited only by the following claims and equivalents thereof.

We claim:

1. A computerized access control system, comprising:

an operating system operative to control an application and a service running on a computer, the service maintaining a service object having at least a first property and a second property; and

an access control module within the operating system, the access control module including an access control interface, and the access control module operative to provide a first permission to the first property and a second permission to the second property, wherein the first permission and the second permission include different access control rights.

2. The system of claim **1**, wherein the service is a file system service or a directory service.

3. The system of claim **1**, wherein the first and second properties are each assigned a unique identifier.

4. The system of claim **1**, wherein the operating system is a version of the Windows NT operating system.

5. The system of claim **1**, wherein the first property or the second property is a member of a set having common access control rights.

6. A method for controlling access by a software application to a property identified by a first property identifier in an object, the method comprising:

determining a user identifier associated with the software application;

retrieving an access control entry associated with the object, said access control entry having a second property identifier, a security identifier, an access right definition and an access right type; and

comparing the first property identifier to the second property identifier and if the property identifiers are equal, checking if the user identifier equals the security identifier and if so, providing the access right definition and the access right type to the software application.

13

14

**7**. The method of claim **6**, wherein the access right definition defines the right to read a property value or write a property value.

**8**. The method of claim **6**, wherein the access right type indicates access to the property is allowed or denied.

**9**. The method of claim **6**, further comprising checking if the property is a member of a set of related properties.

**10**. The method of claim **6**, further comprising retrieving a security descriptor containing an access control list, said list referencing the access control entry.

**11**. A computer comprising:

a processor;

a computer-readable medium;

an operating system operative to control an application and a service running on a computer, the service maintaining a service object having at least a first property and a second property; and

an access control module within the operating system, the access control module including an access control interface, and the access control module operative to provide a first permission to the first property and a second permission to the second property, wherein the first permission and the second permission include different access control rights.

**12**. The computer of claim **11**, wherein the service is a file system service or a directory service.

**13**. The computer of claim **11**, wherein the first property and the second property are each assigned a unique identifier.

**14**. The computer of claim **11**, wherein the operating system is a version of the Windows NT operating system.

**15**. The computer of claim **11**, wherein the first property is a member of a set having common access control rights.

**16**. A computer readable medium having computer-executable instructions for performing a method comprising:

determining a user identifier associated with a software application;

retrieving an access control entry associated with an object, the object having a property identified by a first property identifier, and the access control entry having a second property identifier, a security identifier, an access right definition, and an access right type; and

comparing the first property identifier to the second property identifier and if the property identifiers are equal, checking if the user identifier equals the security identifier and if so, providing the access right definition and the access right type to the software application.

**17**. The medium of claim **16**, wherein the access right definition defines the right to read a property value or write a property value.

**18**. The medium of claim **16**, wherein the access right type indicates access to the property is allowed or denied.

**19**. The medium of claim **16**, further comprising checking if the property is a member of a set of related properties.

**20**. The medium of claim **16**, further comprising retrieving a security descriptor containing an access control list that references the access control entry.

**21**. A computer-readable medium having stored thereon a data structure comprising:

a first data field containing data specifying an access right type;

a second data field containing data specifying an access permission;

a third data field containing a first property identifier;

a fourth data field containing a security id, wherein during a predetermined data processing operation a data field in the column identified by the fourth data field is compared to a user identifier and if equal, data in the third field is compared to a second property identifier and if equal providing the data in the first and second fields to a software application.

**22**. A method of communicating between a software application process and an access control module, the method comprising:

issuing, by the software application a function call to a function having parameters comprising an access token having a user identifier, a security descriptor, and a desired access;

receiving by a validation module the function call and parsing the function call to retrieve the parameters; and

issuing by the access control module an indicator signal indicating the status of the function call.

**23**. The method of claim **22**, wherein the parameters further comprise a graph data structure relating a set of properties in an object.

**24**. A computerized access control system, comprising:

a component operative to control an application running on a computer, the application managing an object having at least a first property and a second property; and

an access control module operative to provide a first permission to the first property and a second permission to the second property, wherein the first permission and the second permission allow different access control rights.

**25**. The system of claim **24**, wherein the application is a file system service or a directory service.

**26**. The system of claim **24**, wherein the first and second properties are each assigned a unique identifier.

**27**. The system of claim **24**, wherein the component is a version of the Windows NT operating system.

**28**. The system of claim **24**, wherein the first property or the second property is a member of a set having common access control rights.

**29**. A computer comprising:

a processor;

a computer-readable medium;

a component operative to control an application running on a computer, the application managing an object having at least a first property and a second property; and

an access control module operative to provide a first permission to the first property and a second permission to the second property, wherein the first permission and the second permission allow different access control rights.

**30**. The computer of claim **29**, wherein the application is a file system service or a directory service.

**31**. The computer of claim **29**, wherein the first property and the second property are each assigned a unique identifier.

**32**. The computer of claim **29**, wherein the component is a version of the Windows NT operating system.

**33**. The computer of claim **29**, wherein the first property is a member of a set having common access control rights.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,289,458 B1                                          Page 1 of  1
DATED          : September 11, 2001
INVENTOR(S)   : Praerit Garg et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 1,
Line 64, change "modem" to -- modern --.

Signed and Sealed this

Twelfth Day of March, 2002

*Attest:*

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

# EXHIBIT 4
## to Declaration of Ryan Joseph Sheehan in Support of Plaintiff Viatech Technologies, Inc.'s Opening Claim Construction Brief

US007313512B1

(12) **United States Patent**
Traut et al.

(10) Patent No.: **US 7,313,512 B1**
(45) Date of Patent: **Dec. 25, 2007**

(54) **SOFTWARE LICENSE ENFORCEMENT MECHANISM FOR AN EMULATED COMPUTING ENVIRONMENT**

(75) Inventors: **Eric P. Traut**, San Carlos, CA (US); **René A. Vega**, Scotts Valley, CA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 794 days.

(21) Appl. No.: **10/274,298**

(22) Filed: **Oct. 18, 2002**

(51) **Int. Cl.**
  *G06F 9/455* (2006.01)
  *G06F 9/45* (2006.01)
  *G06F 7/04* (2006.01)
(52) **U.S. Cl.** ........................... **703/23**; 717/138; 726/26
(58) **Field of Classification Search** ................. 726/27, 726/35, 31, 26; 703/22, 23; 705/59; 718/1; 717/168, 138
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,790,664 A * 8/1998 Coley et al. ............... 709/203

6,056,786 A * 5/2000 Rivera et al. ............... 717/168
6,980,946 B2 * 12/2005 Giles et al. ................... 703/22
2001/0013064 A1 * 8/2001 Cox et al. .................. 709/220
2002/0056076 A1 * 5/2002 van der Made ............. 717/129

* cited by examiner

Primary Examiner—Anthony Knight
Assistant Examiner—Tom Stevens
(74) Attorney, Agent, or Firm—Woodcock Washburn LLP

(57) **ABSTRACT**

In an emulated computing environment, a method is provided for licensing software of one or more guest computer systems. A license key server is provided in the host computer system for monitoring the initiation of unlicensed software, including operating system software, in the guest computer system. A determination is made by the license key server as to whether additional a license is available for each unlicensed software application. If a license is available, a license is granted and the count of available licenses is decremented. If a license is not available, a license is not granted and the unlicensed software application in the guest computer system is disabled.

**20 Claims, 4 Drawing Sheets**





*FIG. 1*



FIG. 2



*FIG. 3*



*FIG. 4*

US 7,313,512 B1

1

# SOFTWARE LICENSE ENFORCEMENT MECHANISM FOR AN EMULATED COMPUTING ENVIRONMENT

## TECHNICAL FIELD OF THE INVENTION

The present invention relates in general to the field of computer system emulation and, more particularly, to a method for monitoring and enforcing software license restrictions in an emulated computing environment.

## BACKGROUND OF THE INVENTION

Computers include general purpose central processing units (CPUs) that are designed to execute a specific set of system instructions. A group of processors that have similar architecture or design specifications may be considered to be members of the same processor family. Examples of current processor families include the Motorola 680X0 processor family, manufactured by Motorola, Inc. of Phoenix, Ariz.; the Intel 80X86 processor family, manufactured by Intel Corporation of Sunnyvale, Calif.; and the PowerPC processor family, which is manufactured by Motorola, Inc. and used in computers manufactured by Apple Computer, Inc. of Cupertino, Calif. Although a group of processors may be in the same family because of their similar architecture and design considerations, processors may vary widely within a family according to their clock speed and other performance parameters.

Each family of microprocessors executes instructions that are unique to the processor family. The collective set of instructions that a processor or family of processors can execute is known as the processor's instruction set. As an example, the instruction set used by the Intel 80X86 processor family is incompatible with the instruction set used by the PowerPC processor family. The Intel 80X86 instruction set is based on the Complex Instruction Set Computer (CISC) format. The Motorola PowerPC instruction set is based on the Reduced Instruction Set Computer (RISC) format. CISC processors use a large number of instructions, some of which can perform rather complicated functions, but which require generally many clock cycles to execute. RISC processors use a smaller number of available instructions to perform a simpler set of functions that are executed at a much higher rate.

The uniqueness of the processor family among computer systems also typically results in incompatibility among the other elements of hardware architecture of the computer systems. A computer system manufactured with a processor from the Intel 80X86 processor family will have a hardware architecture that is different from the hardware architecture of a computer system manufactured with a processor from the PowerPC processor family. Because of the uniqueness of the processor instruction set and a computer system's hardware architecture, application software programs are typically written to run on a particular computer system running a particular operating system.

A computer manufacturer will seek to maximize its market share by having more rather than fewer applications run on the microprocessor family associated with the computer manufacturer's product line. To expand the number of operating systems and application programs that can run on a computer system, a field of technology has developed in which a given computer having one type of CPU, called a host, will include an emulator program that allows the host computer to emulate the instructions of an unrelated type of CPU, called a guest. Thus, the host computer will execute an

2

application that will cause one or more host instructions to be called in response to a given instruction. Thus, the host computer can both run software designed for its own hardware architecture and software written for computers having an unrelated hardware architecture. As a more specific example, a computer system manufactured by Apple Computer, for example, may run operating systems and programs written for PC-based computer systems. It may also be possible to use an emulator program to operate concurrently on a single CPU multiple incompatible operating systems. In this arrangement, although each operating system is incompatible with the other, an emulator program can host one of the two operating systems, allowing the otherwise incompatible operating systems to run concurrently on the same computer system.

When a guest computer system is emulated on a host computer system, the guest computer system is said to be a virtual machine, as the guest computer system exists only as a software representation of the operation of the hardware architecture of the emulated guest computer system. The terms emulator and virtual machine are sometimes used interchangeably to denote the ability to mimic or emulate the hardware architecture of an entire computer system. As an example, the Virtual PC software created by Connectix Corporation of San Mateo, Calif. emulates an entire computer that includes an Intel 80X86 Pentium processor and various motherboard components and cards. The operation of these components is emulated in the virtual machine that is being run on the host machine. An emulation program executing on the operating system software and hardware architecture of the host computer, such as a computer system having a PowerPC processor, mimics the operation of the entire guest computer system. The emulation program acts as the interchange between the hardware architecture of the host machine and the instructions transmitted by the software running within the emulated environment. The emulation program is sometimes referred to as a virtual machine monitor.

Multiple virtual machines can be established on a single host machine. In this scenario, a host machine of a certain processor family may host several virtual machines of the same processor family. In this computing environment, each virtual machine operates as its own stand-alone computer system, allowing a user to install separate operating systems or multiple instances of a single operating system on one or more of the virtual machines. Because each virtual machine is independent of all other virtual machines and the host machine, software running within one virtual machine has no effect on the operation of any other virtual machines or the underlying host machine. An emulated computing environment can therefore support a number of operating systems, including an array of related operating systems or multiple, concurrent instances of the same operating system, on a single host computer system.

In this emulated computing environment, a user may run multiple virtualized computer systems on a single physical computer system, eliminating the need for multiple hardware systems to support multiple computer systems. As an alternative to purchasing and configuring an additional physical computer system, an additional virtual machine may be established on an existing computer system. Running multiple, independent virtual machines on a single physical host machine provides, among other benefits, the ability to test software applications across multiple computing environments and support legacy software applications or operating systems. Running multiple virtual machines on a single host machine also results in a cost savings in that the

US 7,313,512 B1

3

number of physical machines and their corresponding maintenance costs are reduced. Running multiple virtual machines on a single host machines also provides the benefit of operating system and application software isolation. Because each virtual machine is operationally isolated from the host operating system and every other virtual machine, an operational failure or hang in the operating system or application software of one virtual machine will not effect the operational status of another virtual machine. Because of the operational isolation of each virtual machine, the activities of an enterprise may be consolidated in each of the virtual machines. For example, a database application may be located in one of the virtual machines, and an e-mail server may be located in another.

The current scheme for licensing of operating system software, however, assumes that each physical computer system will include a single operating system. This licensing scheme and the software mechanism for enforcing this licensing scheme does not fit the circumstance in which multiple, concurrent operating systems may exist as part of multiple virtual machines operating on a single physical host machine.

SUMMARY OF THE INVENTION

The present invention concerns a method and system for licensing software that is resident in an emulated computer system. A computer system may include a host computer system and one or more emulated computer systems, or virtual machines. As each virtual machine is initiated, the operating system of the virtual machine performs an action that indicates to an emulation program or the host computer system that the operating system of the virtual machine is performing its functions within a virtual machine. Once an unlicensed operating system has been identified in a virtual machine, the key server of the host computer system grants a license to the unlicensed operating system of the guest computer system. The host computer system decrements its count of licensed guest operating systems. The key server of the host computer system will periodically query the virtual machines to determine if each operating system has been licensed by the key server or if an operating system has terminated. When a licensed operating system of a virtual machine is terminated, the count of licensable guest operating systems may be incremented. Communication between the host computer system and the guest computer systems may be encrypted to prevent the theft of license codes.

The software license enforcement method disclosed herein is advantageous in that it provides a method for licensing operating systems that exist in virtual machines that reside on a host computer system. The licensing technique is secure and does not compromise the self-transparency of the guest computer system. The software licensing technique disclosed herein is also advantageous in that it provides a method for licensing multiples of a single operating system in a single computer system. Because the licensing technique disclosed herein involves the use of a closely monitored count of licensable operating systems, the number of licensable operating systems may be appropriately limited. Other technical advantages of the present invention will be readily apparent to one skilled in the art from the following figures, descriptions, and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention and advantages thereof may be acquired by referring to the

4

following description taken in conjunction with the accompanying drawings, in which like reference numbers indicate like features, and wherein:

FIG. 1 is a diagram of the logical layers of the hardware and software architecture for an emulated operating environment in a computer system;

FIG. 2 is a diagram of the logical layers of the hardware and software architecture of a computer system that includes multiple virtual machines;

FIG. 3 is a diagram of the logical layers of the hardware and software architecture of a computer system that includes a license card and a key server; and

FIG. 4 is a flow diagram of the steps for initiating and licensing the operating system software of a virtual machine.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a system and method for the licensing of operating system software in an emulated computing environment. Shown in FIG. 1 is an example of the logical layers of the hardware and software architecture for an emulated operating environment in a computer system, which is indicated generally at 10. An emulation program 14 runs on a host operating system that executes on the host computer system hardware or processor 11. Emulation program 14 emulates a guest computer system 16, which includes a guest operating system 18. Guest application programs are able to execute on guest operating system 18. In the emulated operating environment of FIG. 1, because of the operation of emulation program 14, guest application 20 can run on the computer system 10 even though guest application 20 may be designed to run on an operating system that is generally incompatible with host operating system 12 and host computer system hardware 11. As an alternative, guest operating system 20 may be the same as or a variation of host operating system 12. In the architecture of FIG. 1, guest computer system 16 operates as a virtual machine that runs independently of the host operating system 12 and the host computer system hardware 11.

Shown in FIG. 2 is an example of the logical layers of the hardware and software architecture of a computer system 10 that includes multiple virtual machines 17. Each virtual machine 17 includes a guest operating system 18, and each virtual machine 17 is supported by an emulation program 14. The same operating system may be installed in each virtual machine 17. As an example, host operating system 12 may be Microsoft Windows XP™, and the operating system of each of the virtual machines may be Microsoft Windows NT™. Alternatively, variations of a single operating system may be installed across each of the virtual machines 17. As an example of this environment, host operating system 12 may be Microsoft Windows XP™, while one or more of the virtual machines runs one of the following operating systems: Windows 3.x™, Windows 95™, Windows 98™, Windows Me™, Windows NT™, Windows 2000™, MS-DOS™, Linux, BSD, OS/2™, or Novell Netware™, among other possible operating systems. Each virtual machine 17 is operationally independent of the host operating system and the other virtual machines. An operational failure in one of the virtual machines will not affect the operation of the host operating system or the other virtual machines.

Many modern operating systems employ a technique for managing peripheral devices known as plug and play. In a plug and play operating system, the operating system during a boot or initiation sequence enumerates the peripheral devices coupled to the computer system. For each peripheral

US 7,313,512 B1

5

device, the operating system determines whether a driver has been installed for the peripheral device. If a driver has not been installed for a peripheral device located by the operating system, the operating system locates and installs a driver for the peripheral device.

The present invention involves the placement of an emulated hardware device, known as a license card, in each virtual machine. Shown in FIG. 3 is virtual machine 17. Guest operating system 18 communicates with a group of peripheral devices 21, including a license card 23. From the perspective of guest operating system 18, license card 23 appears to be similar to any other peripheral device that is controlled through a software driver. Upon recognizing the presence of license card 23 during the initiation or boot phase, guest operating system 18 determines if the associated driver for license card 23 is installed. If the associated driver for license card 23 has not been installed, guest operating system 18 attempts to retrieve and install the associated software driver. License card 23 is an emulated hardware device that does not have a physical analog in a computer system.

The placement of a license card in each virtual machine has the effect of forcing the guest operating system to take an action that indicates that the guest operating system is not the host operating system. The guest operating system operates such that the guest operating system is self-transparent; i.e., the guest operating system believes that it is the sole operating system of the computer system and has exclusive control over the hardware of the computer system. The placement of a license card in each guest operating system causes the guest operating system to take some action that confirms that the operating system at issue is in fact a guest operating system, without also causing the same guest operating system to lose its self-transparency feature. Other techniques may be used to confirm whether the operating system at issue is a guest operating system, without causing a corresponding loss in the self-transparency of the operating system. One such technique involves causing the guest operating system to execute an instruction that is handled differently in an emulated environment as compared to a non-emulated environment. As an example, at boot time, the operating system may issue an instruction as part of the boot sequence that causes an exception upon its attempted execution in a non-emulated computing environment. If the same instruction is issued in a virtual machine environment, the instruction is executed. In this manner, the guest operating system takes an action that confirms that the operating system is in fact a guest operating system, without a loss in the self-transparency of the guest operating system.

Emulation program 14 monitors the itemization of plug and play devices by each of the guest operating systems 18. When a guest operating system 18 recognizes license card 23 as a peripheral device, emulation program 14 communicates with host operating system 12 to request a license key from key server 19 within host operating system 12. The function of key server 19 is to monitor and enforce the software license restrictions on the operating system software used in the virtual machines. Key server 19 includes a count of the number of licensed guest operating systems that may be operating simultaneously in the virtual machines of the computer system. The number of licensed guest operating systems may be one, two, six, or more, depending on the license rights purchased by the computer user.

As shown in FIG. 4, during the initiation sequence for a virtual machine (step 30), a guest operating system identifies a license card (step 32). Emulation program 14 communicates with key server 19 to request a license key from the key

6

server (step 34). If key server 19 determines that an additional operating system license is available for the guest operating system (step 36), key server 19 passes a key or some other authorization code to the emulation program, which permits the guest operating system to continue boot up (step 40). Key server 19 would then decrement its count of available guest operating system licenses or keys 9 (step 42). At this point, the licensed guest operating system is said to have consumed a key from the key server. Once the count of available guest operating system licenses reaches zero, no additional keys or authorizations are issued by key server 19. As an example, if the count of available guest operating systems is zero, and if emulation program 14 requested a licenser key from key server 19, key server 19 would notify emulation program 14 that no additional guest operating system licenses are available. Emulation program 14 would then interrupt the boot sequence of the virtual machine and prevent the operating system software of the associated virtual machine from running (step 38). Key server 19 maintains a record of the licensed guest operating systems. If a licensed guest operating system is terminated, the emulation program notifies the key server, which increments the count of available guest operating systems. The termination of a licensed guest operating system has the effect of returning a key to the key server.

The transfer of the license key from key server 19 to each virtual machine is accomplished in a secure transport medium. As part of the key transfer process, the operating system vendor may seek to transfer encrypted handshaking signals to the guest operating system to confirm that the guest operating system is a licensable version of the host operating system. Communications to and from the guest operating system can be accomplished through an emulated hardware device, such as the license card 23. License card 23 would communicate the encrypted signals to emulation program 14, which could pass the encrypted signals to the key server 19 of the host operating system. The logical relationship of license card 23, emulation program 14, and key server 19 are shown in FIG. 3. Alternatively, the host operating system and the guest operating systems could communicate encrypted signals through the hardware abstraction layer of the computer system.

Key server 19 will perform periodic queries of each of the virtual machines to confirm the licensing status of each of the operating system software of the virtual machines. The periodic license checks confirm that the operating system of each virtual machine was licensed by key server 19 and that none of the virtual machines have stalled or timed out. If it is determined that any of the guest operating systems were not licensed by key server 19, key server 19 will determine if a license is available for the unlicensed guest operating system, i.e., whether the count of available guest operating system licenses is greater than zero. If an unlicensed guest operating system is detected, and if additional license keys are available, he count of available licenses will be decremented and the unlicensed guest operating system will be licensed by key server 19. If an unlicensed guest operating system is detected, and if no additional license keys are available, the unlicensed guest operating system will be halted or terminated.

Unlicensed guest operating systems may exist because of the ability to migrate halted virtual machines between computer systems. Because of this ability, a virtual machine may be initiated and licensed for use on a computer system with available license keys. This virtual machine may then be halted and migrated to another computer system with no available license keys. The periodic querying of the virtual

US 7,313,512 B1

7

machines by the key server will detect this migrated virtual machine, resulting either in the licensing of the migrated virtual machine in the destination computer system or the termination of the migrated virtual machine in the destination computer system.

The present invention is not limited in its application to the emulation of a particular computer system architecture, particularly the Intel 80X86 architecture. Rather, the emulation technique disclosed herein is applicable any time it is desirable license multiple instances of software in a virtual or emulated computing environment. It should also be understood that the present invention is not limited to the licensing of operating system software. The techniques described herein may be used to establish a licensing protocol for application software in a virtual or emulated computing environment. It should be also understood that the use of the present invention is not limited to those computing environments in which the host operating system and the licensed operating system are identical. The techniques of the present invention could be employed in those instances in which the host operating system and the guest operating systems are variants within the same family of operating systems. Alternatively, the host operating systems and one or more of the guest operating systems could be operating systems associated with different hardware platforms.

Although the present invention has been described in detail, it should be understood that various changes, substitutions, and alterations can be made thereto without departing from the spirit and scope of the invention as defined by the appended claims.

What is claimed is:

**1**. A method for licensing software in an emulated computing environment, the emulated computing environment comprising one or more emulated computer systems being supported by a host computer system, the method comprising:

providing a limited number of software licenses to be consumed by unlicensed software in the emulated computer systems;

identifying the presence of an unlicensed software program in an emulated computer system by an emulated peripheral device that communicates with a key server of the host computer;

determining at the key server in the host computer system whether an unconsumed software license exists for the unlicensed software in the emulated computer system;

granting a license to the unlicensed software program in the emulated computer system if it is determined that an unconsumed software license does exist; and

disabling the operation of the unlicensed software program in the emulated computer system if it is determined that an unconsumed software license does not exist.

**2**. The method for licensing software in an emulated computing environment of claim **1**, wherein the unlicensed software in the emulated computer system is the operating system software of the emulated computer system.

**3**. The method for licensing software in an emulated computing environment of claim **2**, wherein the step of identifying the presence of an unlicensed software program in an emulated computer system comprises the step of identifying the presence of an unlicensed operating system in the emulated computer system without compromising the self-transparency of the unlicensed operating system in the emulated computer system.

8

**4**. The method for licensing software in an emulated computing environment of claim **3**, wherein the step of identifying the presence of an unlicensed software program in an emulated computer system comprises the step of monitoring the action of the operating system software of the emulated computer system to determine if the guest operating system identifies during an initiation sequence the emulated peripheral device in the emulated computer system, wherein the emulated peripheral device is without a physical analog and requires that the guest operating system communicate with the emulated peripheral device through a device driver in the guest operating system.

**5**. The method for licensing software in an emulated computing environment of claim **3**, wherein the step of identifying the presence of an unlicensed software program in an emulated computer system comprises the step of monitoring the action of the operating system software of the emulated computer system to determine if the emulated computer system executes a certain instruction, wherein the emulated computer system will execute the certain instruction and wherein the host computer system will cause an exception to occur in the event of the attempted execution of the certain instruction.

**6**. The method for licensing software in an emulated computing environment of claim **2**, further comprising the step of maintaining in the host computer system a count of the remaining available licenses for unlicensed software in the emulated computer systems.

**7**. The method for licensing software in an emulated computing environment of claim **6**, wherein the step of granting a license to the unlicensed software program in the emulated computer system comprises the step of decrementing the count of available licenses for unlicensed software in the emulated computer systems.

**8**. The method for licensing software in an emulated computing environment of claim **6**, wherein the step of disabling the operation of the unlicensed software program in the emulated computer system if it is determined that an unconsumed software license does exist comprises the step of disabling the operation of the unlicensed software program in the emulated computer system if the count of available licenses for unlicensed software in the emulated computer system is zero.

**9**. The method for licensing software in an emulated computing environment of claim **6**, further comprising the steps of,

monitoring the operational status of the emulated computer systems; and

incrementing the count of available licenses for unlicensed software in the emulated computer systems if it is determined that a previously licensed software program has terminated.

**10**. The method for licensing software in an emulated computing environment of claim **9**, wherein the step of monitoring the operational status of the emulated computer systems comprises the step of receiving periodic communications from each previously licensed software program to confirm that each previously licensed software program remains operational.

**11**. A method for licensing software in an emulated computing environment that includes at least one emulated computer system, the at least one emulated computer system having software associated therewith, the method comprising:

identifying an emulated computer system, the emulated computer system comprising an emulated peripheral device that initiates a request for a license;

A302

US 7,313,512 B1

9

10

if an unconsumed license exists for the software associated with the emulated computer system, granting the license to the software; and

if the unconsumed license does not exist for the software associated with the emulated computer system, disabling the operation of the software.

**12**. The method for licensing software in an emulated computing environment of claim **11**, wherein the step of identifying an emulated computer system comprises the step of recognizing that the emulated computer system has performed an operation that is characteristic of an emulated computer system.

**13**. The method for licensing software in an emulated computing environment of claim **11**, wherein the step of identifying an emulated computer system comprises the step of recognizing that the operating system of the emulated computer system has identified a peripheral device that is not present in non-emulated computer systems.

**14**. The method for licensing software in an emulated computing environment of claim **12**, wherein the step of identifying an emulated computer system comprises the step of recognizing that the emulated computer system has executed a specified instruction in a specified manner.

**15**. The method for licensing software in an emulated computing environment of claim **11**, wherein the software associated with the emulated computer system is the operating system software for the emulated computer system.

**16**. The method for licensing software in an emulated computing environment of claim **11**, wherein the step of identifying an emulated computer system comprises the step of recognizing that an emulated computer system exists without compromising the self-transparency of the emulated computer system.

**17**. A method for licensing software in an emulated computing environment, the emulated computing environment comprising at least one virtual machine being supported by a host computer system, wherein each virtual machine includes operating system software, the method comprising:

providing a limited number of software licenses to be consumed by operating system software associated with the virtual machines;

identifying a virtual machine having unlicensed operating system software, the virtual machine comprising an emulated peripheral device that initiates a request for a license;

determining in the host computer system whether an unconsumed software license exists for the operating system software of the virtual machine;

granting a license to the operating system software of the virtual machine if it is determined that an unconsumed software license does exist; and

disabling the operation of the operating system software of the virtual machine if it is determined that an unconsumed software license does not exist.

**18**. The method for licensing software in an emulated computing environment of claim **17**, wherein the step of identifying a virtual machine having unlicensed operating system software comprises the step of identifying a virtual machine without compromising the self-transparency of the virtual machine.

**19**. The method for licensing software in an emulated computing environment of claim **17**, wherein the step of determining in the host computer system whether an unconsumed software license exists for the operating system software of the virtual machine comprises the step of maintaining a count of unconsumed software licenses.

**20**. The method for licensing software in an emulated computing environment of claim **19**, wherein the step of determining in the host computer system whether an unconsumed software license exists for the operating system software of the virtual machine comprises the step of decrementing the count of unconsumed software licenses when a software license is granted to the operating system software of a virtual machine and incrementing the count of unconsumed software licenses when it is determined that a previously licensed operating system software of a virtual machine has ceased operation.

\* \* \* \* \*

# EXHIBIT 5
**to Declaration of Ryan Joseph Sheehan in Support of Plaintiff Viatech Technologies, Inc.'s Opening Claim Construction Brief**

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**

**(19) World Intellectual Property Organization**
International Bureau



**(43) International Publication Date**
8 February 2001 (08.02.2001)

**PCT**



**(10) International Publication Number**
**WO 01/09756  A2**

| | | |
|---|---|---|
| **(51) International Patent Classification[7]:** | | G06F 17/00 |
| **(21) International Application Number:** | | PCT/US00/21058 |
| **(22) International Filing Date:** | | 31 July 2000 (31.07.2000) |
| **(25) Filing Language:** | | English |
| **(26) Publication Language:** | | English |

**(30) Priority Data:**

| | | |
|---|---|---|
| 60/146,628 | 30 July 1999 (30.07.1999) | US |
| 60/167,352 | 24 November 1999 (24.11.1999) | US |
| 09/500,601 | 8 February 2000 (08.02.2000) | US |
| 09/523,902 | 13 March 2000 (13.03.2000) | US |
| 09/564,660 | 4 May 2000 (04.05.2000) | US |

**(71) Applicants** *(for all designated States except US)*: **SAFEWWW, INC.** [US/US]; John Eliasov, 50 Charles Lindbergh Blvd., Suite 400, Uniondale, NY 11553 (US). **EGI INTERNET LTD.** [IL/IL]; John Eliasov, Haminhara Street 14, 46586 Herzliya (IL).

**(71) Applicant and**
**(72) Inventor: SANCHO, Enrique, David** [IL/IL]; P.O. Box 1151, 30900 Zichron Yaacov (IL).

**(74) Agent: CHIRNOMAS, Morton;** Shiboleth Yisraeli Roberts Zisman & Co., 350 Fifth Avenue, 60th Floor, New York City, NY 10118 (US).

**(81) Designated States** *(national)*: AE, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CR, CU, CZ, DE, DK, DM, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

**(84) Designated States** *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

*[Continued on next page]*

**(54) Title:** A SYSTEM AND METHOD FOR SECURE NETWORK PURCHASING





**(57) Abstract:** A system for permitting a secure electronic purchase transaction on a public computer network, said network comprising a user's computer, a vendor's server, a creditor's server, and further comprising a toolbox server for providing third-party verification of user's identity, whereby in response to a request by said vendor's server said toolbox server positively identifies user's computer, requests a confirmation from said user's computer of said transaction and upon receiving said confirmation provides vendor's server with a gatepass for receiving a payment commitment from said creditor server.

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 44 of 97 PageID #: 2478



**Published:**
— *Without international search report and to be republished upon receipt of that report.*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

## A SYSTEM AND METHOD FOR SECURE NETWORK PURCHASING

Cross-Reference To Related Applications

The present application claims the priority of the following US Patent Applications:   U.S.
5    Application Serial No. 09/564,660, filed 4 May, 2000, which is a continuation in part of U.S.
Application Serial No. 09/523,902, filed March 13, 2000, which is a continuation in part of U.S.
Application Serial No. 09/500,601 filed February 8. 2000 and claims the benefit of priority to U.S.
Provisional application SN 60/167,352, filed November 24, 1999 and U.S. Provisional application
SN 60/146,628, filed July 30, 1999.   The specifications of these applications are hereby
10   incorporated herein by reference in their entireties.

Field And Background Of The Invention

The present invention relates to systems and methods for implementing secure purchases over a
computer network.  More particularly, the methods relate to a system which permits purchases of
15   merchandise to be made over a computer network, whereby the purchaser may feel confident
that personal credit card information is not at risk of being diverted, misappropriated  or stolen
and the vendor may be more confident that the purchaser is bona fide.

It is well known for users of merchandise to access the global client/server network commonly
20   referred to as the Internet, a part of which is the World Wide Web, for the purpose of searching
for and purchasing merchandise from on-line vendors selling wares ranging from travel services
and investment services to buying CD recordings, books, software, computer hardware and the
like.

25   Numerous patents teach methods or systems purporting to secure commercial credit card
transactions carried out over the Internet.  Examples of such patents include US Patent Nos.
5,671,279 to Elgamal, 5,727,163 to Bezos, 5,822,737 to Ogram, 5,899,980 to Wilf et al. and US

1

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 46 of 97 PageID #: 2480

Patent Nos. 5,715,314 and US 5,909,492, both to Payne, et al., the disclosures of which are
incorporated by reference herein for providing background.

Most of the disclosed systems have the disadvantage that they rely on the transmission of
5   sensitive information over unsecured network routes and lines for each transaction.  Although
practically speaking, the systems which rely solely on encryption are fairly safe, there is still
some risk of credit card misappropriation and there is little psychological comfort given to
potential users by their knowing that encryption is being used.

10   Generally speaking, the Internet is a network of computers, remote from one another, linked by a
variety of communications lines including telephone lines, cable television lines, satellite link-ups
and the like.  Internet service providers (hereinafter "ISPs") provide the link to the main backbone
of the Internet for small end users.  The account for the end user is established in the normal
manner usually by providing credit card information to the ISP by conventional means, such as
15   by voice telephony, fax transmission or check.  In most ISP-end user relationships, the ISP has
been given credit card or other credit account information, which information is on file with the
ISP and available to the ISP's computers.  In return for receiving payment, the ISP provides a
gateway to the Internet for the end-user's use.  The end-user (or user) is provided with
identification codes for dialling directly into the ISP's computers and software means (for
20   example, dialler software, browser software, electronic mail software, and the like) for doing so if
necessary.

Most purchases are conducted in the following manner:  a purchaser using a browser application
on his local client computer connects via his computer's modem to a dial-up Internet Service
25   Provider (hereinafter "ISP") and makes connections therethrough to various Web sites, i.e.
Internet server locations assigned a URL (Uniform Resource Locator) address.  The purchaser
selects his merchandise and the vendor usually requests payment by one of several methods,

2

one of which usually includes payment by providing credit card information.

According to surveys and other marketing data, there always has been and there still exists a high percentage of the population which is deterred from purchasing merchandise directly over

5      the Internet. This large percentage of the population apparently fears that, despite all the efforts at security and cryptography promised by the vendors, there still exists the possibility that their credit account information will be intercepted on-line by a third party computer hacker and used illegally, at great expense and trouble for the cardholder.

10     An additional anxiety-inducing factor related to merchandising over the Internet, or e-commerce, is that the vendor cannot always be certain that just because he has obtained credit card or account information, that he will actually be paid for the merchandise he ships. After all, credit card fraud and/or theft occurs regularly and may not be caught in time to stop the order from being shipped. When the cardholder discovers the theft and stops the card, it may be too late for

15     the vendor to recover his property. At the very least, this situation leads to unnecessary aggravation and wasted resources for the vendor, credit card company and cardholder.

Summary And Objects Of The Invention

Thus, it is an objective of the present invention to provide a system and method for potential
20     on-line purchasers of merchandise marketed over the Internet to pay for those purchases with minimized exposure to the risk of credit card theft by electronic interception.

It is a further objective of the invention to provide a mechanism for facilitating e-commerce which will increase the confidence of the consuming public in the safety of such transactions.

25

It is still a further objective of the invention to provide a mechanism for facilitating e-commerce which will increase the confidence with which vendors may ship the purchased product or deliver

3

A309

the purchased service without fear of the payment being provided fraudulently.

It is yet a further object of the present invention to provide a site-specific and computer-specific identification confirmation system for use in a secure electronic purchasing system, or other
5    secure electronic transaction systems like authenticatin, access permission, etc.

It is indeed a further object of the present invention to provide a method for encoding downloadable content files, such as MP3 music files, graphic files, e-books and the like so that the files can only be accessed by the actual purchaser of the file and preferably only from the
10   computer to which they were downloaded, or to a limitable number of secondary authorized devices.

These objectives and others not specifically enumerated herein are achieved by the invention disclosed herein which comprises a system and method for providing a trustworthy commitment
15   for payment to an on-line vendor for services or goods provided to an on-line user, without having credit card information passing over the public and unsecured Internet. The system and method of the present invention provides added security and comfort by providing, among other features, the comfort of knowing that an independent, uninterested third-party is confirming the identities of the parties involved and the validity of each and every transaction, in real time, and
20   the further security of knowing that at no time is the user's credit card information being exposed over the World Wide Web.

In one exemplary embodiment, the method takes advantage of the existing business relationships between the end user with the owners of member computers/servers who give
25   access to the backbone structure of the Internet. As explained hereinabove, the Internet is a network of servers, remote from one another, linked by a variety of communications lines including telephone lines, cable television lines, satellite link-ups and the like. Internet service

4

Case 1:14-cv-01226-RGA Document 93-2 Filed 04/13/16 Page 49 of 97 PageID #: 2483

providers (hereinafter "ISPs") provide the link to the main backbone of the Internet for small end

users. The account for the end user is established in the normal manner usually by providing

credit card information to the ISP by conventional means, such as by voice telephony, fax

transmission or check. In most ISP-end user relationships, the ISP has been given credit card or

5    other credit account information, which information is on file with the ISP and available to the

ISP's computers. In return for receiving payment, the ISP provides a gateway to the Internet for

the end-user's use. The end-user (or subscriber) is provided with identification codes for dialing

directly into the ISP's computers and software means (for example, dialer software, browser

software, electronic mail software, and the like) for doing so if necessary.

10

Each time a user signs in to the ISP's computers for an on-line session, the user is assigned an

Internet Protocol (hereinafter "IP") address. The user's computer transmits messages which are

received by the ISP computer and relayed through the IP address and out onto the Internet to the

ultimate intended recipient computer. During the entire time the on-line session in progress, the

15   IP address does not change and is thus available as identifying information. By monitoring and

occasionally re-verifying that the user's computer is still on-line at the assigned IP address, the

ISP can confirm that certain activities could be attributed to the user.

This embodiment of the present invention takes advantage of the intimate relationship which is

20   re-created every time an Internet user's computer goes online and signs into his ISP's computer

by assigning to the ISP computer the function of clearinghouse and active intermediary between

the user's computer and the vendor's computer. A user computer signs in to the ISP computer

system and is recognized and assigned an IP address. When the user identifies merchandise or

services at a vendor's website which he wishes to purchase, he sends programming to the

25   website which selects the items and instructs the vendor's computer to generate a purchase

authorization request which is sent to the ISP computer. The purchase authorization request

contains information about the merchandise to be purchased, identifying information about the

5

proposed purchaser, some of which is the identifying information assigned by the ISP to the user. The ISP confirms internally that the user is still signed in to the ISP computer system by verifying the identity of the computer currently actively communicating through the IP address.  When satisfied that the user is still online, the ISP computer generates and sends a message to the

5   user's computer requesting confirmation of the order for the merchandise.  Upon receipt from the user's computer of the confirmation, the ISP generates and transmits to the vendor's computer a message  confirming the order and providing a confirmation number, agreeing to pay the invoice which the vendor's computer subsequently generates and presents to the ISP computer.  The ISP computer then uses the user's credit card information and presents an invoice against the

10   credit card account to be sent through normal channels.

In another exemplary embodiment of the present invention, the ISP does not serve as the credit giver or transaction verifier/guarantor.  This function is provided by a bank or vendor with whom the user already has a credit account, and who has an online presence, i.e. has a transaction

15   server connected to the Internet which can participate in the transaction as it is carried out by the user/consumer.

Another aspect of the present invention lies in the security provided by employing a method for verifying that the system is only usable by computers specifically registered with the system.

20   More particularly, the method for identifying a registered computer, i.e. one which can be used for making a purchase transaction, or other electronic transaction and/or request, on the system of the invention, is constructed such that if a hacker were to try to "pretend" that his computer was in fact the registered computer of a bona fide user, the codes detect that they are no longer in their originally installed environment and the system becomes inoperable.  The system can

25   only be reactivated by reregistering the machine.

In another aspect of the present invention, the system is configured such that the request for a

6

confirmation of a purchase transaction, or other electronic transaction, is forwarded in the form of an SMS (short message system) note to a user's cellular communications device, such as a cellular phone, alphanumeric pager or modem-equipped handheld computer. Thus, if the user was not sitting at the system registered computer, he can still be advised instantly that someone

5        else, perhaps illegally, is attempting to fraudulently use his account or even his computer to make a purchase. This feature of the invention can contribute to deterring such computer fraud.

Brief Description Of The Drawings

For a better understanding of the invention, the following drawings are included for consideration

10      in combination with the detailed specification which follows:

Fig. 1 shows a user computer in communication with a vendor computer via the ISP computer, wherein user computer is initiating a purchase transaction;

15      Fig. 2 shows the vendor computer communicating with the ISP computer to request authorization to complete user's requested transaction;

Fig. 3 shows the ISP computer confirming that correct IP address is active with user's computer and requesting confirmation of user's transaction;

20

Fig. 4 shows users computer responding to ISP computer's request for confirmation;

Fig. 5 shows ISP computer's transmission of a confirmation code and invoicing instructions to vendor's computer;

25

Fig. 6 shows a block diagram illustrating another exemplary embodiment of the present invention;

7

A313

Fig. 7 shows a block diagram illustrating another exemplary embodiment of the present invention;

5   Fig. 8 shows a block diagram illustrating another exemplary embodiment of the present invention;

Fig. 9 shows a block diagram illustrating the handshake and priming process of the system of the present invention;

10   Fig. 10 shows a user reacting remotely to fraudulent use of his PC;

Fig. 11 shows a user computer in simultaneous communication with a vendor computer and the AA computer, wherein user computer is initiating a purchase transaction; and

15   Fig. 12 shows a block diagram illustrating another exemplary embodiment of the present invention.

Detailed Description Of The Exemplary Embodiments

20   In all of the exemplary embodiments which will be described hereinbelow, there are certain common features which, together with reference to the drawings, will be described once here to provide the reader with an easily understood framework.

As was discussed hereinabove, the present invention is designed to reduce
25   compromising the security of one's credit account information which can be caused by transmitting the information over the unsecured World Wide Web. Additionally, the invention helps to ascertains that the parties participating in a transaction are who they purport to be.

8

The exemplary embodiments assume the following arrangement of the parties to a transaction: [a] a user is connected via his PC or client to the Internet through telephone, cable TV, satellite or data lines, usually through a modem and the user's client PC has installed therein a browser program, such as Microsoft Corporation's Internet Explorer or Netscape Corporation's Navigator or Communicator, an instance of which has been activated prior to the transaction; [b] a vendor has a server in communication with the Internet which constitutes or communicates a Website accessible to users' browser; [c] a security administration system operates via a security server, or toolbox (hereinafter "TB"), the physical location of which can vary as will be discussed hereinbelow; and [d] a creditor or payment guarantor has a payment server, although this function may optionally be performed by the security server. In the context of the present application, it should be understood that reference to a client or PC expressly includes any browser-equipped telecommunications device which gives the user the ability to access and interface with remote servers, and in particular Web sites on the Internet. Thus, such devices include browser-equipped cellular phones, personal digital assistants, palm held computers, laptop computers, and desktop PCs, though not exclusively.

Additionally, it should be noted here that, rather than being a vendor of merchandise, vendor might simply be a provider of an information or financial service, as example. Thus vendor might be using the present invention to ensure that access to secured databases is only to properly authorized and duly-identified persons.

All of the four components of the system employ a combination of security measures, for instance, all transmissions take place in an encrypted environment, such as RSA, Triple DES, etc., using encryption tables which are replaceable by the security server or by a central system administrator server at random intervals.

9

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 54 of 97 PageID #: 2488

The systems are of two general kinds; where the ISP will participate in the system, giving the highest possible level of security, and where the ISP is not a participant in the system. Where the ISP is a participant, it can participate in two aspects; [1] the ISP can serve as the physical host of the TB and [2] the ISP can be the creditor or payment guarantor, since the ISP already

5      has an ongoing service agreement with the user. Where the ISP is not a participant as a creditor or payment guarantor, this function can be served by another party. The advantage to having the ISP as participant wherein the TB is physically at the site of the ISP has been alluded to hereinabove. That advantage lies in the fact that since most users dial into an ISP's modem basket over copper phone lines, the only way for a hacker to get between the ISP server (and the

10     TB if installed piggyback to the ISP server) and the user is to physically tap into a phone company junction box, something that most hackers would not ever do. Even if the TB is at another physical location, the system still retains effectiveness but the fewer areas open for hacker attack, the better. If the ISP is not a participant, insofar as being a creditor or payment guarantor, this function can be fulfilled by the Internet-accessible payment servers of such business entities as

15     online banks, merchants which give their customers credit accounts and other credit-providing institutions. In such a case, the TB might be located at the site of the credit institution, or in fact a single server could act as the TB as well as the payment server. In another case, the TB and the payment server might be at completely different locations.

20     Before a transaction can take place, the components of the system need to be programmed and/or installed as follows:

The TB is a series of at least two servers, in addition to a Firewall Server, which includes therein a database containing the identification data of the security system's user participants. Additionally, TB can include programming to check and update the user's software version,, and

25     encryption tables and instructions to either update those tables as needed, mark them for future updating or to direct user's browser to the URL of an appropriate server, such as the central administrator server for downloading updated tables.

10

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 55 of 97 PageID #: 2489

The vendor server is modified such that a button or other directing device is added to the purchase initiating software that gets downloaded to a user's browser from the vendor server when a user indicates readiness to pay for a transaction.  The added button tells a user to click on it if payment by the secured system of the invention is desired.  By clicking the button, the user

5    initiates a series of events which will be described further hereinbelow.

The creditor server is provided with programming directing it how to respond to the request from a vendor server for payment on a transaction that is accompanied by a Gatepass code, which the vendor receives from the TB.

10   TB records all transaction data and assigns a unique transaction ID (UTID) to the record and further marks the record as "not yet confirmed".  TB records the transaction data received from the vendor server and puts it under a URL.  TB then commands User's waiting thread to come and retrieve the page at the URL on the TB and show it to User.  The shown page is the Confirmation Request page which appears to user on client PC as a Pop Up

15   window.

In the Pop Up window, User sees certain details of the transaction and text to the following effect: "We have been asked to pay a vendor $17.20 for an order from you.  Do you approve the transaction?".  To approve the transaction, User is instructed to input his System password

20   (selected in the registration process) and click the OK button.

a)    If User clicks Reject or does not respond within a predetermined time frame then the order is deemed not accepted and TB rejects Vendor's request for payment URL.

b)    If User accepts the transaction by entering his System password into the appropriate field and clicking the OK button, it closes the Confirmation Request Page window and

25   sends the password back to the Wallet which encrypts the password and sends it back to the TB.

11

c)      In one exemplary embodiment of the present invention, the User can elect to additionally receive notice on his cellular phone or other cellular-enabled communication device (such as an alphanumeric beeper or an Internet-ready personal digital assistant or PDA) of the transmission of a Confirmation Request page to his PC. When User has elected this service, the transmission to his PC of a Confirmation Request page is accompanied by the simultaneous transmission of an SMS (Short Message System) message to his cellular device, thereby advising him that someone is operating his PC and conducting a purchase transaction. Using this follow-me technology, a user might then use his cellular device to respond to the SMS message with a message to cancel the transaction and/or initiate a trace of the fraudulent purchase request.

The transaction continues as follows in the embodiment wherein the Toolbox is located at the vendor or at the secure administration site, for example.

Physical Placement of TB  In an exemplary embodiment of the invention, the TB is at the secure administration site or at the vendor site. In the case of the TB being at the vendor site, the TB is at the service provider's server. The user is not necessarily purchasing  merchandise, but, for example, is making a request to the vendor server for access to secured databases contained therein or protected thereby. Thus, in order to be certain that the user has permission to access the secured databases, the vendor's server, in response to user's selecting a button indicating participation in the system of the invention, takes the  information forwarded with user's selection and creates an identity verification from the TB server. The rest of the procedure is substantially the same as described hereinabove.   TB receives the identification verification request, undergoes the double ping handshake procedure and upon receiving the appropriate responses from user's client PC, sends a Gatepass response incorporating the UTID back to vendor's server. At this point, vendor's server can admit user into the desired secured database. As an additional layer of protection, vendor's server might undergo a double ping handshake procedure

12

A318

with TB to ensure the source of the Gatepass.

As noted hereinabove, rather than being a vendor of merchandise, vendor might simply be a provider of an information or financial service, as example.  Thus vendor might be using the
5    present invention to ensure that access to secured databases is only to properly authorized and duly-identified persons.  For example, a bank might want identity verification before permitting a customer access to his account information or to use financial services.  As another example, a large corporation might use the present invention to give third-party verification of an employee's or outside contractor's identity before permitting them access to secured databases which might
10   not otherwise be available via the Internet.

The TB is essentially a mini-server, dedicated to the security tasks assigned to it.  The TB is provided with programming which, when activated, sends, receives and verifies the proper forms and/or data to either a participating home user, ISP server or vendor in order to carry out the
15   proposed transaction.

The authentication agent (hereinafter "AA")  is software downloaded into the client computer. AA, which will be further described hereinbelow, performs the same function as a magnetic strip on a plastic card, e.g., a credit card.  This enables the AA to be employed in Internet generated
20   automatic teller machine (ATM) applications, such as fund transfers, credit card or debit card credits or debits, without the need for physical access to the ATM.

The procedure described in this embodiment hereinabove is modified as follows:

25   1) In one embodiment of the present invention, AA sends SIMULTANEOUS messages to vendor and TB, so that the TB is expecting a certain message from the vendor.

13

2)  The AA's action is described hereinbelow.  In the present embodiment the AA is a COM object which creates a "digital fingerprint" consisting of various identifying hardware characteristics which it collects from the user's PC, as well as passwords (to be described further).  Activation of the account initiates a process by which the TB records a fingerprint for the user, which the AA has derived, including a unique identification ("UID") for the user, using the identifying characteristics of user's PC (e.g. CPU ID number, hard disk serial number, amount of RAM, BIOS version and type, etc.).

3)  When a transaction starts, the user's AA, which is a simple DLL, is activated by the vendor script.  The AA sends a  message  to the Toolbox server, using the server's public key.  If the server answers the AA , the home user's computer knows that it is talking to the correct server, since only the Toolbox has the private key that can decrypt the message sent with its public key. The Toolbox server now sends the user half of a new Triple DES  key that it has generated so that the home user can communicate with it securely. Next the TB asks for the user's OTP (one time password) which is stored on a configuration file in the home user's computer. This configuration file can only be opened by a combination of personal password and CPU id. If the home user's computer responds with the correct password, the TB knows it is talking to the correct user. Once the TB  has verified that it is talking to the correct user, the TB sends a dynamically generated smart DLL to collect the computer's hardware signature, verifying that it is also talking to the correct machine. The TB also records the number of encounters with the user.  Any hacker who manages access probably fails this check, and is thereby discovered.  The configuration  file, which contains the account ID, machine ID, and a replaceable one-time password, among other items, can be stored optionally on user's computer's registry, or on the hard drive or on a removable floppy, i.e., the configuration file can be removed and taken away from the proximity of the user's computer, thereby disabling the user's access to the account from that computer.

14

A320

When registering for the first time, and also when authenticating a user, the simple DLL loads itself into memory, and calls a "smart" DLL, from a collection of thousands of continuously regenerated smart DLL's, which collects a large number of different parameters, for example 12, identifying the user's computerA simple example of an authentication transaction is now described using two machine parameters. the DLL applies an algorithm such that if the disk serial number is 1 and is multiplied by 1; and if the CPU serial number is 2 and is multiplied by 2, the resulting string is their sum. or "5". Thus, 1(1) + 2(2) = 5. This information is hashed by the DLL according to that DLL's hashing programming, then encrypted, and the encrypted hash is sent back to the TB  The order of the parameters and the algorithm used can change each time. Futhermore, the actual information is further interspersed with "garbage" code, expected by the TB, every time.  The server receives the hashed and encrypted result from the smart DLL, and compares it to the result which it expects to receive. This is done by the TB by calculating the expected result by running it's own copy of the unique DLL on the user's identifying parameters that it  has stored in the database. It then hashes the result, and compares its hash to the deencrypted hash string it received from the user.

An exemplary embodiment of the present invention, more specifically uses a 2048 bit RSA key to initiate the handshake, and thereafter moves to Triple DES encryption.   The Public Key is distributed to all the end-users with the Agent and the Private Key(s) are held by the AA Server. There is a different set of Keys for different Providers, i. e., Credit Card Companies, Banks, etc.

The TB can be used to verify a digital fingerprint in various forms of Internet transactions, for example:

Banking and Financial Services

A bank or financial institution can use digital fingerprints to provide customers with secure access to their accounts for stock transactions and account management.  Customers can use their

15

A321

WO 01/09756                                                        PCT/US00/21058

digital fingerprints as a universal log-in at the bank's Web site for quick access to their account information without having to remember a unique log-in name and password.  To further enhance each user's experience, the bank can provide targeted content and services to its customers based on the registration information contained in their digital fingerprints.  The bank can also use

5    digital fingerprints to send secure e-mail, allowing it to proactively send private account information to its customers.


Retail

A manager of a online retail store can watch customers browse merchandise, identify purchase

10   patterns, observe the behavior of casual visitors, and set up accounts for purchases.  A manager of a retail Internet site can perform these same functions online by using digital fingerprints. By implementing client authentication with digital fingerprints, the retail site can analyze customer interests and behaviors, track and compare the profiles of visitors who browse and those who actually place orders, and perform market analysis and segmentation based on information

15   presented in its customers' digital fingerprints.   The site can extend the power of digital fingerprints by linking the ID to information in its existing customer database (e.g. customer's account, order status, or purchase history).


Additionally, by using the one-step registration feature of digital fingerprints, the site can quickly

20   find out information about first-time visitors to the site.   The site can use this information to provide relevant content to these visitors, thus capturing their interest and increasing the likelihood that they will become customers.

The authentication and security associated with digital fingerprints can allow the site to verify the identity of a customer, eliminating consumer misrepresentation and false orders.  Additionally,

25   consumers will have more confidence in conducting transactions on the Internet.


16


A322

WO 01/09756                                                           PCT/US00/21058

Publishing and Subscription

An online newspaper depends on advertising and subscription revenues. Digital fingerprints can allow this site to use basic registration information that is in a digital fingerprint - country, zip-code, age and gender - to understand the profile of its visitor population, thereby increasing the value of the advertisement placement and the amount that can be charged for the advertisement.

The site can use the universal log-in feature of digital fingerprints for identifying its site subscribers. Site visitors no longer need to remember unique log-in names and passwords for the site, and the site no longer needs to maintain a costly log-in and password database. By understanding the profile of its first-time customers, and providing tailored information based on the basic registration information in a digital fingerprint, the site can use digital fingerprints to help it acquire new customers.

Services

A service company, such as a delivery company, can use digital fingerprints to provide secure access to its Web site, allowing customers to track their shipments without having to enter user names or specific tracking information. Digital fingerprints can allow this site to provide a highly customized experience to its visitors, for example, by providing specific delivery rates based on the geographic location of the customer. Digital fingerprints can also enable the site to send secure e-mail with billing information to its customers.

17

A323

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 62 of 97 PageID #: 2496

Business-to-Business

With the level of authentication provided by digital fingerprints, a manufacturing company can allow portions of its Internet site to be updated by its business partners and accessed by its customers.  The manufacturing company's suppliers can update their product availability and scheduled shipping date in the manufacturer's database, providing a more efficient means for inventory management.  Additionally customers can track order status through the same online database.  These types of transactions would not be possible on the public Internet without the use of digital fingerprints to authenticate the identity of the company's suppliers and customers.

Music, Picture, Video, or e-Book File Sale and Download

Another possible application for the unique hardware fingerprint is to use it as a lock and key for preventing unauthorized downloading, copying and playback of content files, such as MP3 music files, e-book files, graphic files, etc.  The fingerprint could be associated with the downloaded file and attempting to open the file on a machine which does not bear the fingerprint results in the file being permanently locked, unusable or somehow otherwise disabled.  The fingerprint coding can determine whether the downloaded file can be copied to and played on a limited number of secondary machines.  In fact, the encoding could initially be used to determine that the person downloading the file is the person even entitled to do so.

The examples discussed herein and demonstrated by the Figures are merely for illustrative purposes only.  Variations and modifications of the disclosed invention in a manner well within the skill of the man of average skill in the art are contemplated and are intended to be encompassed within the scope and spirit of the invention as defined by the claims which follow.

For example, in another exemplary embodiment the ISP is not the site where the Toolbox resides.  With reference to Fig. 7, The Toolbox could be physically located at the site of the credit

18

Case 1:14-cv-01226-RGA  Document 93-2  Filed 04/13/16  Page 63 of 97 PageID #: 2497

provider ("Creditor"), e.g. online-enabled bank, credit card provider or other affinity-card or charge account provider (including brick-and-mortar retailer's with an online presence such as Macy's) and in communication through normal channels with Creditor's transactional server. In this case, the ISP would not be an active part of the purchase transaction, other than in the usual

5      known way by giving User access to the Internet. Generally, except as specified hereinbelow, the rest of the process proceeds substantially as described hereinbelow. Specifically, in this exemplary embodiment, the account is set up as follows:

Installation Process:

10

1) A user requests to join the system, via an ASP page on a web server, over an HTTPS connection.

2) The applicant receives an account ID, and his application information is stored in an applicant's database on an application and database server, behind a firewall. The

15     system owner, which can be an ISP, bank or other financial provider accesses this database from another web page, located on a Web server behind a firewall on an internal LAN.

3) When the system owner approves the user's application, the system automatically sends the user an email containing a link to a unique URL where he can begin the registration

20     process. It also generates a one-time activation key linked to the user's account. The system owner must give this one-time activation key to the user in a secure way (for example, in person, or via a printout from his automatic teller). Possession of the one-time activation key constitutes proof that the user is who he purports to be during the activation stage.

25     4) When the user goes to the URL, and presses the "Activate" button, the activation process begins by downloading a DLL containing a COM object to his computer.

19

Dynamic Link Library (DLL) refers to the ability in Windows and OS/2 for executable memory to call software libraries (i.e., subroutines, or code for accomplishing specific functions) not previously linked to the executable. The executable is compiled with a library of "stubs" which allow link errors to be detected at compile-time. Then, at run-time, either the system loader or the task's entry code must arrange for library calls to be patched with the addresses of the real shared library routines, possibly via a jump table.

5) This COM object relays the user's account ID (which it knows because he has been directed to a unique URL) to a "listener." This listener contains a proprietary communication protocol to enable the authentication web servers in the DMZ to communicate securely with the authentication application server and database server behind the firewall. The listener asks the applicant database behind the firewall to validate that the account ID it has been given is legal, and not yet activated. If so, the listener tells the COM object to send a pop-up to the user, to collect the one-time activation key. If not, the activation process stops. De-Militarized Zone (DMZ) is from the military term for an area between two opponents, where fighting is prevented. DMZ Ethernets connect networks and computers controlled by different bodies. External DMZ Ethernets link regional networks with routers to internal networks. Internal DMZ Ethernets link local nodes with routers to the regional networks.

6) If the key collected by the popup matches what is stored in the database for the user's account, the DLL proceeds to collect the user's hardware signature (12 parameters including CPU ID, BIOS ID, disk volume information, various serial numbers etc.) and send it back to the database. If the key does not match, or the user does not answer within a set time limit, the activation process stops. After a set number of failed tries, the user's account is disabled.

20

7) If the key matched, the DLL then returns a seed for an encrypted one-time password (OTP) for use during the next encounter. Another pop-up is sent to collect a personal password chosen by the user, which is known only to the user, and not stored anywhere.

8) After the personal password has been collected, a configuration file containing, among other things, the OTP, which has just been exchanged, is encrypted. The account is then marked as active. On the next encounter, the one-time password just exchanged will be used as part of the authentication process. The key to opening the configuration file is the user's personal password together with parts of his computer's hardware.

Once the installation has been completed, the software components remaining on the home user's computer are the configuration file and the DLL containing the COM object.

The COM object contains a self-validation routine, which lets it make sure that it has not been tampered with when it is loaded into memory, and a routine to establish a secure communication channel after it has made sure that it is intact. The secure communication channel is used to call a dynamically generated DLL from the server. In all future encounters, this dynamically generated DLL does most of the work in collecting information for the authentication process.

The other components of the COM object are a locator, a profile manager and a payment method manager.

The locator ensures that the latest version of the software is installed, and locates the profile manager and the payment method manager for a home user.

The locator has two interfaces implemented via the agentClassId property and the agentCodeBase property.

21

AgentClassId specifies which payment method manager and which profile manager to use.

AgentCodeBase specifies which server holds the most updated version of the software, and compares what is installed to latest version. If the latest version is not installed, agentCodeBase installs it automatically. (This feature is supported under Internet Explorer, versions 4 and 5 and

5      Netscape 5). This enables us to control what information is supplied to vendors while allowing vendors to code one standard line of code that never changes.

AgentClassId has five methods: get attribute, set attribute, set parameter, stop payment, and pay.

*Get attribute* is a method to get non-sensitive information such as name, shipping information,

10    etc.

*Set attribute* helps a browser page put this information into the user's computer.

*Set parameter* helps configure the profile.

*Stop payment* lets the user stop in the middle of a transaction, once the pay method has been invoked.

15    *Pay* is responsible for establishing a secure communications channel, and returning the buyer's hardware signature and password on that channel.

The Payment Method Manager enables the choice of more than one payment option.

The profile manager allows different people to use the same hardware. One account may have

20    multiple users, with multiple shipping addresses or billing addresses. A user may also choose to use billing information from a previously existing wallet such as Microsoft wallet, via the profile manager.

Transaction Cycle

*Step 1 - Customer Starts the Login Process at a Bank or Vendor*

25    The first step occurs when the customer contacts a bank or vendor with vendor script installed and attempts to log in. This activates script, which was copied and pasted into the bank or vendor's ecommerce application.

22

*Step 2 - The Customer Contacts the TB*

The script activates code, which contacts the DLL installed with the buyer's home software, and tries to load the COM object into memory. When the COM object is loaded into memory it runs an integrity test to make sure that it has not been tampered with. If the checksum is correct, it leaves

5     the result in memory, so it can pass it later to the authentication server. Otherwise, it returns an error that disables the user's account and stops working.

If the COM object succeeds in verifying that it is intact, Pay attempts to contact a "listener" on the TB and establish a secure TCP/IP communication channel. It contacts the TB using the TB's public RSA key, passing to it the user's account and machine IDs. The listener sends a request to

10     validate the customer's account number and machine ID number to the application database, where the user's installation parameters are recorded. If they are valid, the listener asks the COM object for an encrypted one-time password. This password is generated from a seed that was stored in a configuration file on the user's computer and in the TB's user database during the last exchange between them. This one-time password is "unlocked" for use by the user's personal

15     password, known only to him, and stored only in his mind, and by the CPU Id of his computer. (When the transaction is an installation, and there has been no prior exchange, a first time activation key received from the owner system takes the place the place of the one-time password.)

If the numbers do not match, or if the user does not answer within a set time limit, the home user

20     software sends back an error message, the account is temporarily disabled, and a log is created.

If the numbers match, the COM object knows that it is talking to the TB, since only the TB can decrypt messages sent with its public key, and the TB knows that it is talking to the right person since only he can "unlock" the one-time password. Using RSA encryption, a shared secret key is now exchanged using a Diffy-Helman key exchange on this channel, and the encryption method

25     switches to triple-DES. (In triple DES encryption, the encryption keys change several times during the transmission.)

23

*Step 3 - The TB Authenticates the Customer*

Now that a secure channel exits, the listener on the TB sends a dynamically generated DLL to collect the home user's hardware signature information. This DLL is unique to each transaction. It returns signature in a string which is uniquely scrambled for each transaction and encrypted.

5      If all of the parameters match, the TB's authentication server can be sure it is talking to the correct customer, who is communicating from the correct computer. The TB returns a valid transaction ID to the customer, who passes it to the bank or vendor. In the bank model, the thread is closed, and an object on the server waits for the bank to inquire about the transaction. In the ISP or ecommerce model, the thread remains open, waiting for an order to issue a pop-up

10     window to the user to validate purchase details for the transaction.

*Step 4 - The Bank or Vendor Contacts the TB to Verify the Transaction*

Bank or Pure Authentication Model

The bank or other vendor passes customer's account ID, machine ID, Listener ID, Provider ID

15     and transaction ID to the TB. If these match what was stored in the database when the customer was authenticated, in the pure authentication model, the process ends here. A log-in transaction is validated and the customer continues on to carry out his transactions using the owner's proprietary system, whatever that may be.

Optionally, the TB may send the customer an SMS message notifying him of the transaction

20

ISP or Ecommerce Models

In the ISP and other Ecommerce models, payment details and credit availability must be validated in addition to user identity. In addition to the customer's account ID, machine ID, Listener ID, provider ID and transaction ID mentioned above, the Vendor passes the payment

25     details (invoice number, invoice amount, currency) to the TB's authentication server. A new pop-up window is sent to the user on the secure channel previously established by Pay, asking him to authorize the invoice details. (As noted above, if the user does not answer within

24

A330

the set period of time, or rejects the transaction, the process is stopped and the thread dies). If the user accepts the transaction by clicking on the "Accept" button, TB's authentication server contacts a Payment server, and verifies that the user has credit available. If so, a transaction debiting the user and crediting the vendor is issued to the customer's chosen financial provider.

5      Lastly, the TB notifies the vendor that the transaction is valid and the customer that a successful transaction has been completed.  Optionally, the TB may send the customer an SMS message notifying him of the transaction.


With reference to FIG. 7, it can be seen that a typical purchasing session in this exemplary
10     embodiment proceeds as follows:

a)      User PC goes online and user points his browser to the Website of a Vendor server using any Web Browser Program; downloads files depicting merchandise for sale and selects merchandise to purchase which generates a purchase request to Vendor's server, all in a manner well known in the art.

15     b)      Vendor's server sends back to user PC an order page or pages which typically includes a transaction number, the value of the order, and asks for billing information, shipping information.  At some point, user is offered to indicate her desired method of payment and selects option button which designates the AA payment plan of the present invention, e.g. "AA OPTION".

20     c)      Selection of the "AA Option" generates a message back to Vendor's server which includes user's IP address and instructs Vendor's server to forward a request to Creditor's Toolbox to confirm that the user at the IP address provided is (a) actually and actively online and trying to make this purchase, and (b) that the user at the IP address has the necessary credit to make such a purchase.

25

d)      Upon receipt of the request from Vendor's server, Toolbox immediately sends a transmission to the IP address provided by Vendor's server. The transmission includes files which (a) search for, decrypt and read the UID files in user's PC to see who it is, (if the PC is a machine registered in the system) and (b) which generate a Pop-up message on the registered user's browser to make sure that the transaction is desired by the AA system registered user. The message advises that a transaction having a particular value is being requested and asks for confirmation or rejection of the transaction. To reject the transaction, user can actively Reject by pressing a Reject button or simply by not responding within a pre-determined default time.. To accept the transaction, the user must provide his user password and submit the form back to the Toolbox. The form is accompanied transparently by the fingerprint file containing the UID and other machine identifying information decrypted and extracted from user's PC by the transmission from the Toolbox.

e)      If accepted by user, then Toolbox checks database to make sure user's credit limit is not exceeded and sends a coded confirmation to Vendor's server that the transaction is confirmed and will be paid for by Creditor on behalf of user. Vendor then sends HTML message to advise user that the identified transaction has been successfully processed.

f)      As described hereinabove, if user either actively Rejects or fails to respond to the Pop-up message in a predetermined time period, for example, 2 minutes, the Pop-up message disappears and Toolbox advises Vendor's server that the transaction is not accepted. Optionally, provision can be made where user can label a tendered transaction as "suspicious" and reject an order with prejudice, thus alerting both Toolbox and Security Program Manager, and therefore Vendor, that some attempt was made to defraud Vendor.. Obviously, this knowledge can provide great benefits in aiding to track down cyber credit frauds and inhibit criminal activity.

26

In yet another exemplary embodiment, the Creditor server is also an ISP server, or at least they are at the same location and being serviced by the same modem basket.  The Toolbox is still situated at that location as well.  Thus, a bank which offers ISP services to it's on-line customers can also offer them the safety of the AA transaction system and method, which is carried out by

5   the Toolbox right on the bank's/ISP's premises.

The transaction continues as follows in the embodiment wherein the Toolbox is located at the ISP,  hereinafter the ISP-Toolbox Model.

10   As was mentioned hereinabove, TB receives the encrypted password from the wallet if user accepted.  TB can further have the ISP server verify that the IP address of the user has not changed during the course of the transaction.  TB uses the encrypted password to change mark on transaction record from "not yet confirmed" to "Confirmed".  The transaction record,was assigned a unique ID number (UTID) which also serves as the Gatepass number and which is

15   now sent to the vendor server.

Vendor server receives the Gatepass number and forwards it to creditor or payment server ("PS"), together with the amount to be paid and a vendor-assigned purchase transaction number.

20   For extra security, it is preferable that PS confirm the Gatepass with TB using the double handshake and priming routine with TB, similar to that performed between TB and user's client PC.  PS sends 2 ping numbers (first ping number was previous payment transaction's second ping number and present second ping number will be used as first ping number in next payment transaction), repeats sending both ping numbers, then, when TB responds by sending back

25   second ping number, PS sends Gatepass received from Vendor together with transaction information.  Optionally, when PS is registered as a participant in the security program, similar

27

software agents and wallets could be installed on the PS so that TB can confirm PS identity after the handshake process using hardware fingerprints.

TB checks TB server database and if Gatepass and transaction information match the transaction
5      record, then TB sends response to PS indicating that user has confirmed the desire to close the transaction and PS is authorized to charge User's account for the order.   TB records on the transaction record that the payment request has been tendered and approved.

Physical Placement of TB

10     In one exemplary embodiment, the TB is located at the physical site of the ISP, optimally connected to the phone or communication lines coming into the ISP server directly from users on one side of ISP server.   The TB is also connected to lines going out to the Internet (via the modem basket) from the ISP server.  The TB does not interact directly with the ISP server.  For the most part, it monitors incoming and outgoing traffic, waiting to take over those
15     communications should a security related transaction be called for by a home user.

The following scenario describes an exemplary embodiment of the process inititated when a request for a security related transaction is detected by the TB located at the ISP..  As will be
20     further described hereinbelow, in another exemplary embodiment, the Toolbox might not be located at the ISP but at the site of another credit provider.

a)      User directs his browser to the URL of a vendor server and selects merchandise to purchase.

b)      User is offered methods of payment and selects option button  for "SECURITY
25            PROGRAM MANAGER" or "AA PAY OPTION".

c)      In an Autofetch process, an OnChange script handler in User's software prepares and

28

A334

sends request to central system administrator server for Session User Identity.

d)     Central system administrator server redirects request to user's TB equipped ISP.

e)     TB searches its files and returns user's identity..

f)     A user form is generated by user's computer and populated with user information including identity returned in step (e) from ISP TB.

g)     The form is submitted, together with a challenge which is forwarded to the vendor server.

h)     Vendor server runs a script that calls the central system administrator server's getGatePass.asp, thereby transmitting the Session User Identity, IP (user's current IP address), Sum of the transaction and the challenge.

i)     The central system administrator server redirects the vendor server's call to the ISP identified by the IP while the user stands by.

j)     The TB at the ISP receives the getGatePass.asp and runs a check of the IP provided as part of the vendor server's call against the internally known IP to make the sure that is where the user really is logged in. If the IP test fails, the vendor server receives a rejection notification from the ISP server and the transaction is terminated.

k)     If the IP test succeeds (i.e. the user really is connected to the correct IP address) then the ISP challenges the home listener .

20    Figure 10 illustrates a situation where client 204 is located remotely from his PC 212, for example driving his car 206. An intruder 208 has gained access to his PC 212, and has fraudulently attempted a secure transaction. The AA communicates a message accordingly to client 204 via

29

Case 1:14-cv-01226-RGA Document 93-2 Filed 04/13/16 Page 74 of 97 PageID #: 2508

the Internet 220. The client can be remotely contacted, for example, through his cellphone 230, his pager 240 or his PDA 210. Client 204 is shown receiving the message through his cellphone 230.

5    Figure 11 illustrates client 302 sending a simultaneous message 304 to AA 306 and vendor 308.

The fingerprint mechanism of the present invention can be adapted for use to ensure ownership rights in downloaded copyrighted material, such as content files which includes MP3 music files, e-books, graphic files, and the like. In the event a content file is to be purchased by a user, for
10    example, if a user orders an MP3 file, the user is directed to a URL address for downloading the file. The digital fingerprint provided by the smart DLL in the user's PC is incorporated into code in the content file itself. Thus, the file is only downloadable if the fingerprint information encoded into the file matches that of the user's PC. Additionally, the content file can be encoded to limit how and where the downloaded file can be accessed and operated. The encoding can determine
15    whether or not the file can be transferred to a limited number of other PC. Alternatively, the ID is associated with a diskette, as described hereinabove, and may be transferred to a limited number of PC's or perhaps only to one other MP3 player (or PDAs in the case of an e-book).

It will be appreciated that the preferred embodiments described above are cited by way of
20    example, and that the present invention is not limited to what has been particularly shown and described hereinabove. Rather, the scope of the present invention includes both combinations and sub-combinations of the various features described hereinabove, as well as variations and modifications thereof which would occur to persons skilled in the art upon reading the foregoing description, and which are not disclosed in the prior art.

30

What is claimed is:

1)    A system for permitting a secure electronic purchase transaction on a public
computer network, said network comprising a user's computer, a vendor's server, a
creditor's server, and further comprising a toolbox server for providing third-party
verification of user's identity, whereby in response to a request by said vendor's
server said toolbox server positively identifies user's computer, requests a
confirmation from said user's computer of said transaction and upon receiving said
confirmation provides vendor's server with a gatepass for receiving a payment
commitment from said creditor server.

2)    A system in accordance with claim 1, wherein said toolbox server positively
identifies user's computer by first accessing said user's computer via a gatekeeper.

3)    A system in accordance with claim 2, wherein said toolbox server transmits to
said gatekeeper a pair of identification numbers, wherein the first of said
identification numbers is for gaining admittance and the second of said
identification numbers is for priming said gatekeeper for admittance on a
subsequent occasion.

4)    In a computer network, a system for performing a secured transaction between
a user's computer, a vendor's server, a creditor server and a toolbox server,
wherein said user's computer has received fingerprint programming from said
toolbox server for creating a digital fingerprint for use by said toolbox server to
identify said user's computer.

31

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 76 of 97 PageID #: 2510

5)   A method for performing secure electronic transactions on a computer network, said network comprising a user's computer, a vendor server, a creditor server and a toolbox server, said user's computer having a gatekeeper and digital fingerprint stored therein, including the steps of:

    i)    said user computer sending a purchase request to said vendor server to pay for a purchase, which purchase request includes a user identification number associated with said user computer and known to said toolbox server, said request initiating the transmission of a confirmation request from said vendor server to said toolbox server to confirm said user computer's identity;

    ii)   said confirmation request causing said toolbox server to send a pre-arranged handshake and primer to said gatekeeper, whereupon said gatekeeper allows said toolbox server to request confirmation of said digital fingerprint.

6)   A method in accordance with claim 5, wherein said primer comprises a pre-arranged handshake for the next succeeding occurrence of a transaction confirmation operation.

7)   A method in accordance with claim 5, wherein said digital fingerprint is internally confirmed by said user's computer when said purchase request is initiated.

8)   A method in accordance with claim 5, wherein said user's purchase request is sent to said vendor simultaneously with said confirmation request, which is sent directly from said user computer to said toolbox server.

32

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 77 of 97 PageID #: 2511

9)   A system for verifying the identity of a client computer requesting access to a secured database via a public computer network, said network comprising a user's computer, a vendor's server, and further comprising a toolbox server for providing third-party verification of user's identity, whereby in response to a request by said vendor's server said toolbox server positively identifies user's computer, requests a confirmation from said user's computer of said request for access and upon receiving said confirmation provides vendor's server with a gatepass for permitting said client computer access to said secured database.

10)   A system for permitting a secure electronic purchase transaction on a public computer network without passing credit account information over said public computer network, said network comprising a user's computer, a vendor's server, a creditor's server, and further comprising a toolbox server for providing third-party verification of user's identity, whereby in response to a request by said vendor's server said toolbox server positively identifies user's computer, requests a confirmation from said user's computer of said transaction and upon receiving said confirmation provides vendor's server with a gatepass for receiving a payment commitment from said creditor server.

11)   A system for copy-protecting content files downloadable from a computer network, said network including a user's computer, a vendor's server, and a toolbox, wherein said user's computer has received fingerprint programming from said toolbox for creating a digital fingerprint for use by said toolbox to identify said user's computer, and further comprising said vendor server encoding said digital fingerprint into said content files, whereby said downloaded files will only be downloadable by said user.

33

A339

12) A system for copy-protecting content files downloadable from a computer network in accordance with claim 11, wherein said downloaded files can only be played on a user computer having the digital fingerprint encoded into said file by

5        said vendor server.

13) A system for copy-protecting content files downloadable from a computer network in accordance with claim 11, wherein said downloaded files can only be copied a limitable number of times directly from said user's computer onto other

10      secondary devices, said limitable number being determined by said digital fingerprint encoding.

14) A system in accordance with claim 1, wherein a said confirmation request is contemporaneously sent to a cellular device.

15

34

A340

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 79 of 97 PageID #: 2513



FIG. 2



FIG. 1





Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 81 of 97 PageID #: 2515



Internet Service Provider (ISP)

Confirm transaction # 123456789
Send invoice to ISP # 16495358

Amazon Shop (Vendor)

Pc at Home

FIG. 5

A343

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 82 of 97 PageID #: 2516

**FIG. 6**



**ISP TOOLBOX**

6. Toolbox activates server Wallet that contacts User PC Wallet. Toolbox validates user hardware ID, UID, and if validated it instructs Wallet to open new browser window having URL to page showing positive result of handshake.

8. Confirmation is received by Toolbox and then Toolbox sends gatepass response to vendor.

**ISP SERVER**

**VENDOR**

2. Vendor offers User PC methods of payment.

5. Vendor receives form with info and adds info about cost of purchase, optionally adds merchandise info and sends it to the specific ISP Toolbox specified by ISP-ID from Wallet.

9. Receives gatepass and advises user that transaction has been approved.

10. Gatepass is then forwarded to a central clearinghouse server which receives Gatepass and initiates payment to vendor. Gatepass can be provided with expiration time. Clearinghouse server can be ISP server or fourth party server.

**USER PC**

1. Online user goes to Website of Vendor using Web Browser Program and selects merchandise to purchase.

3. User selects AA option for AA and activates script which searches users PC for installed AA software.

4. "Do you want form filled with info from Wallet?" Yes – information (UID, Name, billing and shipping address, (ISP-ID) extracted from Wallet and filled into form and form sent to vendor/vendor. Onhandler script tells Wallet to execute 'Pay command. This returns random number to script and starts thread that waits for event from network

7. If handshake was positive, then wallet displays confirmation page with transaction info received by Toolbox from vendor and user is required confirm order by typing in current password (selected at installation or changed during maintenance) or to deny the order.

**FIG. 7**

**USER PC**

1. Online user goes to Website of Vendor using Web Browser Program and selects merchandise to purchase.

3. User selects AA option for making payment which activates script in BC which searches user's PC for installed AA software. User is asked "Do you want form filled with info from Wallet?". A "Yes" causes the information (UID, Name, billing and shipping address, ISP-ID) to be extracted from Wallet and filled into form and the form is sent to vendor/vendor. OnHandler script tells Wallet to execute Pay command. This returns random number to script and starts thread that waits for event from network

6. If handshake was positive, then wallet displays confirmation page with transaction info received by Toolbox from vendor and user is required confirm order by typing in current password (selected at installation or changed during maintenance) or to deny the order.

**CREDITOR'S TOOLBOX**

5. Toolbox receives request from Vendor's server. Toolbox twice sends handshake and primer transmission to IP address provided by vendor server. Successful confirmation results in instructions to Wallet to open new browser window having URL to page showing positive result of handshake.

7. Confirmation is received by Toolbox and then Toolbox checks credit of user and sends gatepass response to vendor.

**INTERNET**

**ISP SERVER**

**VENDOR**

2. Vendor server offers User PC methods of payment.

4. Vendor sends request including IP address of users computer and UID to toolbox server for confirming user computer's identity and for payment gatepass.

8. Receives gatepass and advises user that transaction has been approved. Gatepass is then forwarded to a central clearinghouse server which receives Gatepass and initiates payment to vendor. Gatepass can be provided with expiration time. Clearinghouse server can be ISP server or fourth party server.

**FIG. 8**

## USER PC

1. Online user goes to Website of Vendor using Web Browser Program and selects merchandise to purchase.

3. User selects secured system option for making payment which activates script in user computer which confirms PC fingerprint and puts PC into wait mode and sends UID to Vendor's server which activates script in Vendor's server.

6. If handshake was positive, then wallet displays confirmation page with transaction info received by Toolbox from vendor and user is required confirm order by typing in current password (selected at installation or changed during maintenance) or to deny the order.

## ISP SERVER

### CREDITOR'S TOOLBOX

5. Toolbox receives request from vendor's server. Toolbox twice sends handshake and primer identification numbers transmission to IP address provided by server. If correct, Gatekeeper gives Toolbox access to waiting thread and Wallet. Toolbox confirms digital fingerprint, and if validated, instructs Wallet to open new browser window and show Confirmation Request Page to user.

7. Confirmation is received by Toolbox and then Toolbox sends gatepass response to vendor.

## INTERNET

## VENDOR

2. Vendor offers User PC methods of payment.

4. Vendor receives UID and sends request including UID, IP address and transaction information to toolbox server to confirm user computer's identity and to get gatepass for getting paid from creditor payment.

8. Receives gatepass and advises user that transaction has been approved.

9. Gatepass is then forwarded to a central clearinghouse server which receives Gatepass and initiates payment to vendor. Gatepass can be provided with expiration time. Clearinghouse server can be ISP server or fourth party server. Optionally, creditor server may initiate handshake and primier routine with toolbox server to confirm Gatepass authenticity





FIG. 9

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 86 of 97 PageID #: 2520



FIG. 10

WO 01/09756                                    PCT/US00/21058



FIG. 11

**ORDER:**
I am Mr. Smith
ID # 1649358-4379
IP: 154.255.498.463
Purchase a Beatles Book
Item number 6546/12

CLIENT

AUTHENTICATION
AGENT

VENDOR

302

304

306

308

**FIG. 12**



# EXHIBIT 6
## to Declaration of Ryan Joseph Sheehan in Support of Plaintiff Viatech Technologies, Inc.'s Opening Claim Construction Brief



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) Publication number: **0 613 073 A1**

(12) **EUROPEAN PATENT APPLICATION**

(21) Application number: 93306468.5

(51) Int. Cl.5: **G06F 1/00**

(22) Date of filing: **17.08.93**

(30) Priority: **23.02.93 GB 9303595**

(43) Date of publication of application:
**31.08.94 Bulletin 94/35**

(84) Designated Contracting States:
**DE FR GB SE**

(71) Applicant: **INTERNATIONAL COMPUTERS LIMITED**
**ICL House**
**Putney, London, SW15 1SW (GB)**

(72) Inventor: **Archer, Barrie**
**Lilac Cottage,**
**Honey Hall**
**Wokingham, Berkshire RG11 3BA (GB)**

(74) Representative: **Guyatt, Derek Charles**
**Intellectual Property Department**
**International Computers Limited et al**
**Cavendish Road**
**Stevenage, Herts, SG1 2DY (GB)**

(54) **Licence management mechanism for a computer system.**

(57) A computer system includes a license manager for regulating usage of software items. The license manager checks the host identity of the computer on which it runs and permits usage only if the host identity matches an identity value in a license key. The host identity of the computer is supplied by a security identification device removably coupled to an external port on the computer. Communication of the host identity between the security identifier device and the license manager is protected by encryption.

Fig.1.



EP 0 613 073 A1

## Background to the invention

This invention relates to a license management mechanism for a computer system, for controlling use of licensed software.

Software is normally licensed rather than sold in order that restrictions on unauthorised use can be legally enforced. Various schemes have been tried to make the software enforce these restrictions itself, including copy protection, hardware keys, etc., but the current trend is to the use of license keys that are packets of data which permit the software to work only on a particular machine.

One way in which this has been implemented is through the provision of a mechanism referred to as a license manager to which the handling of these license keys is delegated. By centralising the handling of the license keys it is possible to restrict the use of software not just to a single machine but to a network of machines. This provides additional flexibility for the user as well as providing the potential for more sophisticated control over the use of the software within a user organisation.

Central to the use of license managers to control the use of software in this way is the ability to identify which machine the license manager is running. If this were not done it would be possible to obtain license keys for use on one machine and use them on any number of machines. Various schemes have been used to achieve this identification, including serial numbers built into the machine processor, use of Ethernet DTE addresses, etc.

The object of the present invention is to provide a novel way of identifying the machine on which a license manager is running.

## Summary of the invention

According to the invention there is provided a computer system including a license manager for regulating usage of software items in accordance with license keys issued to the license manager, the license manager being arranged to check the host identity of the computer on which it runs and to permit usage only if the host identity matches an identity value in the license keys, characterised in that the host identity of the computer is supplied by a security identification device removably coupled to an external port on the computer.

Such identification devices have been used for PC software to permit the software to run only on machines that have the device attached. These devices are usually referred to as dongles. The present invention differs from such known use of dongles in that in the present case the device is used to identify the machine to the license manager, rather than to authorise a particular item of software.

## Brief description of the drawings

Figure 1 is a block diagram of a computer system embodying the invention.

Figure 2 is a flow chart showing the operation of a license manager in response to a request to use a feature.

Figure 3 is a flow chart showing a host identity checking function performed by the license manager.

## Description of an embodiment of the invention

One embodiment of the invention will now be described by way of example with reference to the accompanying drawing.

Referring to Figure 1, the system comprises a number of computers 10, linked together by means of communications links 12 to form a data processing network.

Each of the computers runs an operating system 14 which controls and coordinates the operation of the computer, and communications software 16 which allows the computer to communicate with the other computers in the system over the links 12. Each computer also runs a number of applications 18 (where an application is any logical software entity).

At least one of the computers runs a program referred to herein as the license manager (LM) 20. The function of the LM is to regulate the applications within a particular domain, so that each application can be used only to the extent permitted by licenses granted to the system owner. The domain comprises those applications that can communicate with the LM. In this example, the domain extends over a multi-computer network, but in other examples it could consist of a single computer.

Each application has a number of features associated with it. A "feature" is defined herein as an aspect of an application that is subject to license control by the LM. A feature may, for example, simply be the invocation of the application by a user. However, more complex features may be defined such as number of users, number of communication links and database size.

Each application also has an application key associated to it, which is unique to the application. As will be described, application keys are used to ensure security of communication between the applications and the LM.

The LM has a private area of memory in which it maintains a license table 22 and a log 24.

The license table holds a number of license keys that have been issued for this system. Each license key contains the following package of information:-

Machine identifier: the identity of the computer on

Case 1:14-cv-01226-RGA   Document 93-2   Filed 04/13/16   Page 92 of 97 PageID #: 2526

which the license manager is permitted to run.

Expiry date: the date until which the license key is valid.

Limit: the number of units of a particular feature that are licensed (eg the number of users, number of communication links, or database size).

Application key: the key value of the application to which the license key relates.

Signature: a cryptographic signature which ensures that the license key cannot be changed without detection.

Whenever one of the applications requires to use a feature, it sends a request message to the LM. The request message includes:

- the identity of the feature required
- the number of units of the feature required
- the application key
- a timestamp value

Referring to Figure 2, when the LM receives this request message, it checks that the timestamp value is current. Assuming the timestamp value is current, the LM then checks whether there is a license key in the license table for the required feature.

If there is a license key in the table, the LM then checks whether the expiry date of the license has passed, and checks the signature of the license key to ensure that it has not been modified. The LM also checks whether the required number of units are available for the feature (ie whether the number of requested units plus the number of units already granted is less than or equal to the limit value in the license key).

If all these checks are satisfactory, the LM returns a "license granted" message to the application, sealed under the application key. The LM keeps a record of the number of units granted for each feature. If, on the other hand, any of the checks fails, the LM returns a "license denied" message to the application. The LM also writes a record in the log 24 to indicate whether a license has been granted or denied.

If the application receives a "license granted" message, it proceeds to use the requested features as required. If, on the other hand, it receives a "license denied" message, it performs one of the following actions, as determined by the designer of the application:

- the application may simply shut itself down.
- in the case where the license was denied because there were not enough units of the requested feature available, the application may display a "call again later" message to the user.
- the application may continue running in a reduced service mode eg a demonstration mode.

When an application terminates, it sends a "license relinquish" message to the LM. The LM will then withdraw any licenses issued to this application, making the units available to other applications.

Each application is required to send a revalidation message periodically to the LM, to re-validate its license. For example, a revalidation message may be required every 5 minutes. If the application does not receive any response to this message, it assumes that it has lost contact with the LM, and shuts down or continues in a reduced service mode.

The LM periodically checks whether it has received revalidation messages from all the application to which it has granted licenses. If a revalidation message has not been received from an application, the LM assumes that the application has failed, and therefore withdraws the license, making the units available to other applications.

In order to ensure that unauthorised copies of the LM cannot be run on other systems, it is necessary to provide a way of identifying the machine on which the LM runs. This is achieved by means of a security identification device (SID) 26, which stores an identifier unique to this device, referred to as the secure host identifier. The SID is attached to the computer 10 by way of an external port 28. In this example, the port is a standard parallel printer port, and the SID is designed so that a printer may be plugged into the back of the SID, so that both the printer and SID share the same port. Messages for the SID are identified by special commands.

In other embodiments of the invention, the SID may be attached to a special dedicated port, or to some other type of standard port. The port may be serial rather than parallel.

Referring to Figure 3, in order to check the host identity, the LM sends a request message to the SID at regular intervals, requesting it to supply the secure host identifier.

The SID responds to this by returning a message encrypted under a key known only to the SID and the LM.

The message contains:

- the secure host identifier
- a sequence number, which is incremented each time the SID returns a message.

When the LM receives this message, it decrypts it, and checks the sequence number to ensure that it is the next expected sequential value. This ensures that it is not possible to replace the SID by a program which intercepts the requests from the LM and returns a copy of the SID's response, or which passes the request to a SID on another system.

The LM then checks whether the returned secure host identifier matches the machine identifiers of the license keys held in the license table 22.

If the LM does not receive any response to a request to the SID, or if the response does not contain the correct sequence number, or if the secure host identifier does not match the machine identifiers in the license keys, the LM closes down. This means that the LM will not issue any more licenses to applications. Also, because the LM will not now respond to the revalidation message from the application, any outstanding licenses are effectively cancelled.

In summary, it can be seen that the LM will issue licenses, permitting applications to operate, only if a security identification device SID is connected to the computer, and if the machine identifiers in the individual license keys issued to the LM match the secure host identifier held in the SID.

It should be noted that the LM can grant licenses to applications running in any of the computers 10 in the network, not just to applications running in the same computer as the LM. The number of licenses that may be granted is restricted by the limit in the license keys. Thus, for example, if a license key sets a limit on the number of users, then the total number of users of a particular application in the network cannot exceed this limit.

The use of the device for the provision of the identifier to the license manager has several very important advantages:

- if the machine to which the device is attached fails, the device can be transferred to another machine (new keys are not required)
- the supplier of the device can retain title to the device, so in the event of the machine being sold the device has to be returned to the supplier. Hence all software on the machine that would only work with a license manager will no longer function as required by the terms of supply of the software which is licensed to a legal entity not to a machine.
- if the user of the software wishes to change the license he has to reduce its capability, the device can be replaced and new keys issued. Current schemes do not provide for the secure revocation of the keys.
- the device can be used to provide secure identification on standard hardware platforms which do not inherently provide such a facility, and hence can enable the use of license management on such hardware.

It should be noted that although the embodiment of the invention described above is a multicomputer system, the invention is equally applicable to single processor systems, or to multi-nodal systems, comprising a plurality of multi-processor nodes.

**Claims**

1. A computer system including a license manager for regulating usage of software items in accordance with license keys issued to the license manager, the license manager being arranged to check the host identity of the computer on which it runs and to permit usage only if the host identity matches an identity value in the license keys, characterised in that the host identity of the computer is supplied by a security identification device removably coupled to an external port on the computer.

2. A system according to Claim 1 wherein communication of the host identity between the security identifier device and the license manager is protected by encryption.

3. A system according to Claim 2 wherein each host identity returned by the security identifier device is encrypted together with a sequence number which is incremented each time the host identity is returned.

4. A system according to any preceding claim wherein the license manager regulates the usage of software items within a domain comprising software items that can communicate with the license manager.

5. A system according to Claim 4 wherein said domain is distributed over a network of computers.

EP 0 613 073 A1

# Fig.1.

LINKS TO OTHER COMPUTERS



EP 0 613 073 A1

# Fig. 2.



REQUEST RECEIVED

TIMESTAMP CURRENT ?  →  NO

↓ YES

IS REQUIRED LICENSE KEY IN LICENSE TABLE ?  →  NO

↓ YES

HAS EXPIRY DATE OF LICENSE PASSED ?  →  YES

↓ NO

CHECK SIGNATURE OF LICENSE KEY  →  MODIFIED

↓ UNMODIFIED

IS REQUIRED NUMBER OF UNITS AVAILABLE ?  →  NO

↓ YES

RETURN "LICENSE GRANTED" MESSAGE

RETURN "LICENSE DENIED" MESSAGE

EP 0 613 073 A1

# Fig.3.





**European Patent Office**

**EUROPEAN SEARCH REPORT**

Application Number

EP 93 30 6468

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int.Cl.5) |
|---|---|---|---|
| Y | US-A-4 924 378 (HERSHEY ET AL)<br>* abstract; figures 1,3,5,7 *<br>* column 1, paragraph 2 *<br>* column 2, line 1 – column 3, line 36 *<br>* column 7, line 22 – column 8, line 12 *<br>* column 10, line 27 – line 40 *<br>* claims 1-5,11-23 *<br>--- | 1-5 | G06F1/00 |
| Y | PTR PHILIPS TELECOMMUNICATION AND DATA SYSTEMS REVIEW,<br>vol. 47, no. 3 , September 1989 ,<br>HILVERSUM, NL;<br>pages 1 – 19<br>R.C.FERREIRA 'The Smart Card: A High Security Tool in EDP'<br>* summary; figures 4,5 *<br>* page 5, line 6 – page 7, line 5 *<br>* page 9, line 1 – page 11, line 40 *<br>* page 12, line 36 – page 13, line 4 *<br>--- | 1-5 | |
| A | EP-A-0 191 162 (IBM)<br>* abstract; figures 4,9 *<br>* column 6, line 8 – column 7, line 14 *<br>* column 9, line 6 – line 39 *<br>* column 10, line 5 – line 40 *<br>* column 13, line 5 – line 36 *<br>----- | 1,3 | TECHNICAL FIELDS SEARCHED (Int.Cl.5)<br><br>G06F |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| THE HAGUE | 4 May 1994 | Powell, D |

EPO FORM 1503 03.82 (P04C01)

**CATEGORY OF CITED DOCUMENTS**

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons
................................................................
& : member of the same patent family, corresponding document